UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ADT LLC; and The ADT Security Corporation,

    Plaintiffs.

v.

Case No. 1:20-cv-23391-MGC

Vivint Smart Home, Inc. f/k/a Mosaic Acquisition Corp.; and Legacy Vivint Smart Home, Inc. f/k/a Vivint Smart Home, Inc.,

    Defendants.

## JOINT MOTION FOR TELEPHONIC SCHEDULING CONFERENCE

Pursuant to Federal Rule of Civil Procedure 16, Plaintiffs ADT LLC and The ADT Security Company (collectively, "ADT") and Defendants Vivint Smart Home, Inc. and Legacy Vivint Smart Home, Inc. (collectively, "Vivint") (both ADT and Vivint collectively, the "Parties") hereby jointly and respectfully move the Court to conduct a Telephonic Scheduling Conference. In support hereof, the Parties state as follows:

1. Pursuant to the Court's Amended Order Setting Civil Trial Date and Pretrial Deadlines, no Pretrial Conference is scheduled to be held in this action, unless the Court determines that a Pretrial Conference is necessary. *See* D.E. 79.

2. This case is currently set for trial on the Court's two-week trial period commencing on December 5, 2022. *Id.*

3. On August 24, 2020, this case was reassigned to the Honorable Jose E. Martinez. *See* D.E. 92.

4. In light of the reassignment of this case from Judge Cooke to Judge Martinez, the Parties believe a scheduling conference to discuss the upcoming trial date and remaining pretrial deadlines would be beneficial.

1

5. As such, the Parties respectfully and jointly request a telephonic scheduling conference to discuss trial dates and remaining pretrial deadlines in this case before the newly assigned Judge Martinez.

WHEREFORE, the Parties respectfully request this Court to enter an order setting a telephonic scheduling conference.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), counsel for Vivint conferred with counsel for ADT regarding this motion. Plaintiffs' counsel does not oppose the relief sought herein, and joins Defendants' counsels' request to conduct a Scheduling Conference via telephone.

Respectfully submitted, on September 14, 2022,

| /s/Eric J. Hobbs | /s/Joshua R. Brown |
|---|---|
| Jennifer A. McLoone | Michael N. Kreitzer |
| Florida Bar No. 029234 | Florida Bar No. 705561 |
| jmcloone@shb.com | kreitzerm@gtlaw.com |
| SHOOK, HARDY & BACON LLP | GREENBERG TRAURIG, P.A. |
| 201 S. Biscayne Blvd., Suite 3200 | 333 S.E. 2nd Ave., Suite 4400 |
| Miami, Florida 33131 | Miami, Florida 33131 |
| Telephone: 305.358.5171 | Telephone: 305.579.0500 |

-and-   -and-

| Charles C. Eblen (*pro hac vice*) | Gregory W. Herbert |
|---|---|
| ceblen@shb.com | Florida Bar No. 0111510 |
| Erin M. Fishman | herbertg@gtlaw.com |
| efishman@shb.com | Joshua Brown |
| SHOOK, HARDY & BACON LLP | Florida Bar No. 826391 |
| 2555 Grand Blvd. | brownjr@gtlaw.com |
| Kansas City, Missouri 64108 | GREENBERG TRAURIG, P.A. |
| Telephone: 816.474.6550 | 450 S. Orange Ave., Suite 650 |
|  | Orlando, Florida 32801 |
| -and- | Telephone: 407.420.1100 |

-and-

Eric J. Hobbs (*pro hac vice*)
ehobbs@shb.com
Daniel E. Rohner, (*pro hac vice*)   Matthew A. Steward (*pro hac vice*)
drohner@shb.com   mas@clydesnow.com
SHOOK, HARDY & BACON LLP   Shannon K. Zollinger (*pro hac vice*)

2

| | |
|---|---|
| 1660 17th Street, Suite 450<br>Denver, Colorado 80202<br>Telephone: 303.285.5300<br><br>*Counsel for Plaintiffs ADT LLC*<br>*and The ADT Security Corporation* | skz@clydesnow.com<br>Victoria Finlinson<br>vbf@clydesnow.com<br>CLYDE SNOW & SESSIONS<br>201 S. Main Street, Suite 1300<br>Salt Lake City, Utah 84111<br>Telephone: 801.322.2516<br><br>*Counsel for Defendants Vivint Smart Home, Inc.*<br>*and Legacy Vivint Smart Home, Inc.* |

3

*ACTIVE 682053882v1*