UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 20-23391-CIV-MARTINEZ

ADT LLC and THE ADT SECURITY
CORPORATION,

    Plaintiffs,

v.

VIVINT SMART HOME, INC. F/K/A MOSAIC
ACQUISITION CORP.; and LEGACY VIVINT
SMART HOME, INC. F/K/A VIVINT SMART
HOME, INC.,

    Defendants.
_____/

## ORDER ON JOINT MOTION FOR TELEPHONIC SCHEDULING CONFERENCE

**THIS MATTER** is before the Court on the parties' Joint Motion for Telephonic Scheduling Conference ("Joint Motion"). (ECF No. 93). This matter was recently reassigned from U.S. District Court Judge Marcia G. Cooke to Judge Jose E. Martinez. (*See* ECF No. 92). The parties move for the Court to set a "scheduling conference to discuss the upcoming trial date and remaining pretrial deadlines." (ECF No. 93 ¶ 4). After careful consideration, it is hereby

**ORDERED AND ADJUDGED** that the parties' Joint Motion, (ECF No. 93), is **DENIED**. The remaining pretrial deadlines and trial period are unchanged. (*See* ECF Nos. 89 & 79). Closer to the trial period, the Court will file an order on its trial procedures.

**DONE AND ORDERED** in Miami, Florida, this 16th day of September, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge Becerra & All counsel of record