Highly Confidential: Attorney's Eyes Only

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORDIA

ADT LLC; and The ADT Security Corporation
Plaintiffs,
v.
VIVINT SMART HOME, INC. F/K/A MOSAIC ACQUISITION CORP.; AND LEGACY
VIVINT SMART HOME, INC. F/K/A VIVINT SMART HOME, INC.
Defendant.

Case No.: 1:20-cv-23391

**<u>EXPERT REPORT OF PROFESSOR RUSSELL S. WINER, PHD</u>**

August 9, 2021

1

Highly Confidential: Attorney's Eyes Only

## TABLE OF CONTENTS

I.   QUALIFICATIONS ........................................................................................... 3

II.  ASSIGNMENT ................................................................................................ 5

III. SUMMARY OF OPINIONS ............................................................................ 6

IV.  BACKGROUND ON THE PARTIES ............................................................. 8

   A.  ADT ........................................................................................................... 8

   B.  Vivint ........................................................................................................ 9

V.   CASE BACKGROUND ................................................................................. 10

VI.  FUNDAMENTALS OF BRANDS ................................................................ 11

   A.  Brands Are Valuable Business Assets ..................................................... 12

   B.  The Importance of Brands in Service Industries ..................................... 15

VII. ADT IS A STRONG BRAND ........................................................................ 17

VIII. EVIDENCE OF VIVINT'S ACTIONS HARMING THE ADT BRAND ....... 18

   A.  Customer Complaints .............................................................................. 19

   B.  Customer Depositions ............................................................................. 26

   C.  Social Media Posts .................................................................................. 28

   D.  Previous ADT Case Against Vivint, State Government and FTC Actions ..... 31

   E.  ADT's Mitigation Efforts ....................................................................... 36

IX.  THE FULL IMPACT OF VIVINT'S ACTIONS GOES BEYOND THE DOCUMENTED COMPLAINTS ..................................................................... 37

X.   CONCLUSIONS REGARDING VIVINT'S ACTIONS ............................... 40

XI.  GEOGRAPHIC SCOPE OF VIVINT'S ACTIONS ..................................... 42

XII. DAMAGE REPAIR ....................................................................................... 43

   A.  Number of Customers Affected ............................................................... 44

   B.  Cost Of A Door-To-Door Campaign To Correct the Misimpressions ........... 46

   C.  Cost Of Advertising To Support The Door To Door Campaign ............... 48

   D.  Total Investment Required ....................................................................... 48

XIII. CONCLUSION .............................................................................................. 49

APPENDIX A: CV OF RUSSELL S. WINER ......................................................... 51

APPENDIX B: MATERIALS CONSIDERED .......................................................... 67

EXHIBITS 1-6 ........................................................................................................... 73

Highly Confidential: Attorney's Eyes Only

### I. QUALIFICATIONS

1.      I am the William Joyce Professor of Marketing and Deputy Chair of the Marketing

Department at the Stern School of Business, New York University. I received my Ph.D. in

Industrial Administration from Carnegie Mellon University in 1977.

2.      At the Stern School, I teach marketing management courses to graduate students in our

executive, part-time, and full-time MBA programs. I have also taught in MBA and executive

programs around the world. Topics I teach in these courses include brands and branding, along

with other marketing concepts such as digital marketing, pricing, and marketing strategy. In the

past, I have taught a wide variety of courses encompassing many marketing topics including

branding, customer loyalty management, marketing communications, marketing strategy, and

others.

3.      Prior to joining NYU, I was on the faculties of the University of California at Berkeley,

Vanderbilt University, and Columbia University. I have also been a visiting faculty member at

the Massachusetts Institute of Technology, Stanford University, the Helsinki School of

Economics, the University of Tokyo, École Nationale des Ponts et Chausées, Cranfield School of

Management (U.K.), Henley Management College (U.K.), and Singapore Management

University.

4.      I am the author of over 80 articles and four books in the area of marketing. Over the span

of my career, I have made methodological and other substantive contributions to the field of

marketing in the areas of pricing, advertising, customer relationship management, consumer

choice and decision-making, and a number of other areas. In particular, I have studied brands and

branding over the course of my 40-year academic career and written about topics such as

Highly Confidential: Attorney's Eyes Only

customer relationship management and the importance of word-of-mouth in marketing. In my textbook, *Marketing Strategy*, which is used by leading business schools around the world, I wrote a chapter on customer relationship management, products and branding. [1] In 2002, I had a paper published by the Journal of Marketing called "Dynamic Customer Relationship Management: Incorporating Future Considerations into the Service Retention Decision."[2] More recently, in 2020, I coauthored a paper in *Marketing Letters* called "The Past, Present, and Future of Customer Management."[3]

5.      I have been given a number of awards for my research, including a lifetime achievement award in pricing and the inaugural long-term research contribution award from the Institute for Operations Research and the Management Sciences ("INFORMS") Society of Marketing Science ("ISMS"). I was named as an inaugural ISMS Fellow. ISMS is the leading organization for marketing academics whose work involves quantitative modeling. I was also named an inaugural Fellow of the American Marketing Association, the leading organization for marketing academics in the U.S. In 2016, I was named a Legend of Marketing by the American Marketing Association.

6.      I have extensive academic editorial experience. I have been the editor of the Journal of Marketing Research ("JMR") twice. JMR is widely considered to be among the most prestigious

---

[1]     Winer, Russell S. (2020), "Customer Relationship Management," in B. Schlegelmilch and R.S. Winer, eds., *Marketing Strategy* (Routledge), 56-66.

[2]     Dynamic Customer Relationship Management: Incorporating Future Considerations into the Service Retention Decision," *Journal of Marketing*, 66 (January 2002), 1-14. Winner of the Donald R. Lehmann award for the best paper published from a doctoral dissertation.

[3]     Oblander, Elliot Shin, Sunil Gupta, Carl F. Mela, Russell S. Winer, and Donald R. Lehmann (2020), "The Past, Present, and Future of Customer Management," *Marketing Letters*, 31 (Issues2-3), 125-136.

Highly Confidential: Attorney's Eyes Only

two or three journals in the field of marketing. I have been the senior editor for the journal Marketing Science, the leading quantitative journal in marketing and the senior editor of the International Journal of Research in Marketing, a leading journal in marketing knowledge and methods. I currently serve as a co-editor of the journal Marketing Letters.  In addition, I have served on numerous editorial boards, acted as associate editor, and generally been involved with the peer review process both as a reviewer and editor for over 40 years.

7.      I have served as an expert witness in several cases involving brands, consumer confusion and trademark infringement. My full CV, which includes a list of cases in which I have testified in the last four years, appears in Appendix A.

## II. ASSIGNMENT

8.      I have been asked by ADT LLC and The ADT Security Corporation (collectively referred to as "ADT") and its counsel to provide a report that describes the importance and value of brands to both consumers and brand owners. I have been asked to review and analyze how Vivint Smart Home, Inc. ("Vivint") has approached and marketed itself to ADT customers and whether and to what extent its tactics might have caused harm to the ADT brand. I have also been asked to identify and outline potential remedies to reverse any harm done to the ADT brand arising from Vivint's use of deceptive sales tactics, including misrepresentation, as discussed in further detail below.

9.      This report contains my findings and opinions as of the submittal date. My analysis is ongoing, however, and my opinions may change if additional information relevant to the issues I have examined comes to my attention.

Highly Confidential: Attorney's Eyes Only

10.     To perform this analysis, I reviewed and considered a wide range of documents. For example, I reviewed marketing texts and articles, documentation of customer communications and complaints, depositions and a variety of other documents that have been produced in this matter through discovery. I understand that additional documents may become available as part of the discovery process, and I reserve the right to amend my opinions based on any new information that comes to light. Appendix B to this report is a list of the materials that I considered while preparing my report.

11.     For this assignment, I am being compensated at my standard rate of $900 per hour for work on expert report preparation and time spent testifying in deposition and at trial. I have been assisted in this matter by staff at Global Business Experts Group ("GBX"), who worked under my direction and supervision. Neither my compensation nor that of GBX depends on the nature of my findings or the outcome of this matter.

### III.  SUMMARY OF OPINIONS

12.     ADT has alleged that Vivint's door-to-door salespeople have damaged its company and brand in a variety of ways. In my expert opinion, the alleged Vivint actions suggest a threat to ADT's business, particularly with regard to its reputation among consumers and its brand equity (the value of the brand to the company).

13.     Brands are valuable assets to companies for many reasons, and they are particularly valuable to companies in service industries. Therefore, a threat to ADT's brand equity is of great concern and needs to be remedied forcefully.

14.     I have reviewed several sources of evidence that corroborate the allegations made in the

Highly Confidential: Attorney's Eyes Only

complaint. These sources include recordings of calls from ADT customers, deposition transcripts of ADT customers, ADT's internal Deceptive Sales Reports, social media posts and postings on Vivint's own website. Additionally, Vivint's actions appear to be far more extensive, and have had more impact, than what ADT has been able to document. The academic literature explains that consumers usually do not report problems they experience. In short, Vivint's misleading and aggressive intrusion on ADT customers has been widespread, harmful, and needs to be remedied.

15.     It is clear to me that Vivint's actions in this case are consistent with a pattern of behavior that Vivint has engaged in as identified by government agencies and by other companies competing in this industry (and even by ADT in a previous lawsuit). This pattern strongly suggests that Vivint's behaviors at issue in this case are not incidental to Vivint's business, but instead are fundamental to the way Vivint operates generally. In addition, this pattern of past behavior, consistent with that alleged in this case, adds additional weight to the evidence I reviewed.

16.     Vivint's actions have left customers confused, concerned, and annoyed. Given the importance of word-of-mouth communications in service businesses, having customers who encounter bad experiences (even though ADT itself was not the cause of these experiences) is damaging to ADT.

17.     The most effective way to at least begin to remedy the harm caused by Vivint to ADT is in the same manner in which it was inflicted, namely a door-to-door outreach to ADT consumers. This outreach should be part of a comprehensive communications campaign. The total cost of this restoration campaign would be approximately $27.2 million. Moreover, in my

Highly Confidential: Attorney's Eyes Only

opinion, there are several additional sources of harm to ADT that I have not been asked to analyze in this assignment but that could be analyzed and added to the damage number I have calculated.

## IV. BACKGROUND ON THE PARTIES

### A. ADT

18.     ADT is a publicly traded security systems provider with its headquarters located in Florida.[4] The company was incorporated in 1874 and currently employs over 17,000 people in over 300 locations throughout the U.S. that serve over 6 million customers.[5] ADT offers products such as home security systems, smart home automation, fire & life safety services, security cameras, identity theft protection and other related products.[6]

19.     ADT states that it generates revenue "primarily through contractual monthly recurring fees received for monitoring and related services…"[7] ADT reported total revenues of approximately $5.3 billion in 2020, with monitoring services representing 79% of that amount and installation services representing the remainder.[8] According to IBISWorld, a research and analytics company,[9] although companies in this industry compete on price, installing a new system and switching providers is a time-consuming process. Therefore, companies that "operate in this industry have a high level of recurring revenue from subscribers…"[10]

---

[4]     https://finance.yahoo.com/quote/ADT/; https://www.bloomberg.com/profile/company/0850848D:US.
[5]     https://www.adt.com/about-adt/history.
[6]     https://www.adt.com/security-benefits.
[7]     ADT Inc 10-K 2020.
[8]     ADT Inc 10-K 2020.
[9]     2020 IBISWorld report entitled "US Industry (NAICS) Report 56162: Security Alarm Services in the US," page 22.
[10]    IBISWorld US Industry (NAICS) Report 56162: Security Alarm Services in the US, December 2020, pg. 22.

Highly Confidential: Attorney's Eyes Only

20.     An ADT contract requires a multi-year commitment from the date the agreement is signed. After expiration of the initial term, the contract automatically renews on a month-to-month basis. The customer is free to cancel the service after the initial term with a 30-day notice.[11]

21.     ADT states that its principal competitors in the residential market include "Vivint Smart Home, Inc., Brinks Home Security (operating brand of Monitronics International, Inc.), and Xfinity Home Security (a division of Comcast Corporation)."[12] Competitors within the commercial market "are Johnson Controls International plc. ("Johnson Controls"), Convergint Technologies, Stanley Security (a division of Stanley Black and Decker), and Securitas Electronic Security."[13]

### B.  Vivint

22.     Vivint is a publicly traded company, headquartered in Provo, UT, that focuses on home security and home automation. It refers to itself as a "smart home" company.[14] The company was founded in 1999, initially focused on home security alarms and later expanding into the smart home market.[15] Vivint currently employs approximately 12,000 people[16] who work in

---

[11]     ADT00000188, ADT contract.
[12]     ADT Annual report p. 8.
[13]     ADT Annual report p. 9.
[14]     "Vivint Smart Home makes NYSE debut following megamerger," Deseret News, retrieved from: https://www.deseret.com/utah/2020/1/21/21075466/vivint-smart-home-nyse-stock-softbank-mega-merger, accessed July 1, 2021; "About Us," Vivint, retrieved from: https://www.vivint.com/company/about-us, accessed July 1, 2021.
[15]     "Vivint Smart Home makes NYSE debut following megamerger," Deseret News, retrieved from: https://www.deseret.com/utah/2020/1/21/21075466/vivint-smart-home-nyse-stock-softbank-mega-merger, accessed July 1, 2021.
[16]     "Vivint Smart Home," PitchBook, retrieved from: https://pitchbook.com/profiles/company/11895-40#overview, accessed July 1, 2021.

Highly Confidential: Attorney's Eyes Only

facilities across the U.S., including in Utah, California, and Massachusetts, and in Canada.[17]

23.     Vivint Smart Homes has installed more than 20 million devices into North American homes, including "smart" products such as locks, thermostats, and lighting; indoor, outdoor and doorbell cameras; and security products and services such as sensors, alarms and 24/7 monitoring.[18] In January of 2020, Vivint merged with Mosaic Acquisition Corp. and debuted as a publicly traded company on the NYSE with the ticker symbol VVNT.[19]

24.     In 2020 Vivint reported $1.3 billion in revenue with 1.7 million service subscribers, an increase of 9% and 9.2% respectively, over 2019.[20]

## V.  CASE BACKGROUND

25.     I understand that ADT and Vivint compete in what industry research company IBISWorld defines as the "U.S. Security Alarm Services" industry which it describes in its December 2020 report as:

> "[An] industry [which] comprises establishments that sell security systems, such as burglar and fire alarms and locking devices. They also offer installation, repair and monitoring services of electronic security alarm systems…"[21]

26.     US sales in this industry totaled $26.8 billion in 2020. The largest industry participants in that year were ADT, Johnson Controls, Monitronics, and Select Security.[22]

---

[17]    Vivint Smart Home, Inc. 10-K 2020, pg. 45.
[18]    "Company Profile," Vivint, retrieved from: https://investors.vivint.com/company-profile/default.aspx, accessed July 1, 2021; "About Us," Vivint, retrieved from: https://www.vivint.com/company/about-us, accessed July 1, 2021.
[19]    "Company Profile," Vivint, retrieved from: https://investors.vivint.com/company-profile/default.aspx, accessed July 1, 2021.
[20]    Vivint Smart Home, Inc. 10-K 2020.
[21]    IBISWorld US Industry (NAICS) Report 56162: Security Alarm Services in the US, December 2020, pg. 5.
[22]    IBISWorld US Industry (NAICS) Report 56162: Security Alarm Services in the US, December 2020, pg. 5.

Highly Confidential: Attorney's Eyes Only

27.     ADT alleges the following in this matter:

- Vivint's door-to-door salespeople have adopted and practiced deceptive sales tactics in an effort to convert ADT customers into Vivint customers using a combination of lies, misstatements, omissions, and half-truths. For example, ADT alleges that Vivint's employees have falsely claimed, among other things, that Vivint was taking over ADT and its customer accounts, or that Vivint is merging with ADT, and is visiting ADT customers' homes to upgrade their system on behalf of ADT.[23]

- ADT's customers have complained that Vivint salespeople have engaged in deceptive sales practices, and ignored "no solicitation" signs, and have not taken appropriate health precautions required to protect homeowners during the COVID-19 global pandemic. [24]

- Some ADT customers had erroneously been led to believe that ADT was out of business, or that Vivint had acquired ADT, or that the ADT security systems were not up to date. While other ADT customers understood that they were being presented with a false sales pitch, they nevertheless reconsidered whether to continue their ADT subscriptions because the company has become a target of scammers.[25]

28.     ADT's allegations in this case are consistent with other claims that have been made against Vivint in the recent past, including in a previous case also brought by ADT (and a current one brought by CPI, a regional security company),[26] investigations and enforcement actions brought by state attorneys general and enforcement actions brought by the federal government. Some of these cases are described more fully below.

## VI. FUNDAMENTALS OF BRANDS

29.     Vivint's alleged actions[27] that harmed ADT's brand also are harmful to ADT's business overall because of the importance of brands and brand equity, particularly in service businesses.

---

[23]     Amended complaint, October 13, 2020, p. 1 and Exhibit 1.
[24]     Amended complaint, October 13, 2020, p. 3.
[25]     Amended complaint, October 13, 2020, p. 8.
[26]     *CPI Security Systems. Inc. v. Vivint Smart Home, Inc. f/k/a Mosaic Acquisition Corp.; and Legacy Vivint Smart Home, Inc. f/k/a Vivint Smart Home, Inc.* No. 3:20-cv-00504-FDW-DSC (WD NC).
[27]     In the following section, I review evidence which strongly supports ADT's claims.

Highly Confidential: Attorney's Eyes Only

### A. Brands Are Valuable Business Assets

30.     The American Marketing Association ("AMA") defines a brand as a "name, term, design, symbol, or any other feature that identifies one seller's goods or service as distinct from those of other sellers."[28] Brands and the intellectual property that identify them are valuable business assets to their owners. Brands have been estimated to account for as much as 30% of the value of companies represented on the S&P 500.[29] As former CEO of Quaker Oats John Stuart memorably stated:

> "If this company were to split up, I would give you the property, plant and equipment and I would take the brands and the trademarks, and I would fare better than you."[30]

31.     The value of a brand and its associated intellectual property is known as "brand equity." Brand equity is defined as "a set of brand assets and liabilities linked to a brand name and symbol, which add to or subtract from the value provided by a product or service."[31] Brand equity is made up of a variety of interconnected components that create value for the companies that own them. Professor David Aaker, a recognized authority on branding, lays out four major components of brand equity: awareness, associations, loyalty, and perceived quality. [32]

32.     Brand _awareness_ describes the strength of a brand's presence in a consumer's mind. Consumers are far more likely to consider purchasing a product whose brand they are familiar

---

[28]    https://www.ama.org/the-definition-of-marketing-what-is-marketing/
[29]    "What are brands for?" The Economist, August 30, 2014, retrieved from http://www.economist.com/news/business/21614150-brands-are-most-valuable-assets-many-companies-possess-no-one-agrees-how-much-they, accessed July 1, 2021.
[30]    Keller, Kevin Lane (2013), Strategic Brand Management, 4th Edition. New York, NY: Pearson Education Limited, page 34s.
[31]    Aaker, D. "What Is Brand Equity?" Prophet. https://www.prophet.com/2013/09/156-what-is-brand-equity-and-why-is-it-valuable/, accessed July 1, 2021.
[32]    Aaker, D. A. (1996). _Building Strong Brands_. New York: The Free Press, p. 10.

Highly Confidential: Attorney's Eyes Only

with. Even in situations where consumers are actively evaluating numerous brands, most brands never make enough of an impact to join the "evoked set," the short list of brands a consumer is consciously aware of.[33] For example, in the 1980s, Toyota would not have been in the evoked set for consumers looking to buy a luxury or high-performance car. After it launched and marketed Lexus in 1989,[34] Toyota was able to have a brand in the luxury, high-performance car evoked set. Those brands that do join a consumer's "evoked set" gain a significant competitive advantage over brands the consumer is unfamiliar with.

33.      Brand _associations_ cue positive connections in consumers' minds between the brand and the benefits the brand's products and services provide. Nike is perhaps one of the best-known examples, having risen to prominence by associating itself with sport stars from Michael Jordan to Tiger Woods to Serena Williams. Brand associations create goodwill and can lead to increased purchases and word-of-mouth recommendations.

34.      Brand _loyalty_ describes how committed a consumer is to purchasing a particular brand and how often he or she will purchase it again as the need arises.[35] Because it takes much more effort (and therefore expense) to acquire new customers than it does to retain existing customers, brand loyalty can have a large impact on profitability.[36] Retaining existing customers allows a brand to count on steady revenues and can form a barrier to competitors trying to increase their market share. Additionally, loyal customers are more likely to spread positive messages about

---

[33]   This is sometimes also referred to as the "consideration set."
[34]   "Toyota Recalls All 8,000 Cars of Lexus Model," _Los Angeles Times_, December 5, 1989, retrieved from: https://www.latimes.com/archives/la-xpm-1989-12-05-fi-123-story.html, accessed July 1, 2021.
[35]   Batey, M. (2008). Brand Meaning. New York: Taylor and Francis Group, LLC.
[36]   Keller, Kevin Lane (2013), Strategic Brand Management, 4th Edition. New York, NY: Pearson Education Limited, page 183.

Highly Confidential: Attorney's Eyes Only

the brand through word-of-mouth.

35.     Finally, *perceived quality,* provides a benefit to the brand's products beyond what they would obtain from their characteristics and features alone. Perceived quality can arise from many sources, including the firm's advertising and marketing, the consumer's own experiences, and word-of-mouth communications from friends, relatives, and others.[37] Word-of-mouth customer communication can work for or against a brand. In fact, customers who are upset with poor service are more likely to talk about their negative experiences.[38]

36.     A strong brand, one with a large amount of brand equity, conveys many benefits to its owner. The visibility, consistency and clarity of a strong brand attract new customers, who often become loyal customers. A loyal customer base, one that stays with the brand and continues to purchase its products, sustains sales growth, and allows companies to survive product or corporate missteps and economic downturns. The products and services of a strong brand often command a price premium. [39]

37.     In addition, a strong brand allows for more successful product extensions, both across products and services (i.e., product line and product category extensions) and markets (i.e., new channels and geographic markets).[40] Brand extensions can also maintain or renew interest in an existing brand. Most importantly, brands with strong brand equity can be advertised and

---

[37]     Russell S. Winer and Ravi Dhar. Marketing Management, 4th Edition, page 440.
[38]     "Customer Service and Business Results: A Survey of Customer Service from Mid-Size Companies," Dimensional Research, April 2013, http://cdn.zendesk.com/resources/whitepapers/Zendesk_WP_Customer_Service_and_Business_Results.pdf, accessed July 9, 2021.
[39]     Keller, Kevin Lane (2013), Strategic Brand Management, 4th Edition. New York, NY: Pearson Education Limited, page 191.
[40]     Keller, Kevin Lane (2013), *Strategic Brand Management*, 4th Edition. New York, NY: Pearson Education Limited, page 35.

Highly Confidential: Attorney's Eyes Only

marketed more efficiently because consumers are already familiar with the brand and aware of its value.[41]

38.     Some well-known examples of brand extension include: Apple, which revolutionized the music industry with iPod, iTunes, and iPhone, now makes high-end headphones to use listening to that music; motorcycle maker Harley-Davidson sells branded apparel that features the well-known Harley-Davidson logo; and Colgate sells toothbrushes and dental floss along with its well-known toothpaste. In the case of ADT, it now offers products such as smart locks and identity theft protection, which are extensions of its home security systems products.

39.     ADT has invested millions of dollars in advertising and other marketing strategies to build a strong brand. Any threat to the brand is a threat to that investment and the hoped-for returns.[42]

### B.  The Importance of Brands in Service Industries

40.     Brands are especially valuable to consumers when representing intangible goods and services.[43] Consumers can evaluate tangible goods on their own merits prior to purchase. A consumer looking for produce in a grocery store can evaluate a piece of fruit based on smell, appearance, and touch. A customer shopping for a new car or new running shoes will be permitted to take the product out for a test drive. In contrast, service goods are intangible, and do not even really exist until the customer makes a purchase. For example, one cannot see or touch the cellular connection on a cell phone. Rather, the user has an experience (e.g., good call

---

[41]     Keller, *Strategic Brand Management*, page 99.
[42]     Exhibit 1 - Follow up Question re_ ADT Media Spend.
[43]     McDonald, M. H., De Chernatony, L., & Harris, F. (2001). "Corporate marketing and service brands: Moving beyond the fast-moving consumer goods model." *European Journal of Marketing*.

Highly Confidential: Attorney's Eyes Only

quality) that is derived from the service being provided by the cellular service provider. Similarly, a haircut does not exist until it is given and cannot be assessed until after the fact. Purchase of an airline flight, a restaurant meal, a house-cleaning service — all require a leap of faith.

41.     This intangibility of services increases the perceived risk for consumers,[44] which means that they need to look for ways to feel confident in their purchases; they need some comfort while taking that leap of faith. Therefore, a brand's reputation plays an even more important role in the purchase decision for services than it does for products, particularly in a business in which word-of-mouth referrals are important. Any threat to the brand, for example from a competitor company spreading misinformation, can be a significant threat to a service business.

42.     Further, in many kinds of communications, bad news is more memorable and has higher visibility than good news.[45] Service companies must base their reputation and brand power on the consistency of consumer experience and service.[46] Therefore, the risk for a service company of bad word-of-mouth is high.

43.     Consistent with the notion that "Bad is Stronger Than Good," research shows that consumers often seem to be more concerned with avoiding bad service than experiencing great service. The graphic below represents this concept, called "loss aversion." Losses in this case can be thought of as situations in which the expectations of service quality were higher than the

[44]     Klaus, P., & Maklan, S. (2007). The role of brands in a service-dominated world. *Journal of Brand Management*, 15(2), 115-122.

[45]     Baumeister, Roy F., Bratslavsky, Ellen, Finkenauer, Catrin, and Vohs, Kathleen D. "Bad Is Stronger Than Good." *Review of General Psychology*, 2001. Vol. 5. No 4. 323-370.

[46]     McDonald, M. H., De Chernatony, L., & Harris, F. (2001). "Corporate marketing and service brands." *European Journal of Marketing*.

Highly Confidential: Attorney's Eyes Only

realized quality. Gains are the opposite: the experience of the service delivery exceeded expectations. While consumers benefit from gains, they strongly prefer to avoid losses. Again, the salient point here is that service companies face a significant risk if their customers have negative experiences associated with their brands.

**Loss of Aversion of Service Quality[47]**



44.      In sum, brand equity is very important to service businesses and is subject to being harmed if customers have bad experiences.

### VII. ADT IS A STRONG BRAND

45.      One way to assess the strength of a brand is to review customer data about it. To assess the strength of the ADT brand, I reviewed a 2018 Harris Poll[48] Brand Tracking survey report. This survey, which I understand was commissioned in the normal course of business and not for litigation, is a tool commonly used by companies to assess how well-known they are and how

---

47      Russell S. Wiener and Ravi Dhar. Marketing Management, 4th Edition, page 442.
48      The Harris Poll is a well-known and respected market research company. Further information can be found here: https://theharrispoll.com accessed August 5, 2021.

Highly Confidential: Attorney's Eyes Only

well-regarded they are among consumers. According to the report, ADT has very high brand recognition by several measures. The brand scored 97% in total brand awareness putting it at the top of the list of companies in the industry (Vivint scored 44%.) and also had the highest score for "preference" among consumers. [49] ADT scored 57% for unaided brand awareness (having been mentioned by a survey respondent without being prompted by a list of companies to choose from) compared to Xfinity Home by Comcast and Vivint, which scored 14% and 8%, respectively. [50] Additionally, according to the report, no one competes with ADT for "Best Brand;"[51] far more respondents viewed ADT as being best/better than other security companies in the industry than any other competitor, including Xfinity Home by Comcast, Nest, Amazon, AT&T, and Vivint.

46.     In my opinion, ADT is an exceptionally well-known brand, based on my own observations and the results of this brand tracker survey. In addition, it is a brand that wins very high marks from consumers, particularly compared to its competitors. The strength of the brand and the importance of brands in service industries, generally, makes the attack by Vivint even more concerning.

## VIII.  EVIDENCE OF VIVINT'S ACTIONS HARMING THE ADT BRAND

47.     I reviewed several sources of evidence to regarding ADT's allegations, to understand in more detail what was happening in the field and to verify the allegations in the Complaint. Overall, it is clear to me that, as the Complaint states, Vivint has undertaken a variety of

---

[49]     ADT00002923, p. 8.
[50]     ADT00002923, p. 12.
[51]     ADT00002923, p. 16.

Highly Confidential: Attorney's Eyes Only

aggressive actions aimed at misleading ADT customers, and these actions have harmed ADT and its customer relationships.

### A. Customer Complaints

48.     One set of evidence of Vivint's actions I found very useful was audio recordings of ADT customer complaints calls. I understand that there are approximately 1,300 of these recorded calls, of which my team and I reviewed several hundred drawn from the full set.[52] The rest of this section includes quotes from a small subset of the calls I reviewed, which are a good representation of the others my team and I listened to.[53]

49.     As previously noted, ADT alleges that Vivint's employees have falsely claimed, among other things, that Vivint was taking over ADT and its customer accounts, that Vivint is merging with ADT, or that Vivint manufactures ADT equipment and is visiting ADT customers' homes to upgrade their system on behalf of ADT. The calls I listened to support those allegations.

50.     For example, one call involved an ADT customer, Loretta ████,[54] who was confused after receiving a visit from a Vivint sales representative. Specifically, when Ms. ████ called ADT she stated that a person from Vivint had come to her home and told her that Vivint had merged with ADT and that he was there to upgrade her security system.[55] In her call to ADT, Ms. ████ stated that she had "been duped," and that she thought it was ADT but then later "found out that it's a total different company."[56] The ADT call representative told Ms. ████

---

[52]   Exhibit 2 - Customer Audios Produced by ADT.
[53]   All quotes from customers were not corrected for grammar.
[54]   The customer names have not been verified as to spelling.
[55]   "ADT00000191.wav."
[56]   "ADT00000191.wav."

Highly Confidential: Attorney's Eyes Only

about the deceptive sales practices that Vivint practices, and noted that ADT's employees are trained to be on the lookout for these occurrences.

51.      Another ADT customer, Ms. Catherine █████, described a similar interaction with Vivint. Ms. █████ was contacted by ADT after reporting a deceptive sales call and was asked in a follow-up discussion to describe what happened. In her description of the deceptive interaction, Ms. █████ stated that a Vivint employee came to her door in the evening and told her Vivint was going around the neighborhood to switch out old equipment.  The Vivint employee told her that Vivint is "taking over the company you're with," a statement which gave Ms. █████ the impression that he "was with ADT." Next, the Vivint representative told her that they would help her cancel her contract with ADT and cover any of the expenses stemming from that cancellation. Ms. █████ agreed to this, and then allowed the Vivint representative into her house to switch out all her ADT equipment. It was not until later that Ms. █████ husband grew concerned about what had happened and thought that they may have been "scammed." Ms. █████ called ADT to report what happened and was told that she had been deceived, which left her feeling "really stupid" and upset.[57]

52.      One customer called in because she thought that ADT was out of business.

> [Customer] I thought maybe you guys were out of business because a man came and said that he came to change out our alarms, from V-I-V-I-N-T Smart Homes. And he took my [ADT] sign out … I don't understand what happened.  Was it a con thing that happened to me? … I don't know what happened. I thought you guys sent him over, I don't know. How did this man come to change my alarm? … He changed my alarm! What is this a con thing that happened?

> [ADT] What happens is that it was most likely a salesperson from Vivint…

---

[57]  "ADT00003610.wav."

Highly Confidential: Attorney's Eyes Only

Unfortunately, they go into neighborhoods… that's what they do…

[Customer] … I don't know what was going on. Oh my god, I've been had…[58]

53.    A customer care representative with an ADT dealer, which is an independent company that markets, sells, and installs hardware and then sells the customer account to ADT to be serviced by ADT,[59] called in to ADT to describe a customer's deceptive sales experience with Vivint. Someone from Vivint came to the customer's house and upgraded her service, but the customer had the impression that Vivint was part of ADT.  Specifically, the customer care representative stated, "somebody came to [the customer's] home from Vivint and upgraded her service."[60] The ADT representative indicated that this was a deceptive sale, and that the customer is "in a pickle" because she had been tricked into signing a contract and would have two conflicting contracts with two different companies. The ADT representative described the deceptive sales process to the customer care representative, and then proceeded to document the deceptive sale from the customer.  The customer confirmed the deceptive sales report, and stated that it was "un-freaking- believable" that she was tricked by Vivint.[61]

54.    An ADT customer, David ▮▮▮▮▮▮, called ADT after being visited by a Vivint sales representative.  Mr. ▮▮▮▮▮ stated the following:

> [Mr. ▮▮▮▮▮ … I just had a fellow saying that he represents the people who provide all your equipment come to my front door and tell me that I had an old keypad and they're supposed to put a new one in.  Does that ring a bell with you?
>
> [ADT] I can definitely take a look and see if there's anything about it on your

---

[58]   "ADT00000006.wav."
[59]   https://www.frontpointsecurity.com/shop/blog/will-the-real-adt-please-stand-up-explaining-the-dealer-program.
[60]   "ADT00002506.wav."
[61]   "ADT00002506.wav."

Highly Confidential: Attorney's Eyes Only

account …

[Mr.  … he said we have a year-and-a-half old keypad and that they're going to install the new upgraded keypad, and I think it's a scam… He said it was [Vivint]… Have you authorized some company called [Vivint] to come around and tell us we need an upgraded keypad?

[ADT] No, that doesn't sound like something we would do.  What I can do is get you over to our fraud department…[62]

55.     Another ADT customer calling on behalf of her father, reached out to ADT while a

Vivint sales representative was at the door:

[Caller]… So we have an ADT system and there's a guy from the company saying that he is here to make changes, but we weren't notified that anybody was going to come to the house so we don't know. We don't know who he is. […] We didn't let them in yet cuz we don't know anything about what he's coming to do. But he says he's from ADT coming to do General update the system.

[ADT]… Okay, honestly, I don't see where we scheduled him to come, so it could be someone falsely identifying yourself. What I can do is just report that for you if you could maybe ask his first name last name, okay?

[Caller]…He is saying he is from Vivint. […] His name is Alex Kaiser. […] So yeah, he's from Vivint but he said he's from ADT though.[63]

56.     Ms. ▮▮▮, an ADT customer who was a victim of Vivint's deceptive practices was told

that ADT was affiliated with Vivint and that she was getting the new equipment for free. All she

had to do, she was told, was set up a Vivint sign outside her door. She ended up paying both

ADT and Vivint for 3 to 4 months.

[ADT]: Okay Ms. ▮▮▮, you're looking to disconnect the service?

[Caller]: Yeah, we were actually swindled by Vivint. They told us they were

---

[62]     "ADT00000555.wav."
[63]     ADT00000011

Highly Confidential: Attorney's Eyes Only

affiliated with you guys but they went on and cancelled my contract. So, I'm not gonna pay two people.

[ADT]: Okay, but you have 3 days to opt out though.

[Caller]: Yeah, but that was all the way back in June, though. So, I've been paying Vivint as well as ADT for like the past 3-4 months. We actually spoke to a lawyer because we were very upset that Vivint decided to cancel ADT. So, they told us not to cancel it all before we pursue but at this point I'm just running out of money.

[ADT]: Did Vivint make it clear that they were a different company when they installed?

[Caller]: They basically said that they purchased ADT and they were like the new company and we were getting everything for free. All we had to do is set the sign up outside our door. […] No, I didn't know at all. So, I've basically been paying Vivint and I'm still paying them for so many months but to get out of my contract at this point, they said it was another $600 and I'm not paying that.[64]

57. Another customer spoke to ADT on behalf of her mother-in-law, who had been with ADT for approximately 30 years. The mother-in-law was told that Vivint was upgrading her system and was asked to sign a contract as well as a letter written by Vivint stating that she was cancelling ADT and that the signed letter would be sent to ADT by Vivint.

[Caller]: They came in and they told my mother-in-law that they were upgrading the system. She called us at a restaurant and she put the guy on the phone and I told her guy we can' t have this discussion here. Can we meet at her house after we finished at the restaurant? He said yes and we were supposed to meet at 3:40. We got here a little after 3. We got here early. He had a technician here. He had already taken off the panel and was removing the doorbell and had done some other things. And they were pretty much finished with the installation. We asked him, did, they buy ADT out and he said, no, they're not ADT. So, we asked him to stop work and he called this representative who had met with my mother in law and he came back. I guess in my mind, I think he had planned to have all this done by the time we got here. […] So, in the course, my mother-in-law was confused about who they were 'cause she said they were upgrading. I said no,

---

[64] ADT00000028.

Expert Report of Russell S. Winer                                                                              23

Highly Confidential: Attorney's Eyes Only

they were placing. So, it took us about an hour to explain to her who these people were. So, then we got to that point. So, I think, I think these people prey on your fears.

[…]

[ADT]: She's been in contract with us for 30 years, actually.

[Caller]: I understand that. They also wrote a letter for her to sign saying that she was going with Vivint and that she was cancelling ADT and they were gonna send that to ADT for her.[65]

58.     These two examples illustrate how customers end up switching from ADT to Vivint, unwittingly. Worse, these customers seem to have ended up with two home security contracts, one with ADT and one with Vivint. I understand that ADT anticipates many of its disclosed customer witnesses will testify at trial that because of Vivint's conduct, the customer was locked into contract with both Vivint and ADT, and some customers thereafter terminated or breached their ADT contracts because they could not extricate themselves from the new Vivint contract.

59.     Further, some of the calls I have listened to support the allegation in the Complaint that Vivint targeted elderly and other vulnerable customers of ADT. For example, the daughter of ADT customers, the ██████ family, called on behalf of her parents. The daughter explained that Vivint had come to her parents' home and convinced them to switch out their ADT equipment for Vivint equipment. She reported that Vivint representatives came to the house and took apart her parents' whole alarm system to install the Vivint system. The daughter stated that her parents are foreign-born, are not fluent in English, and that her dad is 97 years old. Once the family figured out what was happening, they wanted to switch back to ADT, but had to incur

---

[65]     ADT00001922.

Highly Confidential: Attorney's Eyes Only

additional expenses because Vivint had "destroyed the panel" and "ruined everything."[66]

60.     In addition to reviewing recording of customers, I also heard an internal call between ADT representatives discussing an interaction that an ADT customer had with Vivint. In the call, the ADT Help representative described the following situation:

> "What's happened is that yesterday, Vivint, another security company, came in and said that they were upgrading [the customer's] system and ADT had changed their name, so it was fraud… yeah, deceptive sales… they went ahead and took out [the ADT] system, put in their own, and [the customer] said she's not able to reach them back again, and this is just yesterday, and she wants her ADT system back.  She doesn't want Vivint. They, you know, lied to her…"[67]

61.     In addition, in a video produced by ADT in this matter from a customer's Ring Video Doorbell, a deceptive sales attempt was documented on video.[68] In the video, the Vivint representative is shown trying to gain access to the ADT customer's home. At one point, the Vivint representative stated that "ADT sold their company." The customers are very skeptical and repeatedly tell the Vivint representatives to leave, which they eventually do. The customer then submitted an affidavit in this matter which included this video.[69]

62.     The examples above are not meant to be exhaustive. As part of this matter, ADT has provided me over 1,300 call recordings and voluminous records of deceptive sales reports. Further, I understand that ADT has dedicated staff devoted to documenting and recording instances of deceptive sales. Later in this report I also include a series of steps ADT has taken to try to alert customers to the threats posed by Vivint, to prevent customers from falling prey to the

---

[66]     "ADT00003574.wav."
[67]     "ADT00000511.wav."
[68]     Affidavit of Ko-Chin ████, October 28, 2019, Exhibit 1.
[69]     Affidavit of Ko-Chin ████, October 28, 2019; ADT00000153 - ADT00000155.

Highly Confidential: Attorney's Eyes Only

misleading tactics.

### B.   Customer Depositions

63.    I have also reviewed depositions of six customers[70] who recount stories like the customer

service calls that I described above. I understand that ADT anticipates calling some customers at

trial to describe directly for the jury their encounters with Vivint's sales representatives,

consistent with the example customer phone calls cited above.

64.    Juan ████, a previous ADT customer from Bakersfield, California described his

interaction with a Vivint representative. Upon telling the sales rep that he had an ADT system

installed already, the Vivint sales representative said:

> "Well, we're -- we're merging together, and so we were going to see if you wanted
> to upgrade some of your equipment."[71]

65.     Mr. ████ was also charged $2,000 by Vivint on the day the sales representative visited

him even though the sales rep said there would be no charge:[72]

> "He [Vivint sales representative] told me nothing was going to be charged, all the
> installation and equipment was going to be free, that I would just start paying a
> monthly for the use."[73]

66.    Another previous ADT customer named Victor ████ stated the following:

> "I opened the door, he mentioned his name, he said he was with Vivint, and said
> he wanted to talk to me about a security system. I told him I really wasn't

---

[70]   Deposition of Juan ████, June 10, 2021, Bakersfield, CA; Deposition of Paula ████, June 10, 2021, Bakersfield, CA; Deposition of Victor ████, May 25, 2021, Nelsonville, OH, Deposition of Latoya Miriam ██, May 18, 2021, Atlanta, GA; Deposition of Caren ████, April 12, 2021, Barberton, OH; Deposition of Randall ████, June 8, 2021, Brighton, CO. All quotes from customers are not corrected for grammar.

[71]   Deposition of Juan ████, June 10, 2021, 19:15.

[72]   Deposition of Juan ████, June 10, 2021, 33:10, 34:1.

[73]   Deposition of Juan ████, June 10, 2021, 34:1.

Highly Confidential: Attorney's Eyes Only

interested, I had ADT, and he then proceeded to tell me that they had bought out ADT, and that if I didn't take care of this, I was going to lose my security."[74] "I was under the impression that if I didn't take care of things right that minute, I was going to lose all my security that night."[75]…He said "we really need to get this taken care of tonight so you can continue with your coverage."[76]

67.    Latoya Miriam ███ testified at her deposition that the Vivint sales representative told her that "ADT was doing upgrades on the panel systems" "from keypad to touch screens."[77] She testified that the Vivint sales representative represented himself as working for ADT. [78]

68.    Latoya Miriam ███ also stated in her deposition that the documents she was being asked to sign were not fully explained to her and she was not given enough time to read through the documents.

"Q: "Do you remember what it was that you were asked to sign?"
A: "He just said sign the line, just agreeing to the upgrade."
Q: "And were the documents, the details of the documents explained to you?"
A: "No." "[79]

"They kind of rushed me through it, but I kind of read some of it also. … They didn't give me the opportunity to read it."[80]

69.    Caren ███ was also told that the sales representative was affiliated with ADT:

"Hi, I'm Drew from Vivint. I'm here to talk to you about your home security system. We are affiliated with ADT, like taking over the contracts."[81]

70.    Customer Randall ███ testified that the Vivint sales representative who visited his

---

[74]    Deposition of Victor ███, May 25, 2021, 22:12-19.
[75]    Deposition of Victor ███, May 25, 2021, 24: 6.
[76]    Deposition of Victor ███, May 25, 2021, 26:5.
[77]    Deposition of Caren ███, April 12, 2021, 26:20-23.
[78]    Deposition of Caren ███, April 12, 2021, 27:11-13.
[79]    Deposition of Latoya Miriam ███, May 18, 2021, 30:19.
[80]    Deposition of Caren ███, April 12, 2021, 32:9.
[81]    Deposition of Caren ███, April 12, 2021, 56:6.

Highly Confidential: Attorney's Eyes Only

home said that ADT "can't handle your system anymore, but we can. That was his opening

statement, pretty much." [82] At the time Mr. ███ let the Vivint representative into his home,

Mr. ███ believed based on the Vivint sales representative's statements that ADT was no

longer going to be able to provide alarm services. [83]

71.     This deposition testimony confirms much of what I listened to from the customer calls.

Clearly Vivint salespeople have been misleading ADT customers in a very consistent way. These

misleading and confusion-causing behaviors have also been the subject of a number of other

lawsuits against Vivint, as the following section of this report describes.

### C.  Social Media Posts

72.     Evidence of Vivint's deceptive sales practices can also be found in social media posts

from ADT customers who were visited by Vivint sales representatives. Although this source of

evidence is not necessary to my opinions, it further confirms the far-reaching breadth of Vivint's

practices:



---

Highly Confidential: Attorney's Eyes Only

**justmediaworks**
@justmediaworks
···

Hey  – do people just steal your customers regularly? Are you really a partner of @ADT cuz that's what the sales guy told me.

1:02 PM · Jun 25, 2020 · Twitter Web App                    85

**Michael Bird**
@IowaBirdman
···

I don't appreciate your salesperson coming door to door at this time and essentially identifying himself as offering a free @ADT upgrade when he instead is selling @VivintHome #scam #COVID and he wasn't wearing a mask at all

3:01 PM · Jul 27, 2020 from Des Moines, IA · Twitter for iPhone          86

**Nunyabiz714**
@nunyabiz714
···

 1/ I just submitted a complaint to the bbb. For misleading us from @ADT about a year ago for replacing our "calculator looking panel with vivints digital panel" for the same amount of money per month but with a doorbell camera and service.

8:33 PM · Apr 5, 2019 · Twitter for Android              87

---

85    https://twitter.com/justmediaworks/status/1276214264567681025
86    https://twitter.com/IowaBirdman/status/1287840661585244161
87    https://twitter.com/nunyabiz714/status/1114340438649888768

Highly Confidential: Attorney's Eyes Only



88   https://twitter.com/terioturf/status/1128013632548290560
89   https://twitter.com/brandychanelle3/status/1349776148335624193

Highly Confidential: Attorney's Eyes Only



### D.  Previous ADT Case Against Vivint, State Government and FTC Actions

73.     In addition to the evidence from this case, there are a number of other lawsuits against Vivint that provide evidence of Vivint's pattern of behavior. The existence of this pattern reinforces for me the allegations against them in this case and also demonstrates that this is a system-wide approach by Vivint, not simply the approach of a few rogue salespeople.

74.     In fact, only a few years ago Vivint settled a lawsuit that was brought by ADT[92] alleging evidence of widespread reports of deceptive and misleading sales practices over a period of four years. I understand in that suit ADT identified over 900 customers throughout the country that

---

90      https://twitter.com/aquasha_qotd/status/1357512453614108679
91      https://twitter.com/laurenlaceyann/status/1305596099512725506
92      *ADT LLC and ADT US Holdings, Inc. v. Vivint, Inc.*, No. 9:17-cv-80431 (S.D. Fla.).

Highly Confidential: Attorney's Eyes Only

were approached by Vivint in a deceptive or misleading manner. I understand that Vivint paid

$10 million to settle that lawsuit. Evidently, this settlement did not put an end to Vivint's

practice of false and deceptive sales conduct giving rise to this current lawsuit, filed in October

2020.

75.     In addition, Vivint has been the target of numerous actions by state attorneys general

offices related to the same types of deceptive sales tactics at issue in this case. In many of these

actions, I understand that Vivint has agreed to pay fines or to abide by injunctions or consent

decrees.[93] In Missouri, Vivint agreed to pay $15,000 in civil penalties as well as $50,000 in

restitution to 50 Missouri consumers who were victims of the company's deceptive practices[94].

In Florida, Vivint agreed to pay $15,000 in legal fees in addition to $8,902.42 to each of the 220

individuals who presented the complaint.[95] In Texas, Vivint agreed to a settlement with the

Attorney General's Office over allegations that Vivint violated the Texas Deceptive Trade

Practices Act.[96] In Pennsylvania, Vivint who was also known there as APX Alarm Security,

agreed to settle allegations of violating the commonwealth's Unfair Trade Practices and

Consumer Protection Law.[97] Despite assurances in court, and to the U.S. federal government,

---

[93]    For example, see: "Alarm Company that Misled Springfield Woman Will Pay Settlement," Springfield News-Leader, Sep. 2, 2015, retrieved from https://www.news-leader.com/story/news/politics/2015/09/02/alarm-company-misled-springfield-woman-will-pay-settlement/71599398/ ; "Assurance of Voluntary Compliance For Vivint, Inc. f/k/a Alarm Security Solutions, Inc." retrieved from http://www.myfloridalegal.com/EC_Edoc.nsf/0/679BD97E96C1813385257EB8005B01DA/$file/Vivint+AVC.pdf

[94]    https://fox2now.com/news/contact-2/complaints-continue-to-mount-against-home-security-company/

[95]    https://flaglerlive.com/57514/vivint-security-solicitors/; https://www.palmcoastgov.com/newsroom/2013/8/6/1720/palm-coast-citizen-alert-complaints-filed-against-home-security-company

[96]    https://www.texasattorneygeneral.gov/news/releases/ag-paxton-reaches-settlement-vivint-and-warns-texans-unscrupulous-door-door-alarm-systems-sales

[97]    https://legalnewsline.com/stories/511075700-pennsylvania-settles-with-vivint-after-company-allegedly-violated-multiple-state-laws

Highly Confidential: Attorney's Eyes Only

these deceptive sales practices of Vivint are documented to date back at least 9 years. In 2012 and 2013, the attorneys general in at least five states reached voluntary settlement agreements against Vivint for sales practices that violated state rules or state law, in some case also requiring Vivint to make restitution to customers, pay investigative and court costs, and fines. Those states include Wisconsin[98] (2012), Wyoming[99] (2012), Ohio[100] (2013), Nebraska[101] (2013), and Kansas[102] (2013).

76.   The sales practices that those attorneys general were reprimanding, and which Vivint agreed in each case to cease, are identical or nearly identical to the sales practices at issue in this case. For example, "Failing to leave the premises when asked by a consumer to leave"[103] (Wyoming); "making false or misleading statements to homeowners in an attempt to induce purchases" (Wyoming); "refusal to honor notices of cancellation"[104] (Ohio); "salesmen…did not disclose all costs associated with switching alarm system providers"[105] (Kansas).

---

[98]   "Security firms settle with state," Milwaukee Journal Sentinel, retrieved from: http://archive.jsonline.com/business/security-firms-settle-with-state-kf719e2-171633631.html.

[99]   http://archive.jsonline.com/business/security-firms-settle-with-state-kf719e2-171633631.html

[100]   https://www.ohioattorneygeneral.gov/Media/Newsletters/Consumer-Advocate/September-2013/AG-Files-Enforcement-Actions-Against-Home-Security; https://www.ohioattorneygeneral.gov/Files/Reports/Consumer-Annual-Reports/2013-Consumer-Annual-Report-(PDF)

[101]   "Why Palm Coast Is Alarmed: Vivint Home-Security Solicitors Dogged By History of Deception," FlaglerLive.com, retrieved from: https://flaglerlive.com/57514/vivint-security-solicitors/.

[102]   https://www.ag.ks.gov/media-center/news-releases/2013-news-releases/2013/03/15/home-security-company-fined-for-consumer-protection-allegations

[103]   "Settlement Agreement" In the Matter of Vivint, Inc. and Smart Home Pros, Inc. F/K/A Arm Security, Inc. Retrieved from: https://drive.google.com/file/d/0B5X6AborgIR-emtmWDhBR2otM1U/view?resourcekey=0-nHWN6E-FckI5Evqs8nUlNw

[104]   "Consumer Protection Section," Ohio Attorney General's Office, retrieved from: https://www.ohioattorneygeneral.gov/Files/Reports/Consumer-Annual-Reports/2013-Consumer-Annual-Report-(PDF); "AG Files Enforcement Actions Against Home Security Companies," Ohio Attorney General, retrieved from: https://www.ohioattorneygeneral.gov/Media/Newsletters/Consumer-Advocate/September-2013/AG-Files-Enforcement-Actions-Against-Home-Security

[105]   "Home Security Company Fined For Consumer Protection Allegations," Kansas Attorney General, retrieved from: https://www.ag.ks.gov/media-center/news-releases/2013-news-releases/2013/03/15/home-security-company-fined-for-consumer-protection-allegations.

Highly Confidential: Attorney's Eyes Only

77.     The city of Palm Coast, FL, issued a warning directly to its residents on behalf of the city

and of Flager County, FL, about deceptive and high-pressure sales tactics in August 2013. The

city warned its residents that Vivint salespeople were representing themselves as working on

behalf of Palm Coast, or Flagler County. A city official reported that Vivint representatives also

represented themselves as representing a local alarm company, Alarmpro, saying they had been

sent to "check Alarmpro's system" or that they had "bought Alarmpro."[106] The Flagler Sheriff's

office reported nine complaints in a two-week period about aggressive salespeople from Vivint,

or its local contractor, Arm Security. Palm Coast told its residents that it "has issued a warning to

the company based on the complaints received" and "may suspend or revoke Vivint Inc's

solicitor permits" if complaints continued.

78.     The U.S. federal government has uncovered and disciplined similar deceptive and

fraudulent sales practices by Vivint. In May 2021, it was announced by the U.S. Department of

Justice ("DOJ") and the Federal Trade Commission ("FTC") that Vivint would be required to

pay a $20 million settlement for violating the Fair Credit Reporting Act.[107] The settlement with

Vivint was the result of a complaint in which the FTC outlined a series of fraudulent and

deceptive activities on the part of Vivint's door-to-door sales force, as they attempted to sign up

new customers for the company's home security system.

79.     The FTC complaint states that Vivint was aware of these illegal sales techniques for at

least four years "but failed to take meaningful steps to curb the problem." The complaint notes

---

[106]   "Why Palm Coast Is Alarmed: Vivint Home-Security Solicitors Dogged By History of Deception," FlagerLive.com, retrieved from: https://flaglerlive.com/57514/vivint-security-solicitors/.
[107]   "Vivint Smart Home to Pay $20 Million for Violating the Fair Credit Reporting Act," U.S. Department of Justice, retrieved from: https://www.justice.gov/opa/pr/vivint-smart-home-pay-20-million-violating-fair-credit-reporting-act.

Highly Confidential: Attorney's Eyes Only

that Vivint deploys a seasonal sales force of up to 4,000 people each summer, each of whom is paid solely on commissions from sales. Says the FTC complaint: "In Vivint's case, the compensation structure combined with the lack of effective oversight…incentivized the representatives to violate the law." [108]

80.     The FTC settlement resulted in a $15 million fine for Vivint and also the requirement for Vivint to pay consumers damaged by the financing scheme a total of $5 million. [109] In the wake of Vivint's widespread fraudulent practices and lack of effective oversight, the order also required Vivint to establish effective employee training and oversight programs to prevent future violations. The FTC also mandated that Vivint verify all credit accounts before turning them over to third-party collection agencies and to have an independent, outside review of Vivint's compliance with the Fair Credit Reporting Act every other year.

81.     This systemic violation of consumer protection laws, grouped together with the many other legal actions against Vivint, does not specifically implicate Vivint in this matter brought by ADT. However, they speak directly to Vivint's sales and corporate culture of doing whatever is necessary to make a sale — both in the field and as a corporate strategy. The previous ADT lawsuit, the attorneys general actions, the FTC complaint and $20 million settlement all illustrate a consistent pattern of disregard for law, for sound and legal business practices, and for the safety and care of customers. It also illustrates how Vivint's field salesforce works with customers, committing fraud in the routine course of business.

---

[108]    *United States of America v. Vivint, Smart Home, Inc., No. 2:21-cv-00267-TS (UT).*
[109]    https://www.justice.gov/opa/pr/vivint-smart-home-pay-20-million-violating-fair-credit-reporting-act

Highly Confidential: Attorney's Eyes Only

### E. ADT's Mitigation Efforts

82.     ADT has taken steps to combat Vivint's attack on its customers. Over a two-year period, the company initiated several communications measures. For example, after receiving numerous complaints in 2019 about Vivint's actions, ADT provided its customers with deceptive sales awareness emails. Additionally, in May 2019, ADT launched a social media campaign via Facebook (2 posts), Twitter (3 posts), and Instagram (2 posts). From May to July 2018, ADT published deceptive sales videos on its YouTube channel. In June 2019, ADT provided warnings of deceptive sales messaging inserted in paper invoices mailed to customers. In May 2018 and April 2021, ADT sent out newsletters educating residents on identifying and reporting deceptive sale attempts. Finally, ADT maintains customer-facing deceptive sales information websites.[110]

83.     Additionally, ADT has invested in training its staff to handle customer complaints and questions. In May 2019, ADT implemented a "desk drop" (a distribution of information to ADT employees) for Customer Service and Account Management team members regarding identifying deceptive sales while also creating two courses about how to identify and report deceptive sales practices. The first of those two courses is required for all Customer Service Representatives and the second is required for the Account Management Team. In May 2019 and May 2021, the company communicated to its employees regarding the importance of identifying and reporting deceptive sales and promoted to them the Learning Management System (LMS) courses on deceptive sales.[111]

---

[110]    Exhibit 3 - ADT Customer Initiatives; https://www.adt.com/fraud, https://www.adt.com/resources/deceptive-sales-safety-tips, https://www.adt.com/resources/scam-alerts-for-seniors, https://www.adt.com/help/faq/security-services-features/deceptive-sales-scams.

[111]    Exhibit 3 - ADT Customer Initiatives.

Highly Confidential: Attorney's Eyes Only

84.     In my opinion, ADT's efforts to mitigate the damage caused by Vivint have been significant, though not sufficient to repair the damage already done by Vivint. Clearly, ADT's efforts alone have not and cannot prevent the harm being inflicted by Vivint because ADT continues to get new reports from customers who have been misled by Vivint.

## IX. THE FULL IMPACT OF VIVINT'S ACTIONS GOES BEYOND THE DOCUMENTED COMPLAINTS

85.     In my opinion, the true number of customers who were approached by Vivint with misleading sales techniques far exceeds the number of documented cases. Academic literature establishes that very few customers who are dissatisfied with service complain about it. One study found that as many as 95% of dissatisfied customers never raise concerns or complain to the company involved.[112]  Another analysis found that only one in seven dissatisfied customers (14%) make the company aware of their dissatisfaction.[113] Thus, complaints registered by a firm illustrate only the "tip of the iceberg," which "complaint management" experts and authors Stauss and Seidel refer to as the "tip of the annoyance iceberg."[114] The real size of the iceberg hidden under the surface, in this case the actual number of impacted ADT customers, is unknown. According to researcher Drew Hyman of Penn State University and his co-authors, more than one in three customers take no action about perceived problems. However, the researchers also note that over 50% of customers tell someone else, including a family member

---

[112]   TARP (Technical Assistance Research Programs) (1986), Consumer Complaint Handling in America: An Updated Study. The Office of the Special Advisor to the President for Consumer Affairs, (Washington, D. C.: Technical Assistance Research Programs); Judith Dwyer (2014), *Communication for Business and the Professions: Strategies and Skills*, 5th edition (Frenchs Forest, NSW: Pearson)

[113]   James G. Shaw (2011), *Triple Customer Complaints: Boost Profits by Capturing Customer's Point of View*, Issaquah, WA: IPI Tools, p. 149.

[114]   B. Stauss and W. Seidel (2006), *Discovering The ''Customer Annoyance Iceberg'' Through Evidence Controlling*, p. 34.

Highly Confidential: Attorney's Eyes Only

or friend, about their dissatisfaction. For many customers, complaining stops at this point; they do not escalate it to more senior management in the company where it might be dealt with.[115] This is the negative word-of-mouth I have discussed above, and it is highly detrimental to a company's reputation.

86.     In my opinion, even these "tip of the iceberg" studies are understatements in this case. ADT's customers are not encountering the typical kinds of problems that might lead to customer calls, such as incorrect billing, slow service, or an inoperable alarm system. Those are the sorts of issues that might lead to 5% of customers calling ADT to complain. Rather, in this case, based on my reading of the call transcripts and other evidence, there are customers who were misled but did not know that there was any reason to complain to ADT or did not "pick up" on the deception until it was too late. The whole point of Vivint's deception, in fact, was to appear to be helping the ADT customers. If that deception worked well, why would the ADT customers complain?

87.     Vivint understands this phenomenon. In its analysis of Better Business Bureau (BBB) complaints lodged by its own customers, the company recognized that the number of complaints likely represented only a fraction of those who had a problem. Of the customers with a problem, most (50%) would not complain to anyone and 45% would complain, but only to the front-line worker who in this case was the Vivint salesperson themself. Only about 5% of customers who had problems with Vivint would complain to the company, meaning each individual complaint reported to the corporate level represents 19 others (95%) who did not make an official

---

[115]     Drew Hyman, John Shingler and Mitchell Miller, *Consumer Complaints and Public Policy:Validating the "Tip-of-the-Iceberg" Theory,* p.110.

Highly Confidential: Attorney's Eyes Only

complaint to headquarters. (See Figure 1 below.)

**Figure 1. [116]**



88.     The verbal, in-person nature of Vivint's misleading and deceptive sales practices makes tracking and proving the full scope of Vivint's conduct and impact extremely difficult. As the examples I have reviewed in rendering my opinions make clear, the incidents giving rise to ADT's claims in this matter typically occur over short timespans (from a few seconds to a few minutes) and are verbal interactions between strangers (i.e., the sales representatives and the customer). Therefore, tangible evidence is, by definition, scarce. That ADT has accumulated hundreds of instances of Vivint's deceptive sales encounters from throughout the country over the last several years despite these limitations indicates to me that this is a widespread problem.

89.     The calls from customers are an important signal. Their specificity, their passion, and their similarity are an indication of the depth and breadth of the damage Vivint has done to ADT, to its customers, its brand, and its reputation. It is hard to imagine any ADT customer not having

---

[116]     VIVINT-113114, BBB Complaint Analysis, June 2014, p. 17.

Highly Confidential: Attorney's Eyes Only

negative feelings after the interactions that were described. The FTC noted that Vivint fields a summer sales force of 4,000 representatives; it is clear that hundreds and perhaps thousands of ADT customers were approached by Vivint door-to-door salespeople each day, for weeks. The actual number of times Vivint has deceived or attempted to deceive ADT's customers simply cannot be known.

90.     There are two additional reasons that make it very difficult to uncover the full extent of the harm done to ADT by Vivint. First, savvy ADT customers might have seen no reason to call their company to complain about the tactics of a competitor; that they did not call is not an indication that they were not annoyed or upset. And Vivint's sales approach, in which it claimed to be part of ADT, claimed to be merging with ADT, or claimed to be working on behalf of ADT, was specifically designed to disguise its misleading approach. It might not have occurred to customers who believed the Vivint representatives to call ADT.

91.     Based on my expertise and all the above considerations, it is my opinion that it is extremely difficult to quantify the full scope of Vivint's actions in this case. The amount of evidence collected by ADT, while relatively abundant, still greatly underrepresents the extent of the problem. This premise supports the broad marketing campaign I detail below, to remedy the full scope of Vivint's deceptive and misleading sales conduct.

### X.  CONCLUSIONS REGARDING VIVINT'S ACTIONS

92.     In my opinion, based on my review of the evidence, Vivint's actions have damaged ADT's brand:

- Vivint, a company with a history of violating state and federal law, has conflated its poor reputation with ADT's, diluting ADT's goodwill with consumers.

Highly Confidential: Attorney's Eyes Only

- Vivint has used specific sales tactics — "we're here to upgrade your equipment," "we're here to install cutting edge equipment" — that suggest that ADT's home-based security equipment is less than cutting edge (which I understand is not true).

- This damage to ADT is not incidental to Vivint's sales approach. Indeed, Vivint's overall strategy — targeting ADT customers, and then suggesting through a series of incorrect assertions that ADT is an inadequate, non-functioning, or fading corporate entity — is designed to damage the reputation of ADT, even with customers who reject the Vivint sales efforts. It is a set of sales tactics that creates doubt and confusion even in customers who do not switch from ADT, and creates a residue of concern, hesitancy, and mistrust that undermines the relationship between ADT and its customers. That damage occurs through absolutely no action or failure to perform on the part of ADT, but only because of the actions of Vivint's employees.

93.    Returning to the Aaker model for brand equity described above, it is clear that Vivint's actions are a threat to all the elements of ADT's brand equity.

94.    Vivint's actions have caused consumers to be confused about ADT, and its relationship to Vivint (even though no real relationship exists). In doing that, Vivint has blurred the distinctiveness of ADT. In my opinion, that blurring will diminish ADT's *brand awareness* and *brand associations* among consumers, both existing and potential. Further, as ADT loses its distinctiveness, perceived quality and loyalty will be affected as well. The whole notion of brand equity relies upon a consumer having a clear perception of the brand. Vivint's entire business model is to confuse consumers, which destroys any clarity that the consumers might have about ADT's brand.

95.    Overall, it is my opinion that Vivint's actions have harmed the ADT brand. It is clear to me that customers are confused as to the relationship between ADT and Vivint, and in some cases have stopped doing business with ADT because they were misled by Vivint. That confusion has only one source: Vivint's misleading sales tactics.

Highly Confidential: Attorney's Eyes Only

## XI. GEOGRAPHIC SCOPE OF VIVINT'S ACTIONS

96.     To understand the scope of the problem caused by Vivint and to begin the process of considering a remedy, I reviewed available information about the geographic spread of Vivint's actions. I was provided a spreadsheet[117] that listed each of 250 ADT customers who had complained to ADT about Vivint's activities. I reviewed this data and noted that 33 states and the District of Columbia were represented, meaning complaints had come in about Vivint from the states shaded in the map below.

**Figure 2.**



97.     The shaded states (and DC) represent nearly 90% of population of the continental United States.[118] In my opinion, this map is an under-representation of the geographic scope of Vivint's

---

117     P-ADT 1st Amended Complaint & Exhibit of Spreadsheet
118     This percentage (88.7%) was calculated based on census data taken in 2019

Expert Report of Russell S. Winer                                             42

Highly Confidential: Attorney's Eyes Only

actions because, as I have described, the customers who have come forward are only a fraction of customers who have been approached by Vivint. But even just using the complaints we do have, I can conclude that Vivint's contact with ADT customers has been widespread, coming from approximately two-thirds of the states.

## XII. DAMAGE REPAIR

98.    Part of my assignment in this matter is to propose a method and corresponding cost to ADT to repair the damage inflicted on it and its brand by Vivint's conduct. Before I describe my proposed plan to repair that damage and estimate its cost, I note that there are several sources of damage to ADT, in addition to the damage to the brand, that I have not been asked to address:

- Lost customers
- Additional overhead and management expenses to respond to Vivint's actions
- Damaged morale for ADT employees
- Loss of free advertising (i.e., door and window signs)
- Potential negative word-of-mouth

I understand that these items may be addressed by others in this case.

99.    With regard to brand equity, it is my opinion that the only way to repair the damage done to ADT's brand equity is to conduct a broad marketing campaign in a variety of channels, including the same sales channel in which the damage was inflicted by Vivint: in-person, door-to-door interactions to ADT's customer base. Many of Vivint's misrepresentations turn on the nuances of statements that took place through in-person conversations at each customer's home.

---

(https://www2.census.gov/programs-surveys/popest/tables/2010-2019/state/totals/nst-est2019-01.xlsx).  It represents the ratio of population living in the states from which complaints were recorded to the entire continental US population.

Highly Confidential: Attorney's Eyes Only

The only way to correct the false representations that were made by Vivint is to create similar in-person interactions in which the customer can have a detailed conversation with an ADT representative about the Vivint misstatements and the truth about ADT's services.

100.    This in-person ADT campaign, using specially trained staff, would be the centerpiece of the overall customer-outreach effort and would need to be supported with the use of other media – both traditional and online – and an increase in personnel in the headquarters office to support the field operation. These visits would accomplish several objectives: reassure ADT customers of the health and integrity of their security company; identify other unwitting victims of Vivint's deceptive sales practices; allow customers to report unpleasant encounters or ask questions about their own experience; potentially provide an opportunity for customers who were unwittingly switched from ADT to Vivint to switch back to ADT; and to alert customers who may have been told false statements about ADT by Vivint's representatives in order to convert them away from ADT. The very act of visiting each customer would be a tangible illustration of ADT's determination to rebuild trust from a series of events that were not its doing or its fault.

### A.  Number of Customers Affected

101.    I understand that Vivint has not been willing or able to provide the number of ADT customers that its salespeople approached. We do know, however, that their activities spanned most of the continental United States.  For the purposes of ensuring that ADT can reach all the customers affected, I am assuming that any effective campaign should try to reach all of the customers. However, I do not think it is realistic for ADT to visit the home of all its customers. Therefore, I propose that ADT endeavor to visit some portion of customers in person and try to reach the others using other outreach techniques. Using the data provided to me and included

Highly Confidential: Attorney's Eyes Only

here as Exhibit 4,[119] I constructed a histogram of the top 20 cities with respect to ADT customers.

**Figure 3.**



102.    I then calculated that there were about 750,000 ADT customers (746,237, to be precise) residing in those 20 cities, which amounts to about 12% of the ADT customer base. While approaching such a small subset of ADT's entire customer base would necessarily result in many affected customers not receiving like-for-like interactions to correct any misstatements by Vivint, this approach would at least be the starting point of correcting the damage inflicted by Vivint and would be more cost effective than trying to reach all 6 million customers. As I describe below,

---

[119]    Exhibit 4 - Active Site Counts by City Name.

Highly Confidential: Attorney's Eyes Only

this door-to-door campaign would be combined with a variety of other techniques in an attempt to reach all of the ADT customer base.

### B. Cost Of A Door-To-Door Campaign To Correct the Misimpressions

103.    After determining the number of customers to be reached, I next had to determine how many days the campaign would last. In my opinion, the campaign should be completed quickly, to reduce the damage being done by Vivint and create positive word-of-mouth among customers. Therefore, I am proposing that the campaign should last no more than 90 days.

104.    Assuming each ADT associate could meet with approximately 8 customers per day, I have estimated that it would require approximately 1,036 sales representatives, as illustrated below:

**Figure 4.**

| Sales Representative Force Required | |
|---|---:|
| Total Number of Customers | 746,237 |
| *Divide*: Customer visits per Day | 8 |
| Total Days | 93,280 |
| *Divide*: No. of Days for Campaign | 90 |
| Sales Representative Force | 1,036 |

105.    The average daily compensation for door-to-door sales staff with less than one year of experience at ADT is $ ▮.[120]  In addition, ADT would also incur costs to hire and train those individuals. According to Investopedia.com, "[s]mall companies spent, on average, more than

---

[120]    Exhibit 5 - Daily Compensation.

Expert Report of Russell S. Winer                    46

Highly Confidential: Attorney's Eyes Only

$1,500 on training, per employee, in 2019," which does not consider the amount of time required by ADT management or other indirect costs.[121] Further, additional fringe benefits usually cost employers an additional 25% of the employee's salary.[122]

106.    Based on this data and assumptions, I have estimated that ADT would have to incur approximately $24.2 million to implement a door-to-door corrective advertising campaign, as summarized in the figures below:

**Figure 5.**

|  | Est. Damages |
|---|---|
| # of Rep Days Required | 93,280 |
| Multiply: Cost per Day | $194 |
| Salary Cost | $18,096,320 |
|  |  |
| Total Employees Needed | 1,036 |
| Multiply: Recruiting and Training Cost per Employee | $1,500 |
| Total Recruiting Costs | $1,554,000 |
|  |  |
| Total | $19,650,320 |
|  |  |
| Benefits @ 25% | $4,524,080 |
| Total Salary Cost | **$24,174,400** |

---

[121]    https://www.investopedia.com/financial-edge/0711/the-cost-of-hiring-a-new-employee.aspx, accessed July 1, 2021.

[122]    https://www.investopedia.com/financial-edge/0711/the-cost-of-hiring-a-new-employee.aspx, accessed July 1, 2021. To be competitive, ADT would have to pay fringe benefits or the equivalent in additional compensation.

Highly Confidential: Attorney's Eyes Only

### C.  Cost Of Advertising To Support The Door To Door Campaign

107.    As mentioned above, the door-to-door campaign would only be targeted to reach 12% of

ADT's customer. Therefore, to reach the other 88%, ADT should use a variety of other

communication techniques to spread the word about Vivint's activities and to correct the

misimpressions. Based on communications with ADT's vice president of marketing, ADT would

expect to spend approximately $3 million to launch a targeted marketing effort using both online

and traditional media as follows:[123]

- o  Direct mail to 6 million customers at 40 cents per mailer (including paper and postage)
  - ▪  $2.4 million
- o  Email campaign with a custom video embedded in email
  - ▪  $100,000 – $200, 000
- o  Supplemental social media posts over the course of 3 months
  - ▪  $500,000.

108.    In my opinion this kind of a communications plan is optimal because it will provide the

potential for each customer to receive more than one message to correct Vivint's misinformation.

We know that it takes multiple impressions for a message to take hold, particularly in situations

in which the impressions are intended to undo the original impression. Therefore, I believe it will

take several impressions to undo the one created by Vivint's misleading activity.

### D.  Total Investment Required

109.    Therefore, it is my opinion that ADT would need to spend at least $27.2 million to

develop and implement the door-to-door campaign and the phased marketing campaign to

---

[123]    Exhibit 6 - Re_ Following up our phone call regarding marketing

Highly Confidential: Attorney's Eyes Only

support it. In addition, I mentioned above that there were several other types of damage to ADT inflicted by Vivint but were not part of my analysis. My damages calculation covers only a portion of the harm caused by Vivint.

110.    Further, for several reasons, I believe that the number I have calculated is an underestimate and conservative figure considering the widespread damage inflicted on ADT by Vivint and the complex logistical factors required to carry out a corrective advertising campaign. For example, ADT's turnover for field staff is approximately 64% per year in the first year. Therefore, ADT would probably have to hire more than the number of temporary employees I used to calculate the damages. In addition, the company would probably have to hire additional headquarters staff to support the large influx of temporary employees or forego other activities which represents lost opportunities. And as stated above, the in-person campaign would only reach a fraction of ADT's customer base and a fraction of the potential victims of Vivint's deceptive sales practices. Nevertheless, in my opinion the $27.2 million I propose would provide for a reasonable start to offset and correct the damage caused by Vivint.

## XIII.  CONCLUSION

111.    My review of the evidence in this case indicates that ADT's brand has been attacked in a particularly nefarious way. Vivint's employees used a wide variety of tactics to sow doubt and confusion among ADT's customers, in a business in which clarity and trust are paramount. ADT's best chance to combat this damage comes from an intensive, coordinated campaign aimed at communicating clearly to all its customers that Vivint's misleading statements are untrue and that ADT provides an effective solution to their customers' home security needs.

Highly Confidential: Attorney's Eyes Only

Russell S. Winer, Ph.D.

August 09, 2021

Highly Confidential: Attorney's Eyes Only

## APPENDIX A: CV OF RUSSELL S. WINER

### RUSSELL S. WINER

William Joyce Professor of Marketing
Stern School of Business, 40 W.4th Street
910 Tisch Hall
New York University
New York, NY 10012
rwiner@stern.nyu.edu
http://www.stern.nyu.edu/faculty/bio/russell-winer
Phone: +212.998.0540, Mobile +917.209.5711

### Curriculum Vitae

January 2021

### EDUCATION

| | |
|---|---|
| Ph.D., Industrial Administration | Carnegie Mellon University, 1977 |
| M.S.,  Industrial Administration | Carnegie Mellon University, 1975 |
| B.A.,  Economics | Union College, 1973 |

### HONORS

Phi Beta Kappa, 1973
American Marketing Association, Doctoral Consortium Fellow, 1975
American Marketing Association, Doctoral Dissertation Competition, Honorable Mention, 1977
Best Teacher Award, Vanderbilt Executive MBA Class of 1987
Best Teacher Award, UC-Berkeley Evening MBA Program, 1992
Lifetime Achievement Award, Fordham University Pricing Center, 2002
Direct Marketing Educational Foundation Robert B. Clarke Outstanding Educator, 2003
Inaugural Fellow of the INFORMS Society for Marketing Science (ISMS), 2008
American Marketing Association/Irwin/McGraw-Hill Distinguished Marketing Educator Award
for Lifetime Achievement in Marketing, 2011
Inaugural Fellow of the American Marketing Association, 2015
Named "Legend of Marketing" by the American Marketing Association, 2016

Highly Confidential: Attorney's Eyes Only

## PROFESSIONAL MEMBERSHIPS

American Economic Association, American Marketing Association, Association for Consumer Research, European Marketing Academy, INFORMS, INFORMS Society for Marketing Science (ISMS), Academy of Marketing Science.

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1977-1984 | Columbia University |
| | Graduate School of Business |
| | Assistant/Associate Professor |
| | |
| 1984-1988 | Vanderbilt University |
| | Owen Graduate School of Management |
| | Associate Professor |
| | Director of the Doctoral Program (1986-8) |
| | |
| 1987 | Massachusetts Institute of Technology |
| | Sloan School of Management |
| | Visiting Associate Professor of Management Science |
| | |
| 1988-2002 | University of California at Berkeley |
| | Haas School of Business |
| | J. Gary Shansby Professor of Marketing Strategy |
| | Marketing Group Chair (1988-92, 1994-2002) |
| | Associate Dean for Academic Affairs and Faculty Chair (1992-6, 1998-9) |
| | |
| 2000 | Stanford University |
| | Graduate School of Business |
| | Visiting Professor of Marketing |
| | |
| 2003-present | Stern School of Business |
| | New York University |
| | William Joyce Professor of Marketing |
| | Deputy Dean (2003-6) |
| | Chair, Marketing Department (2008-14) |
| | Deputy Chair, Marketing Department (2018-) |
| | |
| 2007-2009 | Executive Director |
| | Marketing Science Institute |

Highly Confidential: Attorney's Eyes Only

Cambridge, MA

2009-present                    Dean, Department of Business Administration
                                University of the People (www.uopeople.org)

Visiting Scholar appointments:  Cranfield School of Management; Tokyo University; Stanford University Graduate School of Business, Singapore Management University.

Other MBA teaching: Helsinki School of Economics, École Nationale des Ponts et Chaussées (Paris, Cochin India, Buenos Aires, Casablanca), Indian Institute of Planning and Management (Delhi, Hyderabad, Bangalore, Chennai), Indian School of Business (Hyderabad), Indian School of Management and Entrepreneurship (Mumbai), Smurfit School, University College Dublin.

## MANAGEMENT DEVELOPMENT PROGRAMS

Executive teaching in Marketing Research, Planning, and Strategy for Columbia, Vanderbilt, the University of California, New York University, and various companies and organizations including the New York Telephone Company, South Central Bell, Chemical Bank, Tennessee Bankers Association, Sovran Bank, Young Presidents' Organization, Tennessee Valley Authority, Warner Brothers Records, Kaiser Permanente, Western Farm Credit Bank, Becton Dickinson Immunocytometry Systems, Southwestern Bell, Pacific Bell, Hungarian Marketing Association, Perkin-Elmer Applied Biosystems Division, Pratt & Whitney China Management Training Program, ESADE (Barcelona, Madrid), L'Oreal, General Electric, Peking University, Dell Computer (Round Rock, TX; Penang, Malaysia; Bratislava, Slovakia; Porto Alegre, Brazil; Bangalore, India), THINK Education (Mumbai), Korean Chamber of Commerce (KOCHAM), ISEM Fashion Business School.

## PROFESSIONAL ACTIVITIES

Editorial Boards:

*Journal of Marketing Research* (Editor: 1997-2000, 2005-6, Associate Editor: 2015- 6)
*Marketing Science* (Area Editor: 1992-7, Senior Editor: 2014-5)
*Journal of Marketing* (1997-2014)
*Journal of Consumer Research* (1983-2002, 2021-), Associate Editor: 1993-6, 2018-2020)
*International Journal of Research in Marketing* (Associate Editor: 2006-13; Senior Editor: 2016-17; 2018-20)
*Journal of Retailing* (Managing Editor: 2018-)
*Review of Marketing Science* (Co-editor: 2006-11)
*Marketing Letters* (2007-14, Co-editor: 2021-)
*Journal of Advertising Research* (2010-7)
*Journal of Interactive Marketing* (1988-2005, Co-Editor: 2000-05, Editor Emeritus)
*NMIMS Management Review* (2011-)

Highly Confidential: Attorney's Eyes Only

Professional Service: Past Secretary-Treasurer (1980-1) and Chairman (1984-5) of the Marketing College of The Institute of Management Sciences; Secretary of The Institute of Management Sciences (1987-9); Member, Combined Finance Committee of The Institute of Management Sciences (1989-90); Advisory Council for the TIMS College on Marketing (1993-5); TIMS Marketing Strategy Committee (1992-4); Publications Committee of the Association for Consumer Research (1988-9); Academic Trustee, Marketing Science Institute (1994-2000, 2006-7); Vice President for Publications, American Marketing Association (2004-8).  Academic Adviaory Council, Ashesi University (Ghana) (2021-).

External Reviewer for Marketing Departments: University of Pennsylvania (Wharton), Carnegie Mellon University (Tepper School of Business), Northwestern University (Kellogg), National University of Singapore, Columbia University, Boston College.

Chair: Israeli Council of Higher Education committee for the evaluation of the country's business programs (2015); Committee reviewing the Erasmus Research Institute of Management (ERIM) (2017).

## BUSINESS EXPERIENCE

Consulting: New York Telephone Company, American Airlines-Freight Marketing, National Particleboard Association, Long Island Lighting Company, Ogilvy and Mather, Dancer-Fitzgerald-Sample, Martin Marietta, Executive Programs-Columbia University, First American Bank, Kidder Peabody, Perkin-Elmer Applied Biosystems Division, ATX Technologies, Damovo do Brasil, numerous expert witness assignments.

Director/Advisor: Revionics, Marketing Science Institute, The Marketing EDGE (formerly the Direct Marketing Educational Foundation), Conservative Synagogue of Fifth Avenue (past President); Advisory board member, American Marketing Association Foundation (2017- ; Chair, 2018-9).
Q1:
Q2:      Past Director/Advisor: Roundtable Pizza, Manischewitz, Henley Management College (U.K.), American Marketing Association, Decidia, The Fall Collection (performing arts), DGA Security, European School of Management and Technology (ESMT), various startups.

## PUBLICATIONS

Books

Lehmann, Donald R. and Russell S. Winer (2005), *Product Management*, 4th ed., Burr Ridge, IL: Irwin/McGraw-Hill.  Translated into Chinese, Russian, and Spanish.

Winer, Russell S. (2006), *Pricing*, Cambridge, MA: Marketing Science Institute.

Highly Confidential: Attorney's Eyes Only

Lehmann, Donald R. and Russell S. Winer (2008), *Analysis for Marketing Planning*, 7th ed., Burr Ridge, IL: Irwin.  Translated into Japanese, Greek, and Chinese.

Winer, Russell S. and Ravi Dhar (2011), *Marketing Management*, 4th ed., Upper Saddle River, NJ: Prentice Hall.  Translated into Chinese, Italian.

Russell S. Winer and Scott A. Neslin, co-editors (2014), *The History of Marketing Science*, World Scientific; 2nd edition in progress.

Bodo B. Schlegelmilch and Russell S. Winer, co-editors (2020). *The Routledge Companion to Strategic Marketing*, Routledge.


Articles

Winer, Russell S. and Huntley W.H. Zia (1975), "A Sequential Analysis Approach to Determining the Optimal Length of a Test Marketing Period," *Proceedings*, Canadian Association of Administrative Sciences.

Staelin, Richard and Russell S. Winer (1976), "A Unobservable Variables Model for Determining the Effect of Advertising on Consumer Purchases," *Proceedings*, Fall Conference of the American Marketing Association.

Winer, Russell S. (1976), "A Time-Varying Parameter View of the Sales-Advertising Relationship," *Proceedings*, Fall Conference of the American Marketing Association.

Avery, Robert, Andrew Mitchell, and Russell S. Winer (1976), "Issues in Modeling the Carryover Effects of Advertising," *Proceedings*, Fall Conference of the American Marketing Association.

Wildt, Albert R. and Russell S. Winer (1978), "Modeling Structural Shifts in Marketing Response: An Overview," *Proceedings*, Fall Conference of the American Marketing Association.

Elrod, Terry and Russell S. Winer (1979), "Estimating the Effects of Advertising on Individual Household Purchasing Behavior," *Proceedings*, Fall Conference of the American Marketing Association.

Farley, John U., Jerrold P. Katz, Donald R. Lehmann, and Russell S. Winer (1979), "Measurement and Parameter Stability in a Multi-Wave Consumer Panel," *Proceedings*, TIMS/ORSA Conference on Market Measurement held at Stanford University.

Highly Confidential: Attorney's Eyes Only

Elrod, Terry and Russell S. Winer (1979), "An Empirical Comparison of Aggregation Criteria for Developing Market Segments," *Proceedings*, TIMS/ORSA Conference on Market Measurement held at Stanford University.

Winer, Russell S. (1979), "An Analysis of the Time Varying Effects of Advertising: the Case of Lydia Pinkham," *Journal of Business*, 52 (October), 563-576.

Winer, Russell S. (1979), "On Family Versus Firm Level Analysis of the Effects of Advertising," *Decision Sciences*, 10 (October), 547-561.

Winer, Russell S. and Michael J. Ryan (1979), "Analyzing Cross-Classification Data: An Improved Method for Predicting Events," *Journal of Marketing Research*, 16 (November), 539-544.

Holbrook, Morris B., William L. Moore, and Russell S. Winer (1980), "Using 'Pick Any' Data to Represent Competitive Positions," *Proceedings*, TIMS/ORSA Conference on Market Measurement held at the University of Texas at Austin.

Winer, Russell S. (1980), "A Longitudinal Model to Decompose the Effects of an Advertising Stimulus on Family Consumption," *Management Science*, 26 (January), 78-85.

Winer, Russell S. (1980), "Estimation of a Longitudinal Model to Decompose the Effects of an Advertising Stimulus on Family Consumption," *Management Science*, 26 (May), 471-482.

Winer, Russell S. (1980), "Analysis of Advertising Experiments," *Journal of Advertising Research*, 20 (June), 25-32.

Winer, Russell S. (1981), "Attrition Bias in Econometric Models Estimated from Panel Data," *Proceedings*, Association for Consumer Research.

Farley, John U., Donald R. Lehmann, Russell S. Winer, and Jerrold P. Katz (1982), "Parameter Stationarity and 'Carryover Effects' in a Consumer Decision Process Model," *Journal of Consumer Research*, 8 (March), 465-471.

Holbrook, Morris B., William L. Moore, and Russell S. Winer (1982), "Constructing Joint Spaces from Pick-Any Data: A New Tool for Consumer Analysis," *Journal of Consumer Research*, 9 (June), 99-105.

Elrod, Terry and Russell S. Winer (1982), "An Empirical Comparison of Market Segmentation Criteria," *Journal of Marketing*, 46 (Fall), 65-74.

Lehmann, Donald R. and Russell S. Winer (1983), "An Examination of the Competitor Analysis Process," *Proceedings*, TIMS/ORSA Marketing Science Conference held at the University of Southern California.

Highly Confidential: Attorney's Eyes Only

Hulbert, James M., Donald R. Lehmann, and Russell S. Winer (1983), "Objective and Strategy Determination: Some Empirical Results," *Journal of Business Research*, 11, 427-438.

Winer, Russell S. (1983), "Attrition Bias in Econometric Models Estimated with Panel Data," *Journal of Marketing Research*, 20 (May), 177-186.

Wildt, Albert R. and Russell S. Winer (1983), "Modelling and Estimation in Changing Market Environments," *Journal of Business*, (July), 365-388.

Weinberg, Charles B. and Russell S. Winer (1983), "Working Wives and Major Family Expenditures: Update, Replication, and Extension," *Journal of Consumer Research*, 10 (September), 259-263.

Winer, Russell S. (1985), "A Price Vector Model of Demand for Consumer Durables: Preliminary Developments," *Marketing Science*, 4 (Winter), 74-90.

Winer, Russell S. (1985), "A Revised Behavioral Model of Consumer Durable Demand," *Journal of Economic Psychology*, 6 (June), 175-184.

Winer, Russell S. (1986), "A Reference Price Model of Demand for Frequently-Purchased Products," *Journal of Consumer Research*, 13 (September), 250-256. Reprinted in G.S. Carpenter, R. Glazer, and K. Nakamoto, eds., *Readings on Market-Driving Strategies*, (Reading, MA: Addison-Wesley), 1997.

Moore, William L. and Russell S. Winer (1987), "A Panel Data-Based Method for Merging Joint Space and Market Response Function Estimation," *Marketing Science*, 6 (Winter), 25-42 (with commentary).

Cooil, Bruce, Russell S. Winer, and David L. Rados (1987), "Cross-Validation for Prediction," *Journal of Marketing Research*, 24 (August), 271-279.

Farley, John U., Donald R. Lehmann, and Russell S. Winer (1987), "Stability of Membership in Market Segments Identified with a Disaggregate Consumption Model," *Journal of Business Research*, 15, 313-328.

Oliver, Richard L. and Russell S. Winer (1987), "A Framework for the Formation and Structure of Consumer Expectations: Review and Propositions," *Journal of Economic Psychology*, 8 (December), 469-499.

Glazer, Rashi, Joel H. Steckel, and Russell S. Winer (1987), "Group Process and Decision Performance in a Simulated Marketing Environment," *Journal of Business Research*, 15 (December), 545-557.

Highly Confidential: Attorney's Eyes Only

Winer, Russell S. (1988), "Behavioral Perspectives on Pricing: Buyers' Subjective Perceptions of Price Revisited," in T.M. Devinney, ed., *Issues in Pricing: Theory and Research*, Lexington, MA: Lexington Books, 35-57.

Glazer, Rashi, Joel H. Steckel, and Russell S. Winer (1989), "The Formation of Key Marketing Variable Expectations and their Impact on Firm Performance: Some Experimental Evidence," *Marketing Science*, 8 (Winter), 18-34.

Winer, Russell S. and William L. Moore (1989), "The Effects of Advertising and other Marketing Mix Variables on Brand Positioning," *Journal of Advertising Research*, 28 (February/March), 39-45.

Winer, Russell S. (1989), "A Multi-Stage Model of Choice Incorporating Reference Prices," *Marketing Letters*, 1 (December), 27-36.

Vanhonacker, Wilfried R. and Russell S. Winer (1990), "A Rational Random Behavior Model of Choice," *Applied Stochastic Models and Data Analysis*, 6 (March), 41-52.

Glazer, Rashi, Joel H. Steckel, and Russell S. Winer (1990), "Judgmental Forecasts of Key Marketing Variables: Rational vs. Adaptive Expectations," *International Journal of Forecasting*, 6 (July), 149-162.

Srinivasan, T.C. and Russell S. Winer (1990), "Empirical Modeling of Consumer Purchasing Behavior: A Review," *Review of Marketing*, Vol. 4, Chicago: American Marketing Association, 43-67.

Chaney, Paul K., Timothy M. Devinney, and Russell S. Winer (1991), "The Impact of New Product Introductions on the Market Value of Firms," *Journal of Business*, 64 (October), 573-610.

McAlister, Leigh, Rajendra Srivastava, Joel Horowitz, Morgan Jones, Wagner Kamakura, Jack Kulchitsky, Brian Ratchford, Gary Russell, Fareena Sultan, Tetsuo Yai, Doyle Weiss, and Russ Winer (1991), "Incorporating Choice Dynamics in Models of Consumer Behavior," *Marketing Letters*, 2 (August), 241-252.

Glazer, Rashi, Joel H. Steckel, and Russell S. Winer (1992), "Locally Rational Decision-Making: The Distracting Effect of Information on Managerial Performance," *Management Science*, 38 (February), 212-226.

Mayhew, Glenn E. and Russell S. Winer (1992), "An Empirical Analysis of Internal and External Reference Price Effects using Scanner Data," *Journal of Consumer Research*, 19 (June), 62-70.

Simonson, Itamar and Russell S. Winer (1992), "The Influence of Purchase Quantity and Display Format on Consumer Preference for Variety," *Journal of Consumer Research*, 19 (June), 133-138.

Highly Confidential: Attorney's Eyes Only

Sultan, Fareena and Russell S. Winer (1993), "Time Preferences for Products and Attributes for the Adoption of Technology-Driven Consumer Durable Innovations," *Journal of Economic Psychology*, 14, 587-613.

Winer, Russell S. (1993), "Using Single-Source Scanner Data as a Natural Experiment for Evaluating Advertising Effects," *Journal of Marketing Science* (Japanese), 2, 15-31.

Srinivasan, T.C. and Russell S. Winer (1994), "Using Neoclassical Consumer-Choice Theory to Produce a Market Map From Purchase Data," *Journal of Business and Economic Statistics*, 12 (January), 1-9.

Winer, Russell S., Randolph E. Bucklin, John Deighton, Tulin Erdem, Peter S. Fader, J. Jeffrey Inman, Hotaka Katahira, Kay Lemon, and Andrew Mitchell (1994), "When Worlds Collide: The Implications of Panel Data-Based Choice Models for Consumer Behavior," *Marketing Letters*, 5, 383-394.

Winer, Russell S. (1994), "The Annual Marketing Plan," in *AMA Management Handbook*, 3rd ed., edited by J. Hampton,  New York: AMACOM Books, 2-42 - 2-47.

Kalyanaram, Gurumurthy and Russell S. Winer (1995), "Empirical Generalizations from Reference Price and Asymmetric Price Response Research," special issue of *Marketing Science* on empirical generalizations in marketing, 14 (part 2 of 2 in issue #3), G161-G169.

Kopalle, Praveen and Russell S. Winer (1996), "A Dynamic Model of Reference Price and Reference Quality," *Marketing Letters*, 7, Number 1, 41-52.

Winer, Russell S. (1997), "Discounting and its Impact on Durables Buying Decisions," *Marketing Letters*, 8, Number 1, 109-118.

Winer, Russell S., John Deighton, Sunil Gupta, Eric J. Johnson, Barbara Mellers, Vicki G. Morwitz, Thomas O'Guinn, Arvind Rangaswamy, and Alan G. Sawyer (1997), "Choice in Computer-Mediated Environments," *Marketing Letters*, 8, Number 3, 287-96.

Stiving, Mark and Russell S. Winer (1997), "An Empirical Analysis of Price Endings with Scanner Data," *Journal of Consumer Research*, 24 (June), 57-67 .

Erdem, Tülin and Russell S. Winer (1999), "Econometric Modeling of Spatial Competition: A Multi-Category Analysis," *Journal of Econometrics*, 89, 159-175.

Winer, Russell S. (1999), "Experimentation in the 21st Century: The Importance of External Validity," *Journal of the Academy of Marketing Science*, 27 (Summer), 349-358 (with commentary).  Reprinted in J. Fitchett and A. Davies, eds., *Consumer Research Methods* (New Delhi: Sage Publications), 2013.

Highly Confidential: Attorney's Eyes Only

Villas-Boas, J. Miguel and Russell S. Winer (1999), "Endogeneity in Brand Choice Models," *Management Science*, 45 (October), 1324-1338. **Winner of the inaugural 2009 ISMS Long-Term Impact award**.

Winer, Russell S. (1999), "Situation Analysis," in *The Technology Management Handbook*, edited by R. C. Dorf, Boca Raton, FL: CRC Press, 12-2 – 12-8.

Winer, Russell S. (2000), "Comment on Leeflang and Wittink," *International Journal of Research in Marketing*, 17, 141-5.

Winer, Russell S. (2001), "A Framework for Customer Relationship Management," *California Management Review*, 43 (Summer), 89-105 (Finalist for Best Paper of 2001).

Ofir, Chezy and Russell S. Winer (2002), "Pricing: Economic and Behavioral Models," *Handbook of Marketing*, B. Weitz and R. Wensley, eds., London: Sage Publications Ltd, 267-81.

Lemon, Katherine M., Tiffany Barnett White, and Russell S. Winer (2002), "Dynamic Customer Relationship Management: Incorporating Future Considerations into the Service Retention Decision," *Journal of Marketing*, 66 (January), 1-14. **Winner of the Donald R. Lehmann award for the best paper published from a doctoral dissertation**.

Ilfeld, Johanna S. and Russell S. Winer (2002), "Generating Web Site Traffic:  An Empirical Analysis of Web Site Visitation Behavior," *Journal of Advertising Research*, 42 (September/October), 49-61.

Feldman, David and Russell S. Winer (2004), "Separating Signaling Equilibria Under Random Relations Between Costs and Atributes: Continuum of Attributes," *Mathematical Social Sciences*, 48, 81-91.

Winer, Russell S. (2004), "Customer Relationship Management on the Web," in *The Internet Encyclopedia*, H. Bidogli, ed., Hoboken, NJ: John Wiley & Sons, 315-325.

Naik, Prasad A., Kalyan Raman, and Russell S. Winer (2005), "Planning Marketing-Mix Strategies in the Presence of Interaction Effects: Empirical and Equilibrium Analysis," *Marketing Science*, 24 (Winter), 25-34. **Finalist for the 2015 ISMS Long-Term Impact award**.

Albert, Terri and Russell S. Winer (2005), "Capturing Customers' Spare Change," *Harvard Business Review*, 83 (March), 28.

Steckel, Joel,  Russ Winer, Randy Bucklin, Benedict Dellaert, Xavier Drèze, Gerald Häubl, Sandy Jap, John Little, Tom Meyvis, Alan Montgomery, Arvind Rangaswamy (2005), "Choice in Interactive Environments," *Marketing Letters*, 16 (December), 309-20.

Highly Confidential: Attorney's Eyes Only

Fligler, Ariel, Gila E. Fruchter, and Russell S. Winer (2006), "Optimal Product Line Design Using Genetic Algorithms," *Journal of Optimization Theory and Applications*, 131 (November), 227-244.

Petersen, J. Andrew, Leigh McAlister, David J. Reibstein, Russell S. Winer, V. Kumar, and Geoff Atkinson (2009), "Choosing the Right Metrics to Maximize Profitability and Shareholder Value," *Journal of Retailing*, 85, number 1, 95-111.

Winer, Russell S. (2009), "New Communications Approaches in Marketing: Issues and Research Directions," *Journal of Interactive Marketing*, 23 (May), 108-117.

Inman, J. Jeffrey, Russell S. Winer, and Rosellina Ferraro (2009), "The Interplay Between Category Characteristics, Customer Characteristics, and Customer Activities on In-Store Decision Making," *Journal of Marketing*, 73 (September), 19-29.

Lemon, Katherine N., Priya Raghubir, John Roberts, and Russell S. Winer (2010), "Why, When and How should the Effect of Marketing be Measured? A Stakeholder Perspective for Corporate Social Responsibility Metrics," *Journal of Public Policy & Marketing*, 29 (Spring), 66-77.

Lemon, Katherine N., John H. Roberts, Priya Raghubir, and Russell S. Winer (2011), "Measuring the Effects of Corporate Social Responsibility," *The Conference Board: Director Notes*, 3 (April), 1-13.

Yang, Sha, Mantian Hu, Russell S. Winer, Henry Assael, and Xiaohong Chen (2012), "An Empirical Study of Word-of-Mouth Generation and Consumption," *Marketing Science*, 31 (November-December), 952-963.

Winer, Russell S. (2012), "Behavioral Perspectives on Pricing Strategy," in V. Shankar and G. Carpenter, eds. *Handbook of Marketing Strategy*, (Cheltenham, U.K.: Edward Elgar), 248-260.

Bauer, Johannes, Philip Schmitt, Vicky G. Morwitz, and Russell S. Winer (2013), "Managerial Decision-Making in Customer Management: Adaptive, Fast, and Frugal?" *Journal of the Academy of Marketing Science*, 41 (July), 436-455.

Stephanie M. Tully and Russell S. Winer (2014), "The Role of Beneficiary in Willingness to Pay for Socially Responsible Products: A Meta-Analysis," *Journal of Retailing* special issue on empirical generalizations in retailing, 90 (2), 255-274.

Winer, Russell S. (2014), "Pricing," in R.S. Winer and S.A. Neslin, eds., *The History of Marketing Science*, (Boston: now publishers).

Neslin, Scott A. and Russell S. Winer (2014), "The History of Marketing Science," in R.S. Winer and S.A. Neslin, eds., *The History of Marketing Science*, (Boston: now publishers).

Highly Confidential: Attorney's Eyes Only

Winer, Russell S. (2014), "The Impact of Marketing Science Research on Practice: Comment," *International Journal of Research in Marketing*, 31, 142-3.

Feldman, David, Charles Trzcinka, and Russell S. Winer (2015), "Pricing Under Noisy Signaling," *Review of Quantitative Finance and Accounting*, 45, 435-454.

Venkatraman, Vinod, Angelika Dimoka, Paul A. Pavlou, Khoi Vo, William Hampton, Bryan Bollinger, Hal E. Hershfield, Masakazu Ishihara, and Russell S. Winer (2015), "Predicting Advertising Success Beyond Traditional Measures: New Insights from Neurophysiological Methods and Market Response Modeling," 52 (August), *Journal of Marketing Research*, special issue on neuromarketing, 436-452.

Winer, Russell S. and Peter S. Fader (2016), "Objective vs. Online Ratings: Are Low Correlations Unexpected and Does it Matter?  A Comment on de Lange, Fernbach, and Lichtenstein," *Journal of Consumer Research*, 42 (6), 846-9.

Mantian (Mandy) Hu, Russell S. Winer (2017), "A Study of the Group Buying Feature of Groupon Using Augmented Clickstream Data," *International Journal of Research in Marketing*, 34, 120-136.

Winer, Russell S. (2017), "Online Pricing Strategies: Implications for Luxury Consumers," *Luxury: History, Culture, Consumption*, 4, 7-29.

Winer, Russell S. (2017), "Pricing in the Digital Age: Implications for Consumer Behavior," in M. Solomon and T. Lowrey, eds., *The Routledge Companion to Consumer Behavior*, 193-207.

Lehmann, Donald R. and Russell S. Winer (2017), "The Role and Impact of Reviewers on the Marketing Discipline," *Journal of the Academy of Marketing Science*, 45, 587-592.

Baek Jung Kim, Vishal Singh, and Russell S. Winer (2017), "The 80-20 Rule in Marketing: An Empirical Generalization," *Marketing Letters*, 28 (December), 491-507.

McCarthy, Daniel and Russell S. Winer (2019), "The Pareto Rule Revisited: Is it 80/20 or 70/20?" *Marketing Letters*, 30 (June), 139-150.

Oblander, Elliot Shin, Sunil Gupta, Carl F. Mela, Russell S. Winer, and Donald R. Lehmann (2020), "The Past, Present, and Future of Customer Management," *Marketing Letters*, 31 (Issues 2-3), 125-136.

Winer, Russell S. (2020), "Customer Relationship Management," in B. Schlegelmilch and R.S. Winer, eds., *Marketing Strategy* (Routledge), 56-66.

Highly Confidential: Attorney's Eyes Only

Stremersch, Stefan, Russell S. Winer, and Nuno Camacho, "Faculty Research Incentives and Business School Health: A New Perspective from and for Marketing," conditionally accepted, *Journal of Marketing*.

Gurumurthy Kalyanaram and Russell S. Winer, "Behavioral Response to Price: Empirical Insights and Future Research," forthcoming, *Journal of Retailing*.

<u>Miscellaneous Publications</u>

Winer, Toby R. and Russell S. Winer (1987), "Integrating Strategic Planning Concepts into the Negotiating Process," *Planning for Higher Education*, 15, 1-4.

Winer, Russell S. (1988), "Global Marketing: The Debate Revisited, *The Owen Manager*, 9 (Spring), 12-15.

Winer, Russell S. (1997), book review of *Against the Gods: The Remarkable Story of Risk*, by Peter L. Bernstein, *Journal of Marketing*, 61 (July), 112-3.

Winer, Russell S. (1998), "Editorial," *Journal of Marketing Research*, 35 (February), iii-v.

Winer, Russell S. (2000), "Comment on 'The Historical Growth of Statistical Significance Testing in Psychology—And Its Future Prospects," *Educational and Psychological Measurement*, 60 (October), 693-6.

Erdem, Tülin and Russell S. Winer (2002), "Introduction to Special Issue on Choice Modeling," *Marketing Letters*, 13 (August), 157-61.

Greenleaf, Eric A., Vicki G. Morwitz, and Russell S. Winer (2004), "Helping Hands," *STERNbusiness*, (Fall/Winter), 42-47.

Winer, Russell S. (2005), "From the Editor," *Journal of Marketing Research*, 42 (August), iii.

Winer, Russell S. (2006), "A New Reviewing System for the *Journal of Marketing Research*," *Journal of Marketing Research*, 43 (May), 135-6.

Winer, Russell S. (2007), "Editorial," *Review of Marketing Science*, Vol. 5, Article 1.

Lehmann, Donald R. and Russell S. Winer (2009), "Introduction to Special Issue on Organic Growth," *International Journal of Research in Marketing*, 26 (December), 261-2.

Winer, Russell S. (2011), "2009-2010 ISMS-MSI Practice Prize Competition: Special Section Introduction," *Marketing Science*, 30 (July-August), 565-7.

Highly Confidential: Attorney's Eyes Only

Fader, Peter S. and Russell S. Winer (2012), Introduction to Special Issue on "The Emergence and Impact of User Generated Content, " *Marketing Science*, 369-371.

Winer, Russell S. (2013), "2011-2012 Gary L. Lilien ISMS-MSI Practice Prize Competition: Special Section Introduction," *Marketing Science*, 32 (March-April), 191-193.

Winer, Russell S. (2013), "Advertising in 2020," Wharton Future of Advertising project.

Meyer, Robert and Russell S. Winer (2014),  "Introduction to the *JMR* 50th Anniversary Special Section," *Journal of Marketing Research*, 51 (February), 83

Winer, Russell S. (2014), "Reflections on my *JMR* Editorship (1998-2000)," *Journal of Marketing Research*, 51 (February), 127-130.


Cases

"Manischewitz," (2003)

"Rheingold Beer," (2003)

"DeBeers," (2004)

"NYC2012," (2004)

"Brooklyn Brewing," (2010)

"INVOKANA: Educating Physicians on the New Type 2 Diabetes Solution using New Media Channels," (2014)

"Moviepass" (2019)


**DOCTORAL STUDENT DISSERTATION COMMITTEES**
(in chronological order)

Terry Elrod
Horst Bender
Kapil Bawa
Srinivasan Ratneshwar
Connie Pechmann
T.C. Srinivasan (Chair)
Glenn Mayhew (Chair)
Sue O'Curry (Psychology)

Highly Confidential: Attorney's Eyes Only

Shi-jie Chang (Psychology)
Matt Nagler (Economics)
Lisa Ordóñez (Psychology)
Kay Lemon (Chair)
Mark Stiving (Chair)
Judi Strebel
Harish Chand (Economics)
Nick Lurie
Heather Honea (Co-chair)
Sharon Horsky (Co-chair)
Joseph Pancras
Vishal Narayan (Co-chair)
Jane Gu
Rachel Shacham
Isaac Dinner (Columbia)
Mandy Hu (Co-Chair)
Wenbo Wang (Co-Chair)
Sang Hee Bae (Co-Chair)
Beibei Lei (Information Systems)
Yuzhou Liu
Baek Jung Kim
Liu

Litigation work 2016-2020
(Dates are when the cases started)


<u>2016</u>

GlaxoSmithKline LLC and SmithKline Beecham (Cork) Limited v. Teva Pharmaceuticals USA, Inc (defense; patent litigation; survey research methodology, expert rebuttal); deposition taken. Case No. 14-878-LPS-CJB, District of Delaware.

<u>2017</u>

Solid 21, Inc. v. Hublot of America and LVMH Moet Hennessy Louis Vuitton, Inc. (plaintiff; trademark/brand infringement); deposition taken.  Case No. CV11-468-DMG (JCx), Central District of California.

Highly Confidential: Attorney's Eyes Only

<u>2018</u>

Rimini Street v. Oracle (plaintiff; brand damage; survey work) deposition taken.  Case No. 2:14-cv-01699, District of Nevada.

Grasshopper House v. Clean & Sober Media (plaintiff; brand infringement/deceptive advertising); deposition taken.  Case No. 2:18-CV-00923-SVW-RAO, Central District of California.

<u>2019</u>

Monahan Products LLC d/b/a UPPAbaby v. Sam's Club (defendant; corrective advertising, brand damage, expert report rebuttal); deposition taken.  Case No. 1:18-CV-11561-FDS.

<u>2020</u>

PODS Enterprises v. Gulf Storage Partners (plaintiff; franchising); deposition taken.  Case No. 2017-CA-010505, Hillsborough County, Florida Civil Division.

Highly Confidential: Attorney's Eyes Only

## APPENDIX B: MATERIALS CONSIDERED

### I. ARTICLES

- Winer, Russell S. "Customer Relationship Management," in B. Schlegelmilch and R.S. Winer, eds., *Marketing Strategy* Routledge (2020), 56-66.
- Dynamic Customer Relationship Management: Incorporating Future Considerations into the Service Retention Decision," *Journal of Marketing*, 66 (January 2002), 1-14.
- Oblander, Elliot Shin, Sunil Gupta, Carl F. Mela, Russell S. Winer, and Donald R. Lehmann (2020), "The Past, Present, and Future of Customer Management," *Marketing Letters*, 31 (Issues2-3), 125-136.
- McDonald, M. H., De Chernatony, L., & Harris, F. "Corporate marketing and service brands: Moving beyond the fast-moving consumer goods model." *European Journal of Marketing* (2001).
- Klaus, P., & Maklan, S. (2007). The role of brands in a service-dominated world. *Journal of Brand Management*, 15(2), 115-122.
- Baumeister, Roy F., Bratslavsky, Ellen, Finkenauer, Catrin, and Vohs, Kathleen D. "Bad Is Stronger Than Good." *Review of General Psychology*, 2001. Vol. 5. No 4. 323-370.
- TARP (Technical Assistance Research Programs), Consumer Complaint Handling in America: An Updated Study. The Office of the Special Advisor to the President for Consumer Affairs, (Washington, D. C.: Technical Assistance Research Programs), 1986
- James G. Shaw, Triple Customer Complaints: Boost Profits by Capturing Customer's Point of View, (Issaquah, WA: IPI Tools), 2011
- B. Stauss and W. Seidel, Discovering The ''Customer Annoyance Iceberg'' Through Evidence Controlling, 2006
- Hyman, D., Shingler, J., and Miller, M. "Consumer Complaints and Public Policy: Validating the 'Tip-of-the-Iceberg' Theory," *Sociological Practice* 10(1) (1992): 110.
- "Vivint Smart Home makes NYSE debut following megamerger," Deseret News, retrieved from: https://www.deseret.com/utah/2020/1/21/21075466/vivint-smart-home-nyse-stock-softbank-mega-merger, accessed July 1, 2021
- "Vivint Smart Home makes NYSE debut following megamerger," Deseret News, retrieved from: https://www.deseret.com/utah/2020/1/21/21075466/vivint-smart-home-nyse-stock-softbank-mega-merger, accessed July 1, 2021
- "Vivint Smart Home," PitchBook, retrieved from: https://pitchbook.com/profiles/company/11895-40#overview, accessed July 1, 2021
- "What are brands for?" The Economist, August 30, 2014, retrieved from http://www.economist.com/news/business/21614150-brands-are-most-valuable-assets-many-companies-possess-no-one-agrees-how-much-they, accessed July 1, 2021
- Aaker, D. "What Is Brand Equity?" Prophet. https://www.prophet.com/2013/09/156-what-is-brand-equity-and-why-is-it-valuable/, accessed July 1, 2021
- "Toyota Recalls All 8,000 Cars of Lexus Model," *Los Angeles Times*, December 5, 1989, retrieved from: https://www.latimes.com/archives/la-xpm-1989-12-05-fi-123-story.html,

Highly Confidential: Attorney's Eyes Only

accessed July 1, 2021
- "Alarm Company that Misled Springfield Woman Will Pay Settlement," Springfield News-Leader, retrieved from https://www.news-leader.com/story/news/politics/2015/09/02/alarm-company-misled-springfield-woman-will-pay-settlement/71599398/, Sep. 2, 2015
- "Security firms settle with state," Milwaukee Journal Sentinel, retrieved from: http://archive.jsonline.com/business/security-firms-settle-with-state-kf719e2-171633631.html.
- "Why Palm Coast Is Alarmed: Vivint Home-Security Solicitors Dogged By History of Deception," FlagerLive.com, retrieved from: https://flaglerlive.com/57514/vivint-security-solicitors/

## II. PRODUCED DOCUMENTS

- ADT00000188
- ADT00002923
- ADT00000153
- ADT00000155
- VIVINT-113114
- ADT Audio Files of Customer Calls (See Index)
- Ring Video from Complaint
  - Ring Video – Video 1
  - Ring Video – Video 2
  - Ring Video – Video 3

## III. BOOKS

- Keller, Kevin Lane, Strategic Brand Management, 4th Edition. New York, NY: Pearson Education Limited, 2013
- Aaker, D. A. *Building Strong Brands*. New York: The Free Press, 1996
- Batey, M. Brand Meaning. New York: Taylor and Francis Group, LLC, 2008
- Winer, Russell S. and Ravi Dhar, *Marketing Management*, 4th edition, Upper Saddle River, NJ: Prentice Hall, 2011
- Judith Dwyer, *Communication for Business and the Professions: Strategies and Skills*, 5th edition (Frenchs Forest, NSW: Pearson), 2014

## IV. COURT DOCUMENTS

- Amended Complaint, October 13, 2020
- *CPI Security Systems. Inc. v. Vivint Smart Home, Inc. f/k/a Mosaic Acquisition Corp.*

Highly Confidential: Attorney's Eyes Only

- *Legacy Vivint Smart Home, Inc. f/k/a Vivint Smart Home, Inc.* No. 3:20-cv-00504-FDW-DSC (WD NC)
- Affidavit of Ko-Chin ███████, October 28, 2019
- Deposition of Juan ██████, June 10, 2021
- Deposition of Paula ██████, June 10, 2021
- Deposition of Victor ████████████, May 25, 2021,
- Deposition of Latoya Miriam ████████, May 18, 2021
- Deposition of Caren ██████, April 12, 2021
- Deposition of Randall ██████, June 8, 2021
- Deposition of Nathan Wilcox (Vivint CCO), September 14, 2017, Exhibits 14-27
- Deposition of Sarah Butler, August 18, 2017
- Deposition of Joe Dandurand, July 24, 2017
- Deposition of John Goodman, July 26, 2017
- Deposition of Mark Gustafson, August 16, 2017
- Deposition of Russell Mangum, July 31, 2017
- Deposition of Thomas Maronick, August 30, 2017
- Deposition of Dan Sarel, September, 07, 2017
- Deposition of David Stewart, July 31, 2017
- Deposition of Bill Urban, July 20, 2017
- *ADT LLC and ADT US Holdings, Inc. v. Vivint, Inc.*, No. 9:17-cv-80431 (S.D. Fla.).
- *United States of America v. Vivint, Smart Home, Inc., No. 2:21-cv-00267-TS (UT).*
- P-ADT 1st Amended Complaint & Exhibit of Spreadsheet
- P-ADT Amended Answers to D-Vivint & Legacy 1st IROG
- P-ADT Answers to D-Vivint & Legacy 1st IROG
- P-ADT Responses to D-Vivint & Legacy 1st RFP
- P-ADT Supplemental Answers & Objections to D-Vivint 1st IROG and RFP
- P-ADT Supplemental Responses and Objections to D-Vivint 1st RFP
- D-Vivint Responses and Objections to P-ADT 1st IROG
- D-Vivint Responses and Objections to P-ADT 1st RFP
- D-Vivint Supplemental Responses to P-ADT 1st IROG
- D-Vivint & Legacy Supplemental Responses to P-ADT 1st RFP
- D-Vivint Second Supplemental Responses to P-ADT 1st RFP
- D-Vivint Third Supplemental Responses to P-ADT 1st RFP
- D-Vivint Fourth Supplemental Responses to P-ADT 1st RFP
- Prior Expert Reports
  - Expert Report of Peter Gampel
  - Expert Report of John Goodman
  - Expert Report of Kurt Harms
  - Expert Report of Sandy Lynsky
  - Expert Report of Brian Ratchford
  - Expert Report of Dan Sarel
  - Expert Report of Jeffrey Stec

Highly Confidential: Attorney's Eyes Only

       o  Expert Report of David Stewart
       o  Expert Report of William Urban

## V. ADDITIONAL DOCUMENTS REFERENCED OR CITED IN THE BODY OF THE EXPERT REPORT

- ADT Inc. 10-K 2020
- 2020 IBISWorld report entitled "US Industry (NAICS) Report 56162: Security Alarm Services in the US"
- IBISWorld US Industry (NAICS) Report 56162: Security Alarm Services in the US, December 2020
- ADT Annual report
- Vivint Smart Home, Inc. 10-K 2020
- IBISWorld US Industry (NAICS) Report 56162: Security Alarm Services in the US, December 2020

## VI. WEBSITES

- https://finance.yahoo.com/quote/ADT/
- https://www.bloomberg.com/profile/company/0850848D:US
- https://www.adt.com/about-adt/history
- https://www.adt.com/security-benefits
- "About Us," Vivint, retrieved from: https://www.vivint.com/company/about-us, accessed July 1, 2021.
- "Company Profile," Vivint, retrieved from: https://investors.vivint.com/company-profile/default.aspx, accessed July 1, 2021
- https://www.ama.org/the-definition-of-marketing-what-is-marketing/
- Customer Service and Business Results: A Survey of Customer Service from Mid-Size Companies," Dimensional Research, April 2013, http://cdn.zendesk.com/resources/whitepapers/Zendesk_WP_Customer_Service_and_Business_Results.pdf, accessed July 9, 2021.
- https://theharrispoll.com accessed August 5, 2021.
- https://www.frontpointsecurity.com/shop/blog/will-the-real-adt-please-stand-up-explaining-the-dealer-program.
- https://twitter.com/SeanDavenport/status/988953297506652162
- https://twitter.com/justmediaworks/status/1276214264567681025
- https://twitter.com/IowaBirdman/status/1287840661585244161
- https://twitter.com/nunyabiz714/status/1114340438649888768
- https://twitter.com/terioturf/status/1128013632548290560
- https://twitter.com/brandychanelle3/status/1349776148335624193
- https://twitter.com/aquasha_qotd/status/1357512453614108679

Highly Confidential: Attorney's Eyes Only

- https://twitter.com/laurenlaceyann/status/1305596099512725506
- Assurance of Voluntary Compliance For Vivint, Inc. f/k/a Alarm Security Solutions, Inc." retrieved from http://www.myfloridalegal.com/EC_Edoc.nsf/0/679BD97E96C1813385257EB8005B01DA/$file/Vivint+AVC.pdf
- https://fox2now.com/news/contact-2/complaints-continue-to-mount-against-home-security-company/
- https://flaglerlive.com/57514/vivint-security-solicitors/
- https://www.palmcoastgov.com/newsroom/2013/8/6/1720/palm-coast-citizen-alert-complaints-filed-against-home-security-company
- https://www.texasattorneygeneral.gov/news/releases/ag-paxton-reaches-settlement-vivint-and-warns-texans-unscrupulous-door-door-alarm-systems-sales
- https://legalnewsline.com/stories/511075700-pennsylvania-settles-with-vivint-after-company-allegedly-violated-multiple-state-laws
- http://archive.jsonline.com/business/security-firms-settle-with-state-kf719e2-171633631.html
- https://www.ohioattorneygeneral.gov/Media/Newsletters/Consumer-Advocate/September-2013/AG-Files-Enforcement-Actions-Against-Home-Security
- https://www.ohioattorneygeneral.gov/Files/Reports/Consumer-Annual-Reports/2013-Consumer-Annual-Report-(PDF)
- https://www.ag.ks.gov/media-center/news-releases/2013-news-releases/2013/03/15/home-security-company-fined-for-consumer-protection-allegations
- "Settlement Agreement" In the Matter of Vivint, Inc. and Smart Home Pros, Inc. F/K/A Arm Security, Inc. Retrieved from: https://drive.google.com/file/d/0B5X6AborgIR-emtmWDhBR2otM1U/view?resourcekey=0-nHWN6E-FckI5Evqs8nUlNw
- "Consumer Protection Section," Ohio Attorney General's Office, retrieved from: https://www.ohioattorneygeneral.gov/Files/Reports/Consumer-Annual-Reports/2013-Consumer-Annual-Report-(PDF
- "AG Files Enforcement Actions Against Home Security Companies," Ohio Attorney General, retrieved from: https://www.ohioattorneygeneral.gov/Media/Newsletters/Consumer-Advocate/September-2013/AG-Files-Enforcement-Actions-Against-Home-Security
- "Home Security Company Fined For Consumer Protection Allegations," Kansas Attorney General, retrieved from: https://www.ag.ks.gov/media-center/news-releases/2013-news-releases/2013/03/15/home-security-company-fined-for-consumer-protection-allegations.
- "Vivint Smart Home to Pay $20 Million for Violating the Fair Credit Reporting Act," U.S. Department of Justice, retrieved from: https://www.justice.gov/opa/pr/vivint-smart-home-pay-20-million-violating-fair-credit-reporting-act.
- https://www2.census.gov/programs-surveys/popest/tables/2010-2019/state/totals/nst-est2019-01.xlsx
- https://www.investopedia.com/financial-edge/0711/the-cost-of-hiring-a-new-employee.aspx, accessed July 1, 2021.
- https://www.investopedia.com/financial-edge/0711/the-cost-of-hiring-a-new-employee.aspx, accessed July 1, 2021

Highly Confidential: Attorney's Eyes Only

- https://www.adt.com/fraud
- https://www.adt.com/resources/deceptive-sales-safety-tips
- https://www.adt.com/resources/scam-alerts-for-seniors
- https://www.adt.com/help/faq/security-services-features/deceptive-sales-scams

Highly Confidential: Attorney's Eyes Only

# **<u>EXHIBITS</u>**

# Exhibit 1

# ADT Media Spend

| | |
|---|---|
| **From:** | Hendrickson, Shannon |
| **To:** | McGrath, Dan |
| **Cc:** | Blair, Casey; Mark Pelofsky; Kritika Kuppuswami |
| **Subject:** | Re: CONFIDENTIAL RE: Follow up Question re: ADT Media Spend |
| **Date:** | August 6, 2021 1:48:40 PM |

Hi Dan, confirming this is correct.

Thanks,
Shannon

---

**From:** McGrath, Dan <dmcgrath@adt.com>
**Sent:** Friday, August 6, 2021 1:47:20 PM
**To:** Hendrickson, Shannon <shendrickson@adt.com>
**Cc:** Blair, Casey <caseyrea@adt.com>; Mark Pelofsky <mpelofsky@gbexpertsgroup.com>; Kritika Kuppuswami <kkuppuswami@gbexpertsgroup.com>
**Subject:** CONFIDENTIAL RE: Follow up Question re: ADT Media Spend

**CONFIDENTIAL AND PRIVILEGED ATTORNEY CLIENT/WORK PRODUCT COMMUNICATION**

Shannon:   We are wrapping up our expert report on this piece of our damages case.   You made the following statement in an earlier email:

ADT spends approximately $45 million in mass media (TV/radio) each year and $48 million for print (direct mail and shared mail), for a total of $93 million.

We would like to use this in the final work product.   Can you or Casey please acknowledge its accuracy?   Please Reply All.

Thank you.

Dan

**Daniel J. McGrath**
Vice President & Deputy General Counsel
1501 YAMATO RD | BOCA RATON, FL 33431-4438
(o) 561.322.7229 (m) 561.289.7248

The information contained in this transmission is confidential and/or may contain attorney-client privileged communications intended for the use of the individual or entity named above. If the reader of this electronic message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying is strictly prohibited. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure compliance with ADT's policies, confidentiality obligations, and applicable laws.

This email, including attachments, may contain information that is private or confidential. If you received this communication in error, please delete it from your system without copying it and notify sender by reply communication. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure compliance with ADT's policies, confidentiality obligations, and applicable laws.

Exhibit 2

Audio Recordings Produced by ADT for Disclosed Customers

## Audio Recordings Produced by ADT for Disclosed Customers

| | Production::Begin Bates | File - FileName |
|---|---|---|
| 1 | ADT00001861 | Donald - AUDIO INTAKE 1.wav |
| 2 | ADT00001862 | Donald - AUDIO INTAKE 2.wav |
| 3 | ADT00001866 | Grace - AUDIO INTAKE .wav |
| 4 | ADT00001870 | , Gail - AUDIO INTAKE .wav |
| 5 | ADT00001874 | Danny - AUDIO INTAKE 1.wav |
| 6 | ADT00001875 | Danny - AUDIO INTAKE 2.wav |
| 7 | ADT00001876 | Danny - AUDIO INTAKE 3.wav |
| 8 | ADT00001884 | Barbara - AUDIO INTAKE 1.wav |
| 9 | ADT00001885 | Barbara - AUDIO INTAKE 2.wav |
| 10 | ADT00001889 | Phyllis - AUDIO INTAKE 1.wav |
| 11 | ADT00001890 | Phyllis - AUDIO INTAKE 2.wav |
| 12 | ADT00001897 | Amy Audio Intake 1.wav |
| 13 | ADT00001898 | Amy Audio Intake 2.wav |
| 14 | ADT00001899 | Majorie - AUDIO INTAKE 1.wav |
| 15 | ADT00001900 | Majorie - AUDIO INTAKE 2.wav |
| 16 | ADT00001905 | Earlene - AUDIO INTAKE.wav |
| 17 | ADT00001909 | Frank - AUDIO INTAKE.wav |
| 18 | ADT00001913 | Rose - AUDIO INTAKE.wav |
| 19 | ADT00001917 | Elizabeth - AUDIO INTAKE 1.wav |
| 20 | ADT00001918 | Elizabeth - AUDIO INTAKE 2.wav |
| 21 | ADT00001922 | Naomi - AUDIO INTAKE.wav |
| 22 | ADT00001927 | Sandy - AUDIO INTAKE 1.wav |
| 23 | ADT00001928 | Sandy - AUDIO INTAKE 2.wav |
| 24 | ADT00001932 | Rizaldo - AUDIO INTAKE 1.wav |
| 25 | ADT00001933 | Rizaldo - AUDIO INTAKE 2.wav |
| 26 | ADT00001937 | Naseem - AUDIO INTAKE.wav |
| 27 | ADT00001941 | Kris - AUDIO INTAKE 1.wav |
| 28 | ADT00001942 | Kris - AUDIO INTAKE 2.wav |
| 29 | ADT00001948 | Yolanda - AUDIO INTAKE 1.wav |
| 30 | ADT00001949 | Yolanda - AUDIO INTAKE 2.wav |
| 31 | ADT00001950 | Yolanda - AUDIO INTAKE 3.wav |
| 32 | ADT00001954 | Joseph - AUDIO INTAKE.wav |
| 33 | ADT00001959 | Josie - AUDIO INTAKE 2.wav |
| 34 | ADT00001973 | Joseph - AUDIO INTAKE.wav |
| 35 | ADT00001974 | Alma - AUDIO INTAKE.wav |
| 36 | ADT00001978 | Rachel - AUDIO INTAKE.wav |
| 37 | ADT00001982 | Terri - AUDIO INTAKE.wav |
| 38 | ADT00001986 | Maria - AUDIO INTAKE 1.wav |
| 39 | ADT00001987 | Maria - AUDIO INTAKE 2 .wav |
| 40 | ADT00001988 | Maria - AUDIO INTAKE 3.wav |
| 41 | ADT00001989 | Maria - AUDIO INTAKE 4.wav |
| 42 | ADT00001993 | Bernardo - Audio Intake.wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| 43 | ADT00001997 | ███ Paula - AUDIO INTAKE 1.wav |
| 44 | ADT00001998 | ███ Paula - AUDIO INTAKE 2.wav |
| 45 | ADT00002002 | ███, Jazmin - AUDIO INTAKE.wav |
| 46 | ADT00002006 | ███ Azalee - Audio Intake 1.wav |
| 47 | ADT00002007 | ███ Azalee - Audio Intake 2.wav |
| 48 | ADT00002011 | ███ Dorthy - AUDIO INTAKE 1.wav |
| 49 | ADT00002012 | ███ Dorthy - AUDIO INTAKE 2.wav |
| 50 | ADT00002016 | ███ Marybeth - Audio Intake.wav |
| 51 | ADT00002022 | ███ Brenda - AUDIO INTAKE.wav |
| 52 | ADT00002026 | ███ Betty - AUDIO INTAKE 1.wav |
| 53 | ADT00002027 | ███ Betty - AUDIO INTAKE 2.wav |
| 54 | ADT00002031 | ███ Thomas - AUDIO INTAKE 1.wav |
| 55 | ADT00002032 | ███ Thomas - AUDIO INTAKE 2.wav |
| 56 | ADT00002036 | ███ Jackie - AUDIO INTAKE 1- 2018.01.9, 1647am.wav |
| 57 | ADT00002037 | ███ Jackie - AUDIO INTAKE 2 -2018.01.22, 1412pm.wav |
| 58 | ADT00002038 | ███ Jackie - AUDIO INTAKE 3 -2018.01.26, 1159am.wav |
| 59 | ADT00002042 | ███ Carrington - Audio Intake.wav |
| 60 | ADT00002049 | ███ Cecelia Audio Intake 1.wav |
| 61 | ADT00002050 | ███ Cecelia Audio Intake 2.wav |
| 62 | ADT00002051 | ███ Cecelia Audio Intake 3.wav |
| 63 | ADT00002052 | ███ Dorothy - AUDIO INTAKE.wav |
| 64 | ADT00002056 | ███ Nancy - AUDIO INTAKE 1.wav |
| 65 | ADT00002057 | ███ Nancy - AUDIO INTAKE 2.wav |
| 66 | ADT00002061 | ███ Phyllis - AUDIO INTAKE 1.wav |
| 67 | ADT00002062 | ███ Phyllis - AUDIO INTAKE 2.wav |
| 68 | ADT00002066 | ███ Isabel - AUDIO INTAKE 1.wav |
| 69 | ADT00002067 | ███ Isabel - AUDIO INTAKE 2.wav |
| 70 | ADT00002071 | ███ Melanie - AUDIO INTAKE 1.wav |
| 71 | ADT00002072 | ███ Melanie - AUDIO INTAKE 2.wav |
| 72 | ADT00002073 | ███ Melanie - AUDIO INTAKE 3.wav |
| 73 | ADT00002077 | ███ Miriam - AEO AUDIO INTAKE 1.wav |
| 74 | ADT00002078 | ███ Miriam - AEO AUDIO INTAKE 2.wav |
| 75 | ADT00002088 | ███ Alma Audio Intake 1.wav |
| 76 | ADT00002089 | ███ Alma Audio Intake 2.wav |
| 77 | ADT00002090 | ███ Alma Audio Intake 3.wav |
| 78 | ADT00002091 | ███ Alma Audio Intake 4.wav |
| 79 | ADT00002092 | ███ Sandra - AUDIO INTAKE.wav |
| 80 | ADT00002100 | ███ Edna - AUDIO INTAKE 1.wav |
| 81 | ADT00002101 | ███ Edna - AUDIO INTAKE 2.wav |
| 82 | ADT00002102 | ███ Edna - AUDIO INTAKE 3.wav |
| 83 | ADT00002103 | ███ Edna - AUDIO INTAKE 4.wav |
| 84 | ADT00002108 | ███ Kelly - AUDIO INTAKE.wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| 85 | ADT00002115 | Vivint - ██████ Donald - AUDIO INTAKE.wav |
|---|---|---|
| 86 | ADT00002116 | ████ Deanna - Audio Intake 1.wav |
| 87 | ADT00002117 | ████ Deanna - Audio Intake 2.wav |
| 88 | ADT00002118 | ████ Deanna - Audio Intake 3.wav |
| 89 | ADT00002125 | ████ Birgit - Audio Intake 1.wav |
| 90 | ADT00002126 | ████ Birgit - Audio Intake 2.wav |
| 91 | ADT00002130 | ████ Frank - AUDIO INTAKE 1.wav |
| 92 | ADT00002131 | ████ Frank - AUDIO INTAKE 2.wav |
| 93 | ADT00002135 | ████ William - AUDIO INTAKE.wav |
| 94 | ADT00002139 | ████ Nora - AUDIO INTAKE.wav |
| 95 | ADT00002143 | ████ Leticia - AUDIO INTAKE 1.wav |
| 96 | ADT00002144 | ████ Leticia - AUDIO INTAKE 2.wav |
| 97 | ADT00002148 | ████ Nancy - AUDIO INTAKE.wav |
| 98 | ADT00002152 | ████ Anthony - AUDIO INTAKE.wav |
| 99 | ADT00002159 | ████ Hector -AUDIO INTAKE.wav |
| 100 | ADT00002163 | ████ Victor - AUDIO INTAKE 1.wav |
| 101 | ADT00002164 | ████ Victor - AUDIO INTAKE 2.wav |
| 102 | ADT00002165 | ███ Sarah & Stephen - AUDIO INTAKE.wav |
| 103 | ADT00002169 | █████ Linda - AUDIO INTAKE 1.wav |
| 104 | ADT00002170 | █████ Linda - AUDIO INTAKE 2.wav |
| 105 | ADT00002171 | █████ Linda - AUDIO INTAKE 3.wav |
| 106 | ADT00002172 | █████ Linda - AUDIO INTAKE 4.wav |
| 107 | ADT00002176 | ████ Jerome - AUDIO INTAKE.wav |
| 108 | ADT00002180 | ████ Clara - AUDIO INTAKE.wav |
| 109 | ADT00002184 | ████ Jim - AUDIO INTAKE.wav |
| 110 | ADT00002188 | ████ Yolanda - AUDIO INTAKE 1.wav |
| 111 | ADT00002189 | ████ Yolanda - AUDIO INTAKE 2.wav |
| 112 | ADT00002193 | ████ Walter - AUDIO INTAKE.wav |
| 113 | ADT00002197 | ████ Dan - AUDIO INTAKE 1.wav |
| 114 | ADT00002198 | ████ Dan - AUDIO INTAKE 2.wav |
| 115 | ADT00002203 | ████ Cathryn - AEO AUDIO INTAKE 1.wav |
| 116 | ADT00002204 | ████ Cathryn - AEO AUDIO INTAKE 2.wav |
| 117 | ADT00002211 | ████ Annie - Audio Intake 1.wav |
| 118 | ADT00002216 | ████ Juanita - AUDIO INTAKE 1.wav |
| 119 | ADT00002217 | ████ Juanita - AUDIO INTAKE 2.wav |
| 120 | ADT00002229 | ████ Charles - AUDIO INTAKE 1.wav |
| 121 | ADT00002230 | ████ Charles - AUDIO INTAKE 2.wav |
| 122 | ADT00002231 | ████ Charles - AUDIO INTAKE 3.wav |
| 123 | ADT00002235 | ████ Faye - AUDIO INTAKE 1.wav |
| 124 | ADT00002236 | ████ Faye - AUDIO INTAKE 2.wav |
| 125 | ADT00002240 | █████ Sandra - AUDIO INTAKE 1.wav |
| 126 | ADT00002241 | █████ Sandra - AUDIO INTAKE 2.wav |
| 127 | ADT00002249 | █████ Linda - AUDIO INTAKE 1.wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| | | | |
|---|---|---|---|
| 128 | ADT00002250 | █████ | Linda - AUDIO INTAKE 2.wav |
| 129 | ADT00002251 | █████ | Linda - AUDIO INTAKE 3.wav |
| 130 | ADT00002252 | █████ | Linda - AUDIO INTAKE 4.wav |
| 131 | ADT00002256 | ████ | Jerome - AUDIO INTAKE.wav |
| 132 | ADT00002260 | ████ | Clara - AUDIO INTAKE.wav |
| 133 | ADT00002264 | ████ | Jim - AUDIO INTAKE.wav |
| 134 | ADT00002268 | ████ | Yolanda - AUDIO INTAKE 1.wav |
| 135 | ADT00002269 | ████ | Yolanda - AUDIO INTAKE 2.wav |
| 136 | ADT00002273 | ████ | Walter - AUDIO INTAKE.wav |
| 137 | ADT00002277 | ████ | Dan - AUDIO INTAKE 1.wav |
| 138 | ADT00002278 | ████ | Dan - AUDIO INTAKE 2.wav |
| 139 | ADT00002283 | ████ | Cathryn - AEO AUDIO INTAKE 1.wav |
| 140 | ADT00002284 | ████ | Cathryn - AEO AUDIO INTAKE 2.wav |
| 141 | ADT00002291 | ████ | Annie - Audio Intake 1.wav |
| 142 | ADT00002296 | ████ | Juanita - AUDIO INTAKE 1.wav |
| 143 | ADT00002297 | ████ | Juanita - AUDIO INTAKE 2.wav |
| 144 | ADT00002309 | ████ | Charles - AUDIO INTAKE 1.wav |
| 145 | ADT00002310 | ████ | Charles - AUDIO INTAKE 2.wav |
| 146 | ADT00002311 | ████ | Charles - AUDIO INTAKE 3.wav |
| 147 | ADT00002315 | ████ | Faye - AUDIO INTAKE 1.wav |
| 148 | ADT00002316 | ████ | Faye - AUDIO INTAKE 2.wav |
| 149 | ADT00002320 | ████ | Leigh - AUDIO INTAKE.wav |
| 150 | ADT00002324 | ████ | Joseph - AUDIO INTAKE 1.wav |
| 151 | ADT00002325 | ████ | Joseph - AUDIO INTAKE 10.wav |
| 152 | ADT00002326 | ████ | Joseph - AUDIO INTAKE 11.wav |
| 153 | ADT00002327 | ████ | Joseph - AUDIO INTAKE 12.wav |
| 154 | ADT00002328 | ████ | Joseph - AUDIO INTAKE 2.wav |
| 155 | ADT00002329 | ████ | Joseph - AUDIO INTAKE 3.wav |
| 156 | ADT00002330 | ████ | Joseph - AUDIO INTAKE 4.wav |
| 157 | ADT00002331 | ████ | Joseph - AUDIO INTAKE 5.wav |
| 158 | ADT00002332 | ████ | Joseph - AUDIO INTAKE 6.wav |
| 159 | ADT00002333 | ████ | Joseph - AUDIO INTAKE 7.wav |
| 160 | ADT00002334 | ████ | Joseph - AUDIO INTAKE 8.wav |
| 161 | ADT00002335 | ████ | Joseph - AUDIO INTAKE 9.wav |
| 162 | ADT00002336 | ████ | Joseph - AUDIO LEGAL 1.wav |
| 163 | ADT00002337 | ████ | Joseph - AUDIO LEGAL 2.wav |
| 164 | ADT00002338 | ████ | Joseph - AUDIO LEGAL 3.wav |
| 165 | ADT00002339 | ████ | Joseph - AUDIO LEGAL 4.wav |
| 166 | ADT00002353 | █████ | Moneta - AEO AUDIO INTAKE 1.wav |
| 167 | ADT00002364 | ████ | Randall - AUDIO INTAKE.wav |
| 168 | ADT00002394 | ████ | Donald - AUDIO INTAKE 1.wav |
| 169 | ADT00002395 | ████ | Donald - AUDIO INTAKE 2.wav |
| 170 | ADT00002396 | ████ | Donald - AUDIO INTAKE 3.wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| | | |
|---|---|---|
| 171 | ADT00002397 | Donald - AUDIO INTAKE 4.wav |
| 172 | ADT00002398 | Donald - AUDIO INTAKE 5.wav |
| 173 | ADT00002399 | Donald - AUDIO INTAKE 6.wav |
| 174 | ADT00002400 | Donald - AUDIO INTAKE 7.wav |
| 175 | ADT00002401 | William - AUDIO INTAKE 1.wav |
| 176 | ADT00002402 | William - AUDIO INTAKE 2.wav |
| 177 | ADT00002411 | Ted - AEO AUDIO INTAKE 10.wav |
| 178 | ADT00002412 | Ted - AEO AUDIO INTAKE 11.wav |
| 179 | ADT00002414 | Ted - AEO AUDIO INTAKE 2.wav |
| 180 | ADT00002416 | Ted - AEO AUDIO INTAKE 4.wav |
| 181 | ADT00002418 | Ted - AEO AUDIO INTAKE 6.wav |
| 182 | ADT00002419 | Ted - AEO AUDIO INTAKE 7.wav |
| 183 | ADT00002420 | Ted - AEO AUDIO INTAKE 8.wav |
| 184 | ADT00002421 | Ted - AEO AUDIO INTAKE 9.wav |
| 185 | ADT00002440 | Alma - AUDIO INTAKE.wav |
| 186 | ADT00002446 | Cecelia - AEO AUDIO INTAKE 1.wav |
| 187 | ADT00002448 | Cecelia - AEO AUDIO INTAKE 3.wav |
| 188 | ADT00002450 | Cecelia - AEO AUDIO INTAKE 5.wav |
| 189 | ADT00002466 | Linda - AUDIO INTAKE 1.wav |
| 190 | ADT00002467 | Linda - AUDIO INTAKE 2.wav |
| 191 | ADT00002468 | Linda - AUDIO INTAKE 3.wav |
| 192 | ADT00002469 | Linda - AUDIO INTAKE 4.wav |
| 193 | ADT00000001 | Sandra - AUDIO INTAKE 1.wav |
| 194 | ADT00000002 | Sandra - AUDIO INTAKE 2.wav |
| 195 | ADT00000006 | Kathleen - AUDIO INTAKE 1.wav |
| 196 | ADT00000007 | Kathleen - AUDIO INTAKE 2.wav |
| 197 | ADT00000011 | Naomi - AUDIO INTAKE.wav |
| 198 | ADT00000015 | Jeff - AUDIO INTAKE.wav |
| 199 | ADT00000019 | Barbara - Audio Intake 1.wav |
| 200 | ADT00000020 | Barbara - Audio Intake 2.wav |
| 201 | ADT00000027 | Kearston - AUDIO INTAKE 1.wav |
| 202 | ADT00000028 | Kearston - AUDIO INTAKE 2.wav |
| 203 | ADT00000029 | Jeane - Audio Intake 1.wav |
| 204 | ADT00000030 | Jeane - Audio Intake 2.wav |
| 205 | ADT00000031 | Jeane - Audio Intake 3.wav |
| 206 | ADT00000035 | Sammie - AUDIO INTAKE.wav |
| 207 | ADT00000044 | Sonia - AUDIO INTAKE.wav |
| 208 | ADT00000048 | Hutler - AUDIO INTAKE.wav |
| 209 | ADT00000055 | Lakifia - AUDIO INTAKE 1.wav |
| 210 | ADT00000056 | Lakifia - AUDIO INTAKE 2.wav |
| 211 | ADT00000057 | Jean Paul - AUDIO INTAKE.wav |
| 212 | ADT00000061 | Wanda - AUDIO INTAKE.wav |
| 213 | ADT00000068 | Dashon - Audio Intake.wav |
| 214 | ADT00000069 | Andrew - Audio Intake.wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| | | | |
|---|---|---|---|
| 215 | ADT00000077 | █████ | James - AUDIO INTAKE.wav |
| 216 | ADT00000085 | █████ | Nathaniel - AUDIO INTAKE.wav |
| 217 | ADT00000086 | █████ | Joseph - AUDIO INTAKE 1.wav |
| 218 | ADT00000087 | █████ | Joseph - AUDIO INTAKE 2.wav |
| 219 | ADT00000088 | █████ | Joseph - AUDIO INTAKE 3.wav |
| 220 | ADT00000092 | █████ | Joyce - AUDIO INTAKE.wav |
| 221 | ADT00000096 | █████ | Ramona - AUDIO INTAKE.wav |
| 222 | ADT00000100 | █████ | Kimberly - AUDIO INTAKE.wav |
| 223 | ADT00000106 | █████ | Marion - AUDIO INTAKE 1.wav |
| 224 | ADT00000107 | █████ | Marion - AUDIO INTAKE 2.wav |
| 225 | ADT00000111 | ███ | Bryant, Saundra - AUDIO INTAKE.wav |
| 226 | ADT00000119 | █████ | Heidi - AUDIO INTAKE.wav |
| 227 | ADT00000126 | █████ | Betty Audio Intake 1.wav |
| 228 | ADT00000127 | █████ | Betty Audio Intake 2.wav |
| 229 | ADT00000128 | █████ | Elizabeth - AUDIO INTAKE 1.wav |
| 230 | ADT00000129 | █████ | Elizabeth - AUDIO INTAKE 2.wav |
| 231 | ADT00000136 | ████ | Edwina - AUDIO INTAKE 1.wav |
| 232 | ADT00000137 | ████ | Edwina - AUDIO INTAKE 2.wav |
| 233 | ADT00000138 | █████ | Patricia - AUDIO INTAKE.wav |
| 234 | ADT00000142 | █████ | Roberto - Audio Intake.wav |
| 235 | ADT00000152 | █████ | Ko-Chin- AUDIO INTAKE.wav |
| 236 | ADT00000156 | █████ | Ange - AUDIO INTAKE 1.wav |
| 237 | ADT00000157 | █████ | Ange - AUDIO INTAKE 2.wav |
| 238 | ADT00000161 | ████ | Dorothea - AEO AUDIO INTAKE 1.wav |
| 239 | ADT00000162 | ████ | Dorothea - AEO AUDIO INTAKE 2.wav |
| 240 | ADT00000163 | ████ | Dorothea - AEO AUDIO INTAKE 3.wav |
| 241 | ADT00000167 | █████ | Barbara - Audio Intake 1.wav |
| 242 | ADT00000168 | █████ | Barbara - Audio Intake 2.wav |
| 243 | ADT00000169 | █████ | Barbara - Audio Intake 3.wav |
| 244 | ADT00000173 | ████ | Alice - Audio Intake.wav |
| 245 | ADT00000177 | █████ | Mary - AUDIO INTAKE.wav |
| 246 | ADT00000184 | ███ | Carol - Audio Intake.wav |
| 247 | ADT00000191 | ████ | Loretta - AUDIO INTAKE 1.wav |
| 248 | ADT00000192 | ████ | Loretta - AUDIO INTAKE 2.wav |
| 249 | ADT00000196 | ████ | Sandra - Audio Intake 1.wav |
| 250 | ADT00000197 | ████ | Sandra - Audio Intake 2.wav |
| 251 | ADT00000201 | ████ | Percy - Audio Intake 1.wav |
| 252 | ADT00000202 | ████ | Percy - Audio Intake 2.wav |
| 253 | ADT00000206 | █████ | Robert - AUDIO INTAKE 1.wav |
| 254 | ADT00000207 | █████ | Robert - AUDIO INTAKE 2.wav |
| 255 | ADT00000211 | █████ | Nelson - AUDIO INTAKE 1.wav |
| 256 | ADT00000212 | █████ | Nelson - AUDIO INTAKE 2.wav |
| 257 | ADT00000216 | █████ | Alfredo - AUDIO INTAKE 1.wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| | | |
|---|---|---|
| 258 | ADT00000217 | Alfredo - AUDIO INTAKE 2.wav |
| 259 | ADT00000221 | Brenda - Audio Intake 1.wav |
| 260 | ADT00000222 | Brenda - Audio Intake 2.wav |
| 261 | ADT00000226 | Mary Ann - AUDIO INTAKE.wav |
| 262 | ADT00000230 | Alejandra - Audio Intake 1.wav |
| 263 | ADT00000231 | Alejandra - Audio Intake 2.wav |
| 264 | ADT00000235 | Betty - Audio Intake.wav |
| 265 | ADT00000239 | Edna - AUDIO INTAKE 1.wav |
| 266 | ADT00000240 | Edna - AUDIO INTAKE 2.wav |
| 267 | ADT00000244 | Jimmy - AUDIO INTAKE 1.wav |
| 268 | ADT00000245 | Jimmy - AUDIO INTAKE 2.wav |
| 269 | ADT00000250 | William - AUDIO INTAKE 1.wav |
| 270 | ADT00000251 | William - AUDIO INTAKE 2.wav |
| 271 | ADT00000255 | Jane - AUDIO INTAKE.wav |
| 272 | ADT00000259 | Doris - Audio Intake.wav |
| 273 | ADT00000267 | Edwardo - AUDIO INTAKE 1.wav |
| 274 | ADT00000268 | Edwardo - AUDIO INTAKE 2.wav |
| 275 | ADT00000269 | Scheran - AUDIO INTAKE 1.wav |
| 276 | ADT00000270 | Scheran - AUDIO INTAKE 2.wav |
| 277 | ADT00000274 | Christine - Audio Intake 1.wav |
| 278 | ADT00000275 | Christine - Audio Intake 2.wav |
| 279 | ADT00000278 | Kenneth - AUDIO INTAKE.wav |
| 280 | ADT00000282 | Kenneth - AUDIO INTAKE.wav |
| 281 | ADT00000286 | Beatrice - Audio Intake 1.wav |
| 282 | ADT00000287 | Beatrice - Audio Intake 2.wav |
| 283 | ADT00000294 | Pamela - AUDIO INTAKE.wav |
| 284 | ADT00000298 | Richard - AUDIO INTAKE 1.wav |
| 285 | ADT00000299 | Richard - AUDIO INTAKE 2.wav |
| 286 | ADT00000300 | Richard - AUDIO INTAKE 3.wav |
| 287 | ADT00000304 | Annie - Audio Intake 1.wav |
| 288 | ADT00000305 | Annie - Audio Intake 2.wav |
| 289 | ADT00000309 | Ernie & Valerie - AUDIO INTAKE 1.wav |
| 290 | ADT00000310 | Ernie & Valerie - AUDIO INTAKE 2.wav |
| 291 | ADT00000314 | Antonio - Audio Intake 1.wav |
| 292 | ADT00000315 | Antonio - Audio Intake 2.wav |
| 293 | ADT00000319 | Lorraine - AUDIO INTAKE.wav |
| 294 | ADT00000323 | Cynthia - Audio Intake 1.wav |
| 295 | ADT00000324 | Cynthia - Audio Intake 2.wav |
| 296 | ADT00000328 | Gertrudia - AUDIO INTAKE.wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| | | |
|---|---|---|
| 297 | ADT00000332 | Guillermo - AUDIO INTAKE 1.wav |
| 298 | ADT00000333 | Guillermo - AUDIO INTAKE 2.wav |
| 299 | ADT00000334 | Guillermo - AUDIO INTAKE 3.wav |
| 300 | ADT00000343 | Ted - AUDIO INTAKE.wav |
| 301 | ADT00000349 | Katie - AUDIO INTAKE 1.wav |
| 302 | ADT00000350 | Katie - AUDIO INTAKE 2.wav |
| 303 | ADT00000354 | Quiana - AUDIO INTAKE 1.wav |
| 304 | ADT00000355 | Quiana - AUDIO INTAKE 2.wav |
| 305 | ADT00000359 | April - Audio Intake 1.wav |
| 306 | ADT00000360 | April - Audio Intake 2.wav |
| 307 | ADT00000364 | Caren - Audio Intake 1.wav |
| 308 | ADT00000365 | Caren - Audio Intake 2.wav |
| 309 | ADT00000366 | Caren - Audio Intake 3.wav |
| 310 | ADT00000370 | Suzanne - AUDIO INTAKE.wav |
| 311 | ADT00000374 | Shaunte - AUDIO INTAKE 1.wav |
| 312 | ADT00000375 | Shaunte - AUDIO INTAKE 2.wav |
| 313 | ADT00000379 | Samrawit - AUDIO INTAKE 1.wav |
| 314 | ADT00000380 | Samrawit - AUDIO INTAKE 2.wav |
| 315 | ADT00000390 | Maria - AUDIO INTAKE 1.wav |
| 316 | ADT00000391 | Maria - AUDIO INTAKE 2.wav |
| 317 | ADT00000392 | Maria - AUDIO INTAKE 3.wav |
| 318 | ADT00000393 | Maria - AUDIO INTAKE 4.wav |
| 319 | ADT00000397 | Steven - AUDIO INTAKE 1.wav |
| 320 | ADT00000398 | Steven - AUDIO INTAKE 2.wav |
| 321 | ADT00000402 | Hugo - AUDIO INTAKE.wav |
| 322 | ADT00000406 | Judy - AUDIO INTAKE.wav |
| 323 | ADT00000410 | Derick - AUDIO INTAKE.wav |
| 324 | ADT00000414 | Sherri - AUDIO INTAKE.wav |
| 325 | ADT00000418 | Louise - AUDIO INTAKE 1 .wav |
| 326 | ADT00000419 | Louise - AUDIO INTAKE 2 .wav |
| 327 | ADT00000452 | Victor - AUDIO INTAKE 1.wav |
| 328 | ADT00000453 | Victor - AUDIO INTAKE 2.wav |
| 329 | ADT00000478 | Lewis - AUDIO INTAKE.wav |
| 330 | ADT00000482 | Wayne - AUDIO INTAKE.wav |
| 331 | ADT00000486 | Otis - AUDIO INTAKE.wav |
| 332 | ADT00000490 | Robert - AUDIO INTAKE.wav |
| 333 | ADT00000494 | Charles and Donna - AUDIO INTAKE 1.wav |
| 334 | ADT00000495 | Charles and Donna - AUDIO INTAKE 2.wav |
| 335 | ADT00000499 | Shirley - AUDIO INTAKE 1.wav |
| 336 | ADT00000500 | Shirley - AUDIO INTAKE 2.wav |

## Audio Recordings Produced by ADT for Disclosed Customers

| | | |
|---|---|---|
| 337 | ADT00000504 | Javier - AUDIO INTAKE 1.wav |
| 338 | ADT00000505 | Javier - AUDIO INTAKE 2.wav |
| 339 | ADT00000509 | Mary - AUDIO INTAKE 1.wav |
| 340 | ADT00000510 | Mary - AUDIO INTAKE 2.wav |
| 341 | ADT00000511 | Mary - AUDIO INTAKE 3.wav |
| 342 | ADT00000516 | Deloris - AUDIO INTAKE 2.wav |
| 343 | ADT00000517 | Deloris - AUDIO INTAKE 3.wav |
| 344 | ADT00000521 | Sherry & Wendell - AUDIO INTAKE.wav |
| 345 | ADT00000525 | Rosemarie - AUDIO INTAKE 1.wav |
| 346 | ADT00000526 | Rosemarie - AUDIO INTAKE 2.wav |
| 347 | ADT00000530 | Kelsie - AUDIO INTAKE.wav |
| 348 | ADT00000534 | Kayembe - AUDIO INTAKE 1.wav |
| 349 | ADT00000535 | Kayembe - AUDIO INTAKE 2.wav |
| 350 | ADT00000536 | Kayembe - AUDIO INTAKE 3.wav |
| 351 | ADT00000545 | Cherry - AUDIO INTAKE 1.wav |
| 352 | ADT00000546 | Cherry - AUDIO INTAKE 2.wav |
| 353 | ADT00000550 | Therresa - AEO AUDIO INTAKE 1.wav |
| 354 | ADT00000551 | Therresa - AEO AUDIO INTAKE 2.wav |
| 355 | ADT00000555 | David - Audio Intake 1.wav |
| 356 | ADT00000556 | David - Audio Intake 2.wav |
| 357 | ADT00000557 | David - Audio Intake 3.wav |
| 358 | ADT00000561 | Randall - AUDIO INTAKE.wav |
| 359 | ADT00000566 | Nikolaos - AUDIO INTAKE 1.wav |
| 360 | ADT00000567 | Nikolaos - AUDIO INTAKE 2.wav |
| 361 | ADT00000574 | Joyce -AUDIO INTAKE 1.wav |
| 362 | ADT00000575 | Joyce- AUDIO INTAKE 2.wav |
| 363 | ADT00000576 | Douglas - AUDIO INTAKE 1.wav |
| 364 | ADT00000577 | Douglas - AUDIO INTAKE 2.wav |
| 365 | ADT00000584 | Eddie -AUDIO INTAKE.wav |
| 366 | ADT00000585 | Suzanne - AUDIO INTAKE.wav |
| 367 | ADT00000601 | Myrna - AUDIO INTAKE.wav |
| 368 | ADT00000605 | Judy - AUDIO INTAKE.wav |
| 369 | ADT00000612 | Leota - AUDIO INTAKE 1.wav |
| 370 | ADT00000613 | Leota - AUDIO INTAKE 2.wav |
| 371 | ADT00000617 | Marcia - AUDIO INTAKE.wav |
| 372 | ADT00000621 | Guadalupe - AUDIO INTAKE.wav |
| 373 | ADT00000628 | Juanzi - AUDIO INTAKE 1.wav |
| 374 | ADT00000629 | Juanzi - AUDIO INTAKE 2.wav |
| 375 | ADT00000633 | Anna - Audio Intake.wav |
| 376 | ADT00000637 | Betty - Audio Intake.wav |
| 377 | ADT00000641 | Sandy - AUDIO INTAKE.wav |
| 378 | ADT00000645 | Elnora - AUDIO INTAKE 1.wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| 379 | ADT00000646 | ▇ Elnora - AUDIO INTAKE 2.wav |
|---|---|---|
| 380 | ADT00000647 | ▇ Elnora - AUDIO INTAKE 3.wav |
| 381 | ADT00000651 | ▇ Ramon - AUDIO INTAKE.wav |
| 382 | ADT00000658 | ▇ Santiago - AUDIO INTAKE 1.wav |
| 383 | ADT00000659 | ▇ Santiago - AUDIO INTAKE 2.wav |
| 384 | ADT00000660 | ▇ Santiago - AUDIO INTAKE 3.wav |
| 385 | ADT00000661 | ▇ Victor - AUDIO INTAKE 1.wav |
| 386 | ADT00000662 | ▇ Victor - AUDIO INTAKE 2.wav |
| 387 | ADT00000670 | ▇ Dolores - AUDIO INTAKE 1.wav |
| 388 | ADT00000671 | ▇ Dolores - AUDIO INTAKE 2.wav |
| 389 | ADT00000675 | ▇ Patricia - AUDIO INTAKE.wav |
| 390 | ADT00000679 | ▇ Samella - AUDIO INTAKE 1.wav |
| 391 | ADT00000680 | ▇ Samella - AUDIO INTAKE 2.wav |
| 392 | ADT00000684 | ▇ Cathy - AUDIO INTAKE 1.wav |
| 393 | ADT00000685 | ▇ Cathy - AUDIO INTAKE 2.wav |
| 394 | ADT00000689 | ▇ Billie - Audio Intake 1.wav |
| 395 | ADT00000690 | ▇ Billie - Audio Intake 2.wav |
| 396 | ADT00000694 | ▇ Winfred - AUDIO INTAKE.wav |
| 397 | ADT00000702 | ▇ Leola - AUDIO INTAKE.wav |
| 398 | ADT00000706 | ▇ Trevor - AUDIO INTAKE.wav |
| 399 | ADT00000714 | ▇ Marquis - AUDIO INTAKE 1.wav |
| 400 | ADT00000715 | ▇ Marquis - AUDIO INTAKE 2.wav |
| 401 | ADT00000719 | ▇ Rozell - AUDIO INTAKE 1.wav |
| 402 | ADT00000720 | ▇ Rozell - AUDIO INTAKE 2.wav |
| 403 | ADT00000724 | ▇ Fred - AUDIO INTAKE 1.wav |
| 404 | ADT00000725 | ▇ Fred - AUDIO INTAKE 2.wav |
| 405 | ADT00000726 | ▇ Fred - AUDIO INTAKE 3.wav |
| 406 | ADT00000730 | ▇ Edward - AUDIO INTAKE 1.wav |
| 407 | ADT00000731 | ▇ Edward - AUDIO INTAKE 2.wav |
| 408 | ADT00000732 | ▇ Edward - AUDIO INTAKE 3.wav |
| 409 | ADT00000733 | ▇ Edward - AUDIO INTAKE 4.wav |
| 410 | ADT00000740 | ▇ Daniel - Audio Intake 1.wav |
| 411 | ADT00000741 | ▇ Daniel - Audio Intake 2.wav |
| 412 | ADT00000748 | ▇ Jeryl - AUDIO INTAKE.wav |
| 413 | ADT00000749 | ▇ Freeda - Audio Intake.wav |
| 414 | ADT00000757 | ▇ Joshua - Audio Intake.wav |
| 415 | ADT00000764 | ▇ Marilyn- AUDIO INTAKE.wav |
| 416 | ADT00000765 | ▇ David - Audio Intake 1.wav |
| 417 | ADT00000766 | ▇ David - Audio Intake 2.wav |
| 418 | ADT00000767 | ▇ David - Audio Intake 3.wav |
| 419 | ADT00000771 | ▇ Franco - AUDIO INTAKE.wav |
| 420 | ADT00000778 | ▇ Donald - AUDIO INTAKE 1.wav |
| 421 | ADT00000779 | ▇ Donald - AUDIO INTAKE 2.wav |
| 422 | ADT00000780 | ▇ Grace - AUDIO INTAKE .wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| | | | |
|---|---|---|---|
| 423 | ADT00000784 | ████ | Gail - AUDIO INTAKE .wav |
| 424 | ADT00000788 | ████ | Danny - AUDIO INTAKE 1.wav |
| 425 | ADT00000789 | ████ | Danny - AUDIO INTAKE 2.wav |
| 426 | ADT00000790 | ████ | Danny - AUDIO INTAKE 3.wav |
| 427 | ADT00000798 | ████ | Barbara - AUDIO INTAKE 1.wav |
| 428 | ADT00000799 | ████ | Barbara - AUDIO INTAKE 2.wav |
| 429 | ADT00000803 | ████ | Phyllis - AUDIO INTAKE 1.wav |
| 430 | ADT00000804 | ████ | Phyllis - AUDIO INTAKE 2.wav |
| 431 | ADT00000811 | ████ | Amy Audio Intake 1.wav |
| 432 | ADT00000812 | ████ | Amy Audio Intake 2.wav |
| 433 | ADT00000813 | ████ | Majorie - AUDIO INTAKE 1.wav |
| 434 | ADT00000814 | ████ | Majorie - AUDIO INTAKE 2.wav |
| 435 | ADT00000819 | ████ | Earlene - AUDIO INTAKE.wav |
| 436 | ADT00000826 | ████ | Frank - AUDIO INTAKE.wav |
| 437 | ADT00000827 | ████ | Rose - AUDIO INTAKE.wav |
| 438 | ADT00000831 | ████ | Elizabeth - AUDIO INTAKE 1.wav |
| 439 | ADT00000832 | ████ | Elizabeth - AUDIO INTAKE 2.wav |
| 440 | ADT00000836 | ████ | Naomi - AUDIO INTAKE.wav |
| 441 | ADT00000841 | ████ | Sandy - AUDIO INTAKE 1.wav |
| 442 | ADT00000842 | ████ | Sandy - AUDIO INTAKE 2.wav |
| 443 | ADT00000846 | ████ | Rizaldo - AUDIO INTAKE 1.wav |
| 444 | ADT00000847 | ████ | Rizaldo - AUDIO INTAKE 2.wav |
| 445 | ADT00000851 | ████ | Naseem - AUDIO INTAKE.wav |
| 446 | ADT00000855 | ████ | Kris - AUDIO INTAKE 1.wav |
| 447 | ADT00000856 | ████ | Kris - AUDIO INTAKE 2.wav |
| 448 | ADT00000862 | ███ | Yolanda - AUDIO INTAKE 1.wav |
| 449 | ADT00000863 | ███ | Yolanda - AUDIO INTAKE 2.wav |
| 450 | ADT00000864 | ███ | Yolanda - AUDIO INTAKE 3.wav |
| 451 | ADT00000868 | █████ | Joseph - AUDIO INTAKE.wav |
| 452 | ADT00000873 | █████ | Josie - AUDIO INTAKE 2.wav |
| 453 | ADT00000887 | ███ | Joseph - AUDIO INTAKE.wav |
| 454 | ADT00000888 | ████ | Alma - AUDIO INTAKE.wav |
| 455 | ADT00000892 | ████ | Rachel - AUDIO INTAKE.wav |
| 456 | ADT00000896 | ████ | Terri - AUDIO INTAKE.wav |
| 457 | ADT00000900 | ████ | Maria - AUDIO INTAKE 1.wav |
| 458 | ADT00000901 | ████ | Maria - AUDIO INTAKE 2 .wav |
| 459 | ADT00000902 | ████ | Maria - AUDIO INTAKE 3.wav |
| 460 | ADT00000903 | ████ | Maria - AUDIO INTAKE 4.wav |
| 461 | ADT00000907 | ████ | Bernardo - Audio Intake.wav |
| 462 | ADT00000911 | ████ | Paula - AUDIO INTAKE 1.wav |
| 463 | ADT00000912 | ████ | Paula - AUDIO INTAKE 2.wav |
| 464 | ADT00000916 | ████ | Jazmin - AUDIO INTAKE.wav |
| 465 | ADT00000920 | ████ | Azalee - Audio Intake 1.wav |
| 466 | ADT00000921 | ████ | Azalee - Audio Intake 2.wav |

## Audio Recordings Produced by ADT for Disclosed Customers

| | | |
|---|---|---|
| 467 | ADT00000925 | ██████ Dorthy - AUDIO INTAKE 1.wav |
| 468 | ADT00000926 | ██████ Dorthy - AUDIO INTAKE 2.wav |
| 469 | ADT00000930 | ███ Marybeth - Audio Intake.wav |
| 470 | ADT00000936 | ███ Brenda - AUDIO INTAKE.wav |
| 471 | ADT00000940 | ███ Betty - AUDIO INTAKE 1.wav |
| 472 | ADT00000941 | ███ Betty - AUDIO INTAKE 2.wav |
| 473 | ADT00000945 | ███ Thomas - AUDIO INTAKE 1.wav |
| 474 | ADT00000946 | ███ Thomas - AUDIO INTAKE 2.wav |
| 475 | ADT00000950 | ███ Jackie - AUDIO INTAKE 1- 2018.01.9, 1647am.wav |
| 476 | ADT00000951 | ███ Jackie - AUDIO INTAKE 2 -2018.01.22, 1412pm.wav |
| 477 | ADT00000952 | ███ Jackie - AUDIO INTAKE 3 -2018.01.26, 1159am.wav |
| 478 | ADT00000956 | ███ Carrington - Audio Intake.wav |
| 479 | ADT00000963 | ███ Cecelia Audio Intake 1.wav |
| 480 | ADT00000964 | ███ Cecelia Audio Intake 2.wav |
| 481 | ADT00000965 | ███ Cecelia Audio Intake 3.wav |
| 482 | ADT00000966 | ███ Dorothy - AUDIO INTAKE.wav |
| 483 | ADT00000970 | ███ Nancy - AUDIO INTAKE 1.wav |
| 484 | ADT00000971 | ███ Nancy - AUDIO INTAKE 2.wav |
| 485 | ADT00000975 | ███ Phyllis - AUDIO INTAKE 1.wav |
| 486 | ADT00000976 | ███ Phyllis - AUDIO INTAKE 2.wav |
| 487 | ADT00000980 | ███ Isabel - AUDIO INTAKE 1.wav |
| 488 | ADT00000981 | ███ Isabel - AUDIO INTAKE 2.wav |
| 489 | ADT00000985 | ███ Melanie - AUDIO INTAKE 1.wav |
| 490 | ADT00000986 | ███ Melanie - AUDIO INTAKE 2.wav |
| 491 | ADT00000987 | ███ Melanie - AUDIO INTAKE 3.wav |
| 492 | ADT00000991 | ███ Miriam - AEO AUDIO INTAKE 1.wav |
| 493 | ADT00000992 | ███ Miriam - AEO AUDIO INTAKE 2.wav |
| 494 | ADT00001002 | ███ Alma Audio Intake 1.wav |
| 495 | ADT00001003 | ███ Alma Audio Intake 2.wav |
| 496 | ADT00001004 | ███ Alma Audio Intake 3.wav |
| 497 | ADT00001005 | ███ Alma Audio Intake 4.wav |
| 498 | ADT00001006 | ███ Sandra - AUDIO INTAKE.wav |
| 499 | ADT00001014 | ███ Edna - AUDIO INTAKE 1.wav |
| 500 | ADT00001015 | ███ Edna - AUDIO INTAKE 2.wav |
| 501 | ADT00001016 | ███ Edna - AUDIO INTAKE 3.wav |
| 502 | ADT00001017 | ███ Edna - AUDIO INTAKE 4.wav |
| 503 | ADT00001022 | ███ Kelly - AUDIO INTAKE.wav |
| 504 | ADT00001029 | Vivint - ███ Donald - AUDIO INTAKE.wav |
| 505 | ADT00001030 | ███ Deanna - Audio Intake 1.wav |
| 506 | ADT00001031 | ███ Deanna - Audio Intake 2.wav |
| 507 | ADT00001032 | ███ Deanna - Audio Intake 3.wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| | | | |
|---|---|---|---|
| 508 | ADT00001042 | ▮ | Birgit - Audio Intake 1.wav |
| 509 | ADT00001043 | ▮ | Birgit - Audio Intake 2.wav |
| 510 | ADT00001047 | ▮ | Frank - AUDIO INTAKE 1.wav |
| 511 | ADT00001048 | ▮ | Frank - AUDIO INTAKE 2.wav |
| 512 | ADT00001052 | ▮ | William - AUDIO INTAKE.wav |
| 513 | ADT00001056 | ▮ | Nora - AUDIO INTAKE.wav |
| 514 | ADT00001060 | ▮ | Leticia - AUDIO INTAKE 1.wav |
| 515 | ADT00001061 | ▮ | Leticia - AUDIO INTAKE 2.wav |
| 516 | ADT00001065 | ▮ | Nancy - AUDIO INTAKE.wav |
| 517 | ADT00001069 | ▮ | Anthony - AUDIO INTAKE.wav |
| 518 | ADT00001076 | ▮ | Hector -AUDIO INTAKE.wav |
| 519 | ADT00001080 | ▮ | Victor - AUDIO INTAKE 1.wav |
| 520 | ADT00001081 | ▮ | Victor - AUDIO INTAKE 2.wav |
| 521 | ADT00001082 | ▮ | Sarah & Stephen - AUDIO INTAKE.wav |
| 522 | ADT00001086 | ▮ | Kathleen - AUDIO INTAKE 1.wav |
| 523 | ADT00001087 | ▮ | Kathleen - AUDIO INTAKE 2.wav |
| 524 | ADT00001091 | ▮ | Naomi - AUDIO INTAKE.wav |
| 525 | ADT00001095 | ▮ | Jeff - AUDIO INTAKE.wav |
| 526 | ADT00001099 | ▮ | Barbara - Audio Intake 1.wav |
| 527 | ADT00001100 | ▮ | Barbara - Audio Intake 2.wav |
| 528 | ADT00001107 | ▮ | Kearston - AUDIO INTAKE 1.wav |
| 529 | ADT00001108 | ▮ | Kearston - AUDIO INTAKE 2.wav |
| 530 | ADT00001109 | ▮ | Jeane - Audio Intake 1.wav |
| 531 | ADT00001110 | ▮ | Jeane - Audio Intake 2.wav |
| 532 | ADT00001111 | ▮ | Jeane - Audio Intake 3.wav |
| 533 | ADT00001115 | ▮ | Sammie - AUDIO INTAKE.wav |
| 534 | ADT00001124 | ▮ | Sonia - AUDIO INTAKE.wav |
| 535 | ADT00001128 | ▮ | Hutler - AUDIO INTAKE.wav |
| 536 | ADT00001135 | ▮ | Lakifia - AUDIO INTAKE 1.wav |
| 537 | ADT00001136 | ▮ | Lakifia - AUDIO INTAKE 2.wav |
| 538 | ADT00001137 | ▮ | Jean Paul - AUDIO INTAKE.wav |
| 539 | ADT00001141 | ▮ | Wanda - AUDIO INTAKE.wav |
| 540 | ADT00001148 | ▮ | Dashon - Audio Intake.wav |
| 541 | ADT00001149 | ▮ | Andrew - Audio Intake.wav |
| 542 | ADT00001157 | ▮ | James - AUDIO INTAKE.wav |
| 543 | ADT00001162 | ▮ | Dena - AUDIO INTAKE 1.wav |
| 544 | ADT00001163 | ▮ | Dena - AUDIO INTAKE 2.wav |
| 545 | ADT00001172 | ▮ | Nathaniel - AUDIO INTAKE.wav |
| 546 | ADT00001173 | ▮ | Joseph - AUDIO INTAKE 1.wav |
| 547 | ADT00001174 | ▮ | Joseph - AUDIO INTAKE 2.wav |
| 548 | ADT00001175 | ▮ | Joseph - AUDIO INTAKE 3.wav |
| 549 | ADT00001179 | ▮ | Joyce - AUDIO INTAKE.wav |
| 550 | ADT00001183 | ▮ | Ramona - AUDIO INTAKE.wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| | | |
|---|---|---|
| 551 | ADT00001187 | Kimberly - AUDIO INTAKE.wav |
| 552 | ADT00001193 | Marion - AUDIO INTAKE 1.wav |
| 553 | ADT00001194 | Marion - AUDIO INTAKE 2.wav |
| 554 | ADT00001198 | Bryant, Saundra - AUDIO INTAKE.wav |
| 555 | ADT00001205 | Heidi - AUDIO INTAKE.wav |
| 556 | ADT00001212 | Betty Audio Intake 1.wav |
| 557 | ADT00001213 | Betty Audio Intake 2.wav |
| 558 | ADT00001214 | Elizabeth - AUDIO INTAKE 1.wav |
| 559 | ADT00001215 | Elizabeth - AUDIO INTAKE 2.wav |
| 560 | ADT00001222 | Edwina - AUDIO INTAKE 1.wav |
| 561 | ADT00001223 | Edwina - AUDIO INTAKE 2.wav |
| 562 | ADT00001224 | Patricia - AUDIO INTAKE.wav |
| 563 | ADT00001228 | Roberto - Audio Intake.wav |
| 564 | ADT00001238 | Ko-Chin- AUDIO INTAKE.wav |
| 565 | ADT00001242 | Ange - AUDIO INTAKE 1.wav |
| 566 | ADT00001243 | Ange - AUDIO INTAKE 2.wav |
| 567 | ADT00001247 | Dorothea - AEO AUDIO INTAKE 1.wav |
| 568 | ADT00001248 | Dorothea - AEO AUDIO INTAKE 2.wav |
| 569 | ADT00001249 | Dorothea - AEO AUDIO INTAKE 3.wav |
| 570 | ADT00001253 | Barbara - Audio Intake 1.wav |
| 571 | ADT00001254 | Barbara - Audio Intake 2.wav |
| 572 | ADT00001255 | Barbara - Audio Intake 3.wav |
| 573 | ADT00001259 | Alice - Audio Intake.wav |
| 574 | ADT00001263 | Mary - AUDIO INTAKE.wav |
| 575 | ADT00001270 | Carol - Audio Intake.wav |
| 576 | ADT00001277 | Loretta - AUDIO INTAKE 1.wav |
| 577 | ADT00001278 | Loretta - AUDIO INTAKE 2.wav |
| 578 | ADT00001282 | Sandra - Audio Intake 1.wav |
| 579 | ADT00001283 | Sandra - Audio Intake 2.wav |
| 580 | ADT00001287 | Percy - Audio Intake 1.wav |
| 581 | ADT00001288 | Percy - Audio Intake 2.wav |
| 582 | ADT00001292 | Robert - AUDIO INTAKE 1.wav |
| 583 | ADT00001293 | Robert - AUDIO INTAKE 2.wav |
| 584 | ADT00001297 | Nelson - AUDIO INTAKE 1.wav |
| 585 | ADT00001298 | Nelson - AUDIO INTAKE 2.wav |
| 586 | ADT00001302 | Alfredo - AUDIO INTAKE 1.wav |
| 587 | ADT00001303 | Alfredo - AUDIO INTAKE 2.wav |
| 588 | ADT00001307 | Brenda - Audio Intake 1.wav |
| 589 | ADT00001308 | Brenda - Audio Intake 2.wav |
| 590 | ADT00001312 | Mary Ann - AUDIO INTAKE.wav |
| 591 | ADT00001316 | Alejandra - Audio Intake 1.wav |
| 592 | ADT00001317 | Alejandra - Audio Intake 2.wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| 593 | ADT00001321 | ███ Betty - Audio Intake.wav |
|---|---|---|
| 594 | ADT00001325 | ███ Edna - AUDIO INTAKE 1.wav |
| 595 | ADT00001326 | ███ Edna - AUDIO INTAKE 2.wav |
| 596 | ADT00001330 | ███ Jimmy - AUDIO INTAKE 1.wav |
| 597 | ADT00001331 | ███ Jimmy - AUDIO INTAKE 2.wav |
| 598 | ADT00001336 | ███ William - AUDIO INTAKE 1.wav |
| 599 | ADT00001337 | ███ William - AUDIO INTAKE 2.wav |
| 600 | ADT00001341 | ███ Jane - AUDIO INTAKE.wav |
| 601 | ADT00001345 | ██ Doris - Audio Intake.wav |
| 602 | ADT00001353 | ███ Edwardo - AUDIO INTAKE 1.wav |
| 603 | ADT00001354 | ███ Edwardo - AUDIO INTAKE 2.wav |
| 604 | ADT00001355 | ███ Scheran - AUDIO INTAKE 1.wav |
| 605 | ADT00001356 | ███ Scheran - AUDIO INTAKE 2.wav |
| 606 | ADT00001360 | ███ Christine - Audio Intake 1.wav |
| 607 | ADT00001361 | ███ Christine - Audio Intake 2.wav |
| 608 | ADT00001364 | ███ Kenneth - AUDIO INTAKE.wav |
| 609 | ADT00001368 | ███ Kenneth - AUDIO INTAKE.wav |
| 610 | ADT00001372 | ███ Beatrice - Audio Intake 1.wav |
| 611 | ADT00001373 | ███ Beatrice - Audio Intake 2.wav |
| 612 | ADT00001380 | ██ Pamela - AUDIO INTAKE.wav |
| 613 | ADT00001384 | ███ Richard - AUDIO INTAKE 1.wav |
| 614 | ADT00001385 | ███ Richard - AUDIO INTAKE 2.wav |
| 615 | ADT00001386 | ███ Richard - AUDIO INTAKE 3.wav |
| 616 | ADT00001390 | ███ Annie - Audio Intake 1.wav |
| 617 | ADT00001391 | ███ Annie - Audio Intake 2.wav |
| 618 | ADT00001395 | ███ Ernie & Valerie - AUDIO INTAKE 1.wav |
| 619 | ADT00001396 | ███ Ernie & Valerie - AUDIO INTAKE 2.wav |
| 620 | ADT00001400 | ███ Antonio - Audio Intake 1.wav |
| 621 | ADT00001401 | ███ Antonio - Audio Intake 2.wav |
| 622 | ADT00001405 | ███ Lorraine - AUDIO INTAKE.wav |
| 623 | ADT00001409 | ████ Cynthia - Audio Intake 1.wav |
| 624 | ADT00001410 | ████ Cynthia - Audio Intake 2.wav |
| 625 | ADT00001414 | ███ Gertrudia - AUDIO INTAKE.wav |
| 626 | ADT00001418 | ████ Guillermo - AUDIO INTAKE 1.wav |
| 627 | ADT00001419 | ████ Guillermo - AUDIO INTAKE 2.wav |
| 628 | ADT00001420 | ████ Guillermo - AUDIO INTAKE 3.wav |
| 629 | ADT00001429 | ███ Ted - AUDIO INTAKE.wav |
| 630 | ADT00001435 | ███ Katie - AUDIO INTAKE 1.wav |
| 631 | ADT00001436 | ███ Katie - AUDIO INTAKE 2.wav |

## Audio Recordings Produced by ADT for Disclosed Customers

| | | |
|---|---|---|
| 632 | ADT00001440 | Quiana - AUDIO INTAKE 1.wav |
| 633 | ADT00001441 | Quiana - AUDIO INTAKE 2.wav |
| 634 | ADT00001445 | April - Audio Intake 1.wav |
| 635 | ADT00001446 | April - Audio Intake 2.wav |
| 636 | ADT00001450 | Caren - Audio Intake 1.wav |
| 637 | ADT00001451 | Caren - Audio Intake 2.wav |
| 638 | ADT00001452 | Caren - Audio Intake 3.wav |
| 639 | ADT00001456 | Suzanne - AUDIO INTAKE.wav |
| 640 | ADT00001460 | Shaunte - AUDIO INTAKE 1.wav |
| 641 | ADT00001461 | Shaunte - AUDIO INTAKE 2.wav |
| 642 | ADT00001465 | Samrawit - AUDIO INTAKE 1.wav |
| 643 | ADT00001466 | Samrawit - AUDIO INTAKE 2.wav |
| 644 | ADT00001476 | Maria - AUDIO INTAKE 1.wav |
| 645 | ADT00001477 | Maria - AUDIO INTAKE 2.wav |
| 646 | ADT00001478 | Maria - AUDIO INTAKE 3.wav |
| 647 | ADT00001479 | Maria - AUDIO INTAKE 4.wav |
| 648 | ADT00001483 | Steven - AUDIO INTAKE 1.wav |
| 649 | ADT00001484 | Steven - AUDIO INTAKE 2.wav |
| 650 | ADT00001488 | Hugo - AUDIO INTAKE.wav |
| 651 | ADT00001492 | Judy - AUDIO INTAKE.wav |
| 652 | ADT00001496 | Derick - AUDIO INTAKE.wav |
| 653 | ADT00001500 | Sherri - AUDIO INTAKE.wav |
| 654 | ADT00001504 | Louise - AUDIO INTAKE 1 .wav |
| 655 | ADT00001505 | Louise - AUDIO INTAKE 2 .wav |
| 656 | ADT00001538 | Victor - AUDIO INTAKE 1.wav |
| 657 | ADT00001539 | Victor - AUDIO INTAKE 2.wav |
| 658 | ADT00001564 | Lewis - AUDIO INTAKE.wav |
| 659 | ADT00001568 | Wayne - AUDIO INTAKE.wav |
| 660 | ADT00001572 | Otis - AUDIO INTAKE.wav |
| 661 | ADT00001576 | Robert - AUDIO INTAKE.wav |
| 662 | ADT00001580 | Charles and Donna - AUDIO INTAKE 1.wav |
| 663 | ADT00001581 | Charles and Donna - AUDIO INTAKE 2.wav |
| 664 | ADT00001585 | Shirley - AUDIO INTAKE 1.wav |
| 665 | ADT00001586 | Shirley - AUDIO INTAKE 2.wav |
| 666 | ADT00001590 | Javier - AUDIO INTAKE 1.wav |
| 667 | ADT00001591 | Javier - AUDIO INTAKE 2.wav |
| 668 | ADT00001595 | Mary - AUDIO INTAKE 1.wav |
| 669 | ADT00001596 | Mary - AUDIO INTAKE 2.wav |
| 670 | ADT00001597 | Mary - AUDIO INTAKE 3.wav |
| 671 | ADT00001602 | Deloris - AUDIO INTAKE 2.wav |
| 672 | ADT00001603 | Deloris - AUDIO INTAKE 3.wav |
| 673 | ADT00001607 | Sherry & Wendell - AUDIO INTAKE.wav |

## Audio Recordings Produced by ADT for Disclosed Customers

| | | |
|---|---|---|
| 674 | ADT00001611 | Rosemarie - AUDIO INTAKE 1.wav |
| 675 | ADT00001612 | Rosemarie - AUDIO INTAKE 2.wav |
| 676 | ADT00001616 | Kelsie - AUDIO INTAKE.wav |
| 677 | ADT00001620 | Kayembe - AUDIO INTAKE 1.wav |
| 678 | ADT00001621 | Kayembe - AUDIO INTAKE 2.wav |
| 679 | ADT00001622 | Kayembe - AUDIO INTAKE 3.wav |
| 680 | ADT00001631 | Cherry - AUDIO INTAKE 1.wav |
| 681 | ADT00001632 | Cherry - AUDIO INTAKE 2.wav |
| 682 | ADT00001636 | Therresa - AEO AUDIO INTAKE 1.wav |
| 683 | ADT00001637 | Therresa - AEO AUDIO INTAKE 2.wav |
| 684 | ADT00001641 | David - Audio Intake 1.wav |
| 685 | ADT00001642 | David - Audio Intake 2.wav |
| 686 | ADT00001643 | David - Audio Intake 3.wav |
| 687 | ADT00001647 | Randall - AUDIO INTAKE.wav |
| 688 | ADT00001652 | Nikolaos - AUDIO INTAKE 1.wav |
| 689 | ADT00001653 | Nikolaos - AUDIO INTAKE 2.wav |
| 690 | ADT00001660 | Joyce -AUDIO INTAKE 1.wav |
| 691 | ADT00001661 | Joyce- AUDIO INTAKE 2.wav |
| 692 | ADT00001662 | Douglas - AUDIO INTAKE 1.wav |
| 693 | ADT00001663 | Douglas - AUDIO INTAKE 2.wav |
| 694 | ADT00001670 | Eddie -AUDIO INTAKE.wav |
| 695 | ADT00001671 | Suzanne - AUDIO INTAKE.wav |
| 696 | ADT00001687 | Myrna - AUDIO INTAKE.wav |
| 697 | ADT00001691 | Judy - AUDIO INTAKE.wav |
| 698 | ADT00001698 | Leota - AUDIO INTAKE 1.wav |
| 699 | ADT00001699 | Leota - AUDIO INTAKE 2.wav |
| 700 | ADT00001703 | Marcia - AUDIO INTAKE.wav |
| 701 | ADT00001707 | Guadalupe - AUDIO INTAKE.wav |
| 702 | ADT00001714 | Juanzi - AUDIO INTAKE 1.wav |
| 703 | ADT00001715 | Juanzi - AUDIO INTAKE 2.wav |
| 704 | ADT00001719 | Anna - Audio Intake.wav |
| 705 | ADT00001723 | Betty - Audio Intake.wav |
| 706 | ADT00001727 | Sandy - AUDIO INTAKE.wav |
| 707 | ADT00001731 | Elnora - AUDIO INTAKE 1.wav |
| 708 | ADT00001732 | Elnora - AUDIO INTAKE 2.wav |
| 709 | ADT00001733 | Elnora - AUDIO INTAKE 3.wav |
| 710 | ADT00001737 | Ramon - AUDIO INTAKE.wav |
| 711 | ADT00001744 | Santiago - AUDIO INTAKE 1.wav |
| 712 | ADT00001745 | Santiago - AUDIO INTAKE 2.wav |
| 713 | ADT00001746 | Santiago - AUDIO INTAKE 3.wav |
| 714 | ADT00001747 | Victor - AUDIO INTAKE 1.wav |
| 715 | ADT00001748 | Victor - AUDIO INTAKE 2.wav |
| 716 | ADT00001756 | Dolores - AUDIO INTAKE 1.wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| | | | |
|---|---|---|---|
| 717 | ADT00001757 | ■■■■ | Dolores - AUDIO INTAKE 2.wav |
| 718 | ADT00001761 | ■■■■ | Patricia - AUDIO INTAKE.wav |
| 719 | ADT00001765 | ■■■■ | Samella - AUDIO INTAKE 1.wav |
| 720 | ADT00001766 | ■■■■ | Samella - AUDIO INTAKE 2.wav |
| 721 | ADT00001770 | ■■■■ | Cathy - AUDIO INTAKE 1.wav |
| 722 | ADT00001771 | ■■■■ | Cathy - AUDIO INTAKE 2.wav |
| 723 | ADT00001775 | ■■■■ | Billie - Audio Intake 1.wav |
| 724 | ADT00001776 | ■■■■ | Billie - Audio Intake 2.wav |
| 725 | ADT00001780 | ■■■■ | Winfred - AUDIO INTAKE.wav |
| 726 | ADT00001788 | ■■■■ | Leola - AUDIO INTAKE.wav |
| 727 | ADT00001792 | ■■■■ | Trevor - AUDIO INTAKE.wav |
| 728 | ADT00001800 | ■■■■ | Marquis - AUDIO INTAKE 1.wav |
| 729 | ADT00001801 | ■■■■ | Marquis - AUDIO INTAKE 2.wav |
| 730 | ADT00001805 | ■■■■ | Rozell - AUDIO INTAKE 1.wav |
| 731 | ADT00001806 | ■■■■ | Rozell - AUDIO INTAKE 2.wav |
| 732 | ADT00001810 | ■■■■ | Fred - AUDIO INTAKE 1.wav |
| 733 | ADT00001811 | ■■■■ | Fred - AUDIO INTAKE 2.wav |
| 734 | ADT00001812 | ■■■■ | Fred - AUDIO INTAKE 3.wav |
| 735 | ADT00001816 | ■■■■ | Edward - AUDIO INTAKE 1.wav |
| 736 | ADT00001817 | ■■■■ | Edward - AUDIO INTAKE 2.wav |
| 737 | ADT00001818 | ■■■■ | Edward - AUDIO INTAKE 3.wav |
| 738 | ADT00001819 | ■■■■ | Edward - AUDIO INTAKE 4.wav |
| 739 | ADT00001826 | ■■■■ | Daniel - Audio Intake 1.wav |
| 740 | ADT00001827 | ■■■■ | Daniel - Audio Intake 2.wav |
| 741 | ADT00001834 | ■■■■ | Jeryl - AUDIO INTAKE.wav |
| 742 | ADT00001835 | ■■■■ | Freeda - Audio Intake.wav |
| 743 | ADT00001843 | ■■■■ | Joshua - Audio Intake.wav |
| 744 | ADT00001850 | ■■■■ | Marilyn- AUDIO INTAKE.wav |
| 745 | ADT00001851 | ■■■■ | David - Audio Intake 1.wav |
| 746 | ADT00001852 | ■■■■ | David - Audio Intake 2.wav |
| 747 | ADT00001853 | ■■■■ | David - Audio Intake 3.wav |
| 748 | ADT00001857 | ■■■■ | Franco - AUDIO INTAKE.wav |
| 749 | ADT00002479 | ■■■■ | Miriam - AEO AUDIO INTAKE 1.wav |
| 750 | ADT00002480 | ■■■■ | Miriam - AEO AUDIO INTAKE 2.wav |
| 751 | ADT00002481 | ■■■■ | Miriam - AEO AUDIO INTAKE 3.wav |
| 752 | ADT00002482 | ■■■■ | Miriam - AEO AUDIO INTAKE 4.wav |
| 753 | ADT00002483 | ■■■■ | Miriam - AEO AUDIO INTAKE 5.wav |
| 754 | ADT00002502 | ■■■■ | Kearston - AUDIO INTAKE 1.wav |
| 755 | ADT00002503 | ■■■■ | Kearston - AUDIO INTAKE 2.wav |
| 756 | ADT00002504 | ■■■■ | Kearston - AUDIO INTAKE 3.wav |
| 757 | ADT00002505 | ■■■■ | Kearston - AUDIO INTAKE 4.wav |
| 758 | ADT00002506 | ■■■■ | Sonia - AEO AUDIO INTAKE 1.wav |
| 759 | ADT00002507 | ■■■■ | Sonia - AEO AUDIO INTAKE 10.wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| | | |
|---|---|---|
| 760 | ADT00002508 | Sonia - AEO AUDIO INTAKE 11.wav |
| 761 | ADT00002512 | Sonia - AEO AUDIO INTAKE 2.wav |
| 762 | ADT00002514 | Sonia - AEO AUDIO INTAKE 4.wav |
| 763 | ADT00002515 | Sonia - AEO AUDIO INTAKE 5.wav |
| 764 | ADT00002516 | Sonia - AEO AUDIO INTAKE 6.wav |
| 765 | ADT00002517 | Sonia - AEO AUDIO INTAKE 7.wav |
| 766 | ADT00002518 | Sonia - AEO AUDIO INTAKE 8.wav |
| 767 | ADT00002519 | Sonia - AEO AUDIO INTAKE 9.wav |
| 768 | ADT00002530 | James - AEO AUDIO INTAKE 2.wav |
| 769 | ADT00002542 | April - AEO AUDIO INTAKE 1.wav |
| 770 | ADT00002543 | April - AEO AUDIO INTAKE 2.wav |
| 771 | ADT00002558 | Caren - AEO AUDIO INTAKE 1.wav |
| 772 | ADT00002559 | Caren - AEO AUDIO INTAKE 2.wav |
| 773 | ADT00002560 | Caren - AEO AUDIO INTAKE 3.wav |
| 774 | ADT00002600 | Victor - AEO AUDIO INTAKE 1.wav |
| 775 | ADT00002601 | Victor - AEO AUDIO INTAKE 2.wav |
| 776 | ADT00002602 | Victor - AEO AUDIO INTAKE 3.wav |
| 777 | ADT00002604 | Victor - AEO AUDIO INTAKE 5.wav |
| 778 | ADT00002606 | Victor - AEO AUDIO INTAKE 7.wav |
| 779 | ADT00002607 | Victor - AEO AUDIO LEGAL 1.wav |
| 780 | ADT00002608 | Victor - AEO AUDIO LEGAL 2.wav |
| 781 | ADT00002634 | Shirley - AUDIO INTAKE 1.wav |
| 782 | ADT00002635 | Shirley - AUDIO INTAKE 10.wav |
| 783 | ADT00002636 | Shirley - AUDIO INTAKE 11.wav |
| 784 | ADT00002637 | Shirley - AUDIO INTAKE 12.wav |
| 785 | ADT00002638 | Shirley - AUDIO INTAKE 13.wav |
| 786 | ADT00002639 | Shirley - AUDIO INTAKE 14.wav |
| 787 | ADT00002640 | Shirley - AUDIO INTAKE 15.wav |
| 788 | ADT00002641 | Shirley - AUDIO INTAKE 2.wav |
| 789 | ADT00002642 | Shirley - AUDIO INTAKE 3.wav |
| 790 | ADT00002643 | Shirley - AUDIO INTAKE 4.wav |
| 791 | ADT00002644 | Shirley - AUDIO INTAKE 5.wav |
| 792 | ADT00002645 | Shirley - AUDIO INTAKE 6.wav |
| 793 | ADT00002646 | Shirley - AUDIO INTAKE 7.wav |
| 794 | ADT00002647 | Shirley - AUDIO INTAKE 8.wav |
| 795 | ADT00002648 | Shirley - AUDIO INTAKE 9.wav |
| 796 | ADT00002659 | Mary - AEO AUDIO INTAKE 1.wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| | | |
|---|---|---|
| 797 | ADT00002660 | ███ Mary - AEO AUDIO INTAKE 10.wav |
| 798 | ADT00002662 | ███ Mary - AEO AUDIO INTAKE 12.wav |
| 799 | ADT00002665 | ███ Mary - AEO AUDIO INTAKE 15.wav |
| 800 | ADT00002666 | ███ Mary - AEO AUDIO INTAKE 16.wav |
| 801 | ADT00002667 | ███ Mary - AEO AUDIO INTAKE 17.wav |
| 802 | ADT00002668 | ███ Mary - AEO AUDIO INTAKE 18.wav |
| 803 | ADT00002670 | ███ Mary - AEO AUDIO INTAKE 2.wav |
| 804 | ADT00002671 | ███ Mary - AEO AUDIO INTAKE 20.wav |
| 805 | ADT00002672 | ███ Mary - AEO AUDIO INTAKE 3.wav |
| 806 | ADT00002673 | ███ Mary - AEO AUDIO INTAKE 4.wav |
| 807 | ADT00002674 | ███ Mary - AEO AUDIO INTAKE 5.wav |
| 808 | ADT00002675 | ███ Mary - AEO AUDIO INTAKE 6.wav |
| 809 | ADT00002676 | ███ Mary - AEO AUDIO INTAKE 7.wav |
| 810 | ADT00002677 | ███ Mary - AEO AUDIO INTAKE 8.wav |
| 811 | ADT00002678 | ███ Mary - AEO AUDIO INTAKE 9.wav |
| 812 | ADT00002679 | ███ Mary - AEO AUDIO LEGAL 1.wav |
| 813 | ADT00002690 | ███ Michael - AEO AUDIO INTAKE 1.wav |
| 814 | ADT00002691 | ███ Michael - AEO AUDIO INTAKE 2.wav |
| 815 | ADT00002702 | ███ Suzanne - AEO AUDIO INTAKE 2.wav |
| 816 | ADT00002706 | ███ Suzanne - AEO AUDIO INTAKE 6.wav |
| 817 | ADT00002707 | ███ Suzanne - AEO AUDIO INTAKE 7.wav |
| 818 | ADT00002736 | ███ Guadalupe - AEO AUDIO INTAKE 1.wav |
| 819 | ADT00002737 | ███ Guadalupe - AEO AUDIO INTAKE 2.wav |
| 820 | ADT00002738 | ███ Guadalupe - AEO AUDIO INTAKE 3.wav |
| 821 | ADT00002739 | ███ Guadalupe - AEO AUDIO INTAKE 4.wav |
| 822 | ADT00002740 | ███ Guadalupe - AEO AUDIO LEGAL 1.wav |
| 823 | ADT00002741 | ███ Guadalupe - AEO AUDIO LEGAL 2.wav |
| 824 | ADT00002773 | ███ Jeryl - AEO AUDIO INTAKE 1.wav |
| 825 | ADT00002774 | ███ Jeryl - AEO AUDIO LEGAL 1.wav |
| 826 | ADT00002775 | ███ Grace - AEO AUDIO INTAKE 1.wav |
| 827 | ADT00002776 | ███ Grace - AEO AUDIO INTAKE 2.wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| | | |
|---|---|---|
| 828 | ADT00002777 | ███ Grace - AEO AUDIO INTAKE 3.wav |
| 829 | ADT00002780 | ███ Grace - AEO AUDIO LEGAL 1.wav |
| 830 | ADT00002786 | ███ Elizabeth - AUDIO INTAKE 1.wav |
| 831 | ADT00002787 | ███ Elizabeth - AUDIO INTAKE 2.wav |
| 832 | ADT00002794 | ████ Joseph - AEO AUDIO INTAKE 1.wav |
| 833 | ADT00002795 | ████ Joseph - AEO AUDIO INTAKE 2.wav |
| 834 | ADT00002796 | ████ Joseph - AEO AUDIO INTAKE 3.wav |
| 835 | ADT00002797 | ████ Joseph - AEO AUDIO LEGAL 1.wav |
| 836 | ADT00002798 | ████ Joseph - AEO AUDIO LEGAL 2.wav |
| 837 | ADT00002816 | ███ Miriam - AEO AUDIO INTAKE 1.wav |
| 838 | ADT00002817 | ███ Miriam - AEO AUDIO INTAKE 2.wav |
| 839 | ADT00002818 | ███ Miriam - AEO AUDIO INTAKE 3.wav |
| 840 | ADT00002819 | ███ Miriam - AEO AUDIO INTAKE 4.wav |
| 841 | ADT00002820 | ███ Miriam - AEO AUDIO INTAKE 5.wav |
| 842 | ADT00002840 | ███ Nora - AEO AUDIO INTAKE 1.wav |
| 843 | ADT00002842 | ███ Nora - AEO AUDIO INTAKE 3.wav |
| 844 | ADT00002843 | ███ Nora - AEO AUDIO INTAKE 4.wav |
| 845 | ADT00002850 | ███ Anthony - AEO AUDIO INTAKE 1.wav |
| 846 | ADT00003188 | ███ Betty - AEO AUDIO INTAKE 4.wav |
| 847 | ADT00003189 | ███ Betty - AEO AUDIO INTAKE 5.wav |
| 848 | ADT00003190 | ███ Betty - AEO AUDIO INTAKE 6.wav |
| 849 | ADT00003231 | ███ Dena - AEO AUDIO INTAKE 1.wav |
| 850 | ADT00003232 | ███ Dena - AEO AUDIO INTAKE 2.wav |
| 851 | ADT00003233 | ███ Dena - AEO AUDIO INTAKE 3.wav |
| 852 | ADT00003234 | ███ Dena - AEO AUDIO INTAKE 4.wav |
| 853 | ADT00003252 | ███ Nora - AEO AUDIO INTAKE 3.wav |
| 854 | ADT00003253 | ███ Nora - AEO AUDIO INTAKE 4.wav |
| 855 | ADT00003557 | ████ Nikolaos - AEO AUDIO INTAKE 1.wav |
| 856 | ADT00003558 | ████ Nikolaos - AEO AUDIO INTAKE 10.wav |
| 857 | ADT00003560 | ████ Nikolaos - AEO AUDIO INTAKE 12.wav |
| 858 | ADT00003561 | ████ Nikolaos - AEO AUDIO INTAKE 13.wav |
| 859 | ADT00003562 | ████ Nikolaos - AEO AUDIO INTAKE 14.wav |
| 860 | ADT00003563 | ████ Nikolaos - AEO AUDIO INTAKE 15.wav |
| 861 | ADT00003565 | ████ Nikolaos - AEO AUDIO INTAKE 17.wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| | | |
|---|---|---|
| 862 | ADT00003566 | ████ Nikolaos - AEO AUDIO INTAKE 18.wav |
| 863 | ADT00003567 | ████ Nikolaos - AEO AUDIO INTAKE 19.wav |
| 864 | ADT00003568 | ████ Nikolaos - AEO AUDIO INTAKE 2.wav |
| 865 | ADT00003569 | ████ Nikolaos - AEO AUDIO INTAKE 20.wav |
| 866 | ADT00003570 | ████ Nikolaos - AEO AUDIO INTAKE 21.wav |
| 867 | ADT00003571 | ████ Nikolaos - AEO AUDIO INTAKE 22.wav |
| 868 | ADT00003572 | ████ Nikolaos - AEO AUDIO INTAKE 23.wav |
| 869 | ADT00003573 | ████ Nikolaos - AEO AUDIO INTAKE 24.wav |
| 870 | ADT00003574 | ████ Nikolaos - AEO AUDIO INTAKE 25.wav |
| 871 | ADT00003575 | ████ Nikolaos - AEO AUDIO INTAKE 26.wav |
| 872 | ADT00003576 | ████ Nikolaos - AEO AUDIO INTAKE 27.wav |
| 873 | ADT00003577 | ████ Nikolaos - AEO AUDIO INTAKE 28.wav |
| 874 | ADT00003578 | ████ Nikolaos - AEO AUDIO INTAKE 29.wav |
| 875 | ADT00003579 | ████ Nikolaos - AEO AUDIO INTAKE 3.wav |
| 876 | ADT00003580 | ████ Nikolaos - AEO AUDIO INTAKE 30.wav |
| 877 | ADT00003581 | ████ Nikolaos - AEO AUDIO INTAKE 31.wav |
| 878 | ADT00003582 | ████ Nikolaos - AEO AUDIO INTAKE 32.wav |
| 879 | ADT00003583 | ████ Nikolaos - AEO AUDIO INTAKE 33.wav |
| 880 | ADT00003584 | ████ Nikolaos - AEO AUDIO INTAKE 34.wav |
| 881 | ADT00003585 | ████ Nikolaos - AEO AUDIO INTAKE 35.wav |
| 882 | ADT00003586 | ████ Nikolaos - AEO AUDIO INTAKE 36.wav |
| 883 | ADT00003587 | ████ Nikolaos - AEO AUDIO INTAKE 37.wav |
| 884 | ADT00003588 | ████ Nikolaos - AEO AUDIO INTAKE 4.wav |
| 885 | ADT00003589 | ████ Nikolaos - AEO AUDIO INTAKE 5.wav |
| 886 | ADT00003590 | ████ Nikolaos - AEO AUDIO INTAKE 6.wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| | | |
|---|---|---|
| 887 | ADT00003591 | ████ Nikolaos - AEO AUDIO INTAKE 7.wav |
| 888 | ADT00003593 | ████ Nikolaos - AEO AUDIO INTAKE 9.wav |
| 889 | ADT00003610 | ███ Cathryn - AEO AUDIO LEGAL.wav |
| 890 | ADT00003619 | ███ Randall - AEO AUDIO INTAKE 1.wav |
| 891 | ADT00003620 | ███ Randall - AEO AUDIO LEGAL.wav |
| 892 | ADT00005551 | Adams, Shirley - AEO AUDIO INTAKE.wav |
| 893 | ADT00005653 | ████ Barbara - AEO AUDIO INTAKE.wav |
| 894 | ADT00005673 | ███ Kimberly - AEO AUDIO LEGAL CALL 1.wav |
| 895 | ADT00005674 | ███ Kimberly - AEO AUDIO LEGAL CALL 2.wav |
| 896 | ADT00005706 | ████, Saundra - AEO AUDIO LEGAL.wav |
| 897 | ADT00005707 | ███ Ko-Chin - AEO AUDIO LEGAL.wav |
| 898 | ADT00005774 | ███ Juliet - AEO AUDIO INTAKE 2.wav |
| 899 | ADT00005775 | ███ Juliet - AEO AUDIO INTAKE 3.wav |
| 900 | ADT00005776 | ███ Juliet - AEO AUDIO INTAKE.wav |
| 901 | ADT00005808 | ███ Michael - AEO AUDIO INTAKE.wav |
| 902 | ADT00005888 | ███ Fabia - AEO AUDIO INTAKE 1.wav |
| 903 | ADT00005889 | ███ Fabia - AEO AUDIO INTAKE 2.wav |
| 904 | ADT00005911 | █ Juanzi - AEO AUDIO LEGAL.wav |
| 905 | ADT00005940 | ████ Cortney - AEO AUDIO INTAKE 1.wav |
| 906 | ADT00005941 | ████ Cortney - AEO AUDIO INTAKE 2.wav |
| 907 | ADT00005975 | ████ Rogelio - AEO AUDIO INTAKE 1.wav |
| 908 | ADT00005976 | ████ Rogelio - AEO AUDIO INTAKE 2.wav |
| 909 | ADT00005997 | ██ Juanita - AEO AUDIO INTAKE 1.wav |
| 910 | ADT00005998 | ██ Juanita - AEO AUDIO INTAKE 2.wav |
| 911 | ADT00005999 | ██ Juanita - AEO AUDIO INTAKE 3.wav |
| 912 | ADT00006000 | ██ Juanita - AEO AUDIO INTAKE 4.wav |
| 913 | ADT00006001 | ██ Juanita - AEO AUDIO INTAKE 5.wav |
| 914 | ADT00006002 | ██ Juanita - AEO AUDIO INTAKE 6.wav |
| 915 | ADT00006003 | ██ Juanita - AEO AUDIO INTAKE 7.wav |
| 916 | ADT00006033 | ███ Etta - AEO AUDIO INTAKE.wav |
| 917 | ADT00006034 | ███ Etta - AEO AUDIO LEGAL.wav |
| 918 | ADT00006091 | ███ Vicki - AEO AUDIO INTAKE 1.wav |
| 919 | ADT00006092 | ███ Vicki - AEO AUDIO INTAKE 10.wav |
| 920 | ADT00006093 | ███ Vicki - AEO AUDIO INTAKE 11.wav |
| 921 | ADT00006094 | ███ Vicki - AEO AUDIO INTAKE 12.wav |
| 922 | ADT00006095 | ███ Vicki - AEO AUDIO INTAKE 13.wav |
| 923 | ADT00006096 | ███ Vicki - AEO AUDIO INTAKE 14.wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| | | |
|---|---|---|
| 924 | ADT00006097 | ████ Vicki - AEO AUDIO INTAKE 15.wav |
| 925 | ADT00006098 | ████ Vicki - AEO AUDIO INTAKE 16.wav |
| 926 | ADT00006099 | ████ Vicki - AEO AUDIO INTAKE 2.wav |
| 927 | ADT00006100 | ████ Vicki - AEO AUDIO INTAKE 3.wav |
| 928 | ADT00006101 | ████ Vicki - AEO AUDIO INTAKE 4.wav |
| 929 | ADT00006102 | ████ Vicki - AEO AUDIO INTAKE 5.wav |
| 930 | ADT00006103 | ████ Vicki - AEO AUDIO INTAKE 6.wav |
| 931 | ADT00006104 | ████ Vicki - AEO AUDIO INTAKE 7.wav |
| 932 | ADT00006105 | ████ Vicki - AEO AUDIO INTAKE 8.wav |
| 933 | ADT00006106 | ████ Vicki - AEO AUDIO INTAKE 9.wav |
| 934 | ADT00006107 | ████ Vicki - AEO AUDIO LEGAL.mp3 |
| 935 | ADT00006137 | ████ Brenda - AEO AUDIO LEGAL.wav |
| 936 | ADT00006145 | ████ Leo - AEO AUDIO INTAKE 1.wav |
| 937 | ADT00006146 | ████ Leo - AEO AUDIO INTAKE 2.wav |
| 938 | ADT00006147 | ████ Leo - AEO AUDIO INTAKE 3.wav |
| 939 | ADT00006148 | ████ Leo - AEO AUDIO INTAKE 4.wav |
| 940 | ADT00006149 | ████ Leo - AEO AUDIO INTAKE 5.wav |
| 941 | ADT00006150 | ████ Leo - AEO AUDIO INTAKE 6.wav |
| 942 | ADT00006184 | ████ Leigh - AEO AUDIO INTAKE.wav |
| 943 | ADT00006198 | ████ Jim - AEO AUDIO LEGAL 2.wav |
| 944 | ADT00006199 | ████ Jim - AEO AUDIO LEGAL.wav |
| 945 | ADT00006215 | ████ Emma Jean - AEO AUDIO INTAKE 1.wav |
| 946 | ADT00006216 | ████ Emma Jean - AEO AUDIO INTAKE 2.wav |
| 947 | ADT00006217 | ████ Emma Jean - AEO AUDIO INTAKE 3.wav |
| 948 | ADT00006218 | ████ Emma Jean - AEO AUDIO INTAKE 4.wav |
| 949 | ADT00006219 | ████ Emma Jean - AEO AUDIO INTAKE 5.wav |
| 950 | ADT00006220 | ████ Emma Jean - AEO AUDIO INTAKE 6.wav |
| 951 | ADT00006221 | ████ Emma Jean - AEO AUDIO INTAKE 7.wav |
| 952 | ADT00006222 | ████ Emma Jean - AEO AUDIO INTAKE 8.wav |
| 953 | ADT00006223 | ████ Emma Jean - AEO AUDIO INTAKE 9.wav |
| 954 | ADT00006224 | ████ Emma Jean - AEO AUDIO LEGAL.mp3 |
| 955 | ADT00006378 | ████ WANDA - AEO AUDIO LEGAL.wav |
| 956 | ADT00006459 | Burkett, Cathy - AEO AUDIO INTAKE.wav |
| 957 | ADT00006500 | ████ Patricia - AEO AUDIO LEGAL.wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| | | |
|---|---|---|
| 958 | ADT00006595 | ████ Sr., Willie - AEO AUDIO INTAKE 1.wav |
| 959 | ADT00006596 | ████ Sr., Willie - AEO AUDIO INTAKE INTERNAL.wav |
| 960 | ADT00006622 | ████████ Cynthia AEO AUDIO LEGAL.wav |
| 961 | ADT00006693 | ████ Ayanna - AEO AUDIO INTAKE.wav |
| 962 | ADT00006714 | █████ David - AEO AUDIO LEGAL.wav |
| 963 | ADT00006729 | ████ Cathy - AEO AUDIO LEGAL.wav |
| 964 | ADT00006784 | ████ FRANCO - AEO AUDIO LEGAL.wav |
| 965 | ADT00006847 | ████ , Laverna - AEO AUDIO INTAKE.wav |
| 966 | ADT00006865 | ███ Yolanda - AEO AUDIO LEGAL.wav |
| 967 | ADT00006925 | ████ , Joseph - AEO AUDIO INTAKE.wav |
| 968 | ADT00006998 | █████████ Harol - AEO AUDIO LEGAL.mp3 |
| 969 | ADT00006999 | ███████ Harold - AEO AUDIO INTAKE.wav |
| 970 | ADT00007029 | DSP REPORT ████ Sandra - AEO AUDIO INTAKE 2.wav |
| 971 | ADT00007030 | ████ Sandra - AEO AUDIO INTAKE 1.wav |
| 972 | ADT00007031 | ████ Sandra - AEO AUDIO INTAKE 2.wav |
| 973 | ADT00007032 | ████ Sandra - AEO AUDIO INTAKE 3.wav |
| 974 | ADT00007050 | _1_1_11111████ Sandra - AEO AUDIO INTAKE.wav |
| 975 | ADT00007052 | ████ James - AEO AUDIO LEGAL.mp3 |
| 976 | ADT00007085 | ████ Paula & Juan - AEO AUDIO INTAKE 00.wav |
| 977 | ADT00007086 | ████ Paula & Juan - AEO AUDIO INTAKE 10.wav |
| 978 | ADT00007087 | ████ Paula & Juan - AEO AUDIO INTAKE 11.wav |
| 979 | ADT00007088 | ████ Paula & Juan - AEO AUDIO INTAKE 12.wav |
| 980 | ADT00007089 | ████ Paula & Juan - AEO AUDIO INTAKE 3.wav |
| 981 | ADT00007090 | ████ Paula & Juan - AEO AUDIO INTAKE 4.wav |
| 982 | ADT00007091 | ████ Paula & Juan - AEO AUDIO INTAKE 5.wav |
| 983 | ADT00007092 | ████ Paula & Juan - AEO AUDIO INTAKE 6.wav |
| 984 | ADT00007093 | ████ Paula & Juan - AEO AUDIO INTAKE 7.wav |
| 985 | ADT00007094 | ████ Paula & Juan - AEO AUDIO INTAKE 8.wav |

## Audio Recordings Produced by ADT for Disclosed Customers

| | | |
|---|---|---|
| 986 | ADT00007095 | Paula & Juan - AEO AUDIO INTAKE 9.wav |
| 987 | ADT00007096 | Paula & Juan - AEO AUDIO LEGAL.wav |
| 988 | ADT00007097 | Alta - AEO AUDIO INTAKE 1.wav |
| 989 | ADT00007098 | Alta - AEO AUDIO INTAKE 2.wav |
| 990 | ADT00007099 | Alta - AEO AUDIO INTAKE 3.wav |
| 991 | ADT00007100 | Alta - AEO AUDIO INTAKE 4.wav |
| 992 | ADT00007101 | Alta - AEO AUDIO INTAKE 5.wav |
| 993 | ADT00007102 | Alta - AEO AUDIO INTAKE 6.wav |
| 994 | ADT00007103 | Alta - AEO AUDIO INTAKE 7.wav |
| 995 | ADT00007104 | Alta - AEO AUDIO INTAKE 8.wav |
| 996 | ADT00007144 | Ellon - AEO AUDIO INTAKE 1.wav |
| 997 | ADT00007145 | Ellon - AEO AUDIO INTAKE 2.wav |
| 998 | ADT00007146 | Ellon - AEO AUDIO INTAKE 3.wav |
| 999 | ADT00007147 | Ellon - AEO AUDIO INTAKE 4.wav |
| 1000 | ADT00007148 | Ellon - AEO AUDIO INTAKE 5.wav |
| 1001 | ADT00007150 | Ellon - AEO AUDIO INTAKE 7.wav |
| 1002 | ADT00007831 | Sandra - AEO AUDIO INTAKE.wav |
| 1003 | ADT00007931 | Tamara - AEO AUDIO INTAKE.wav |
| 1004 | ADT00008132 | Tonda - AEO AUDIO INTAKE.wav |
| 1005 | ADT00008158 | Robert - AEO AUDIO LEGAL.wav |
| 1006 | ADT00008167 | Joyce - AEO AUDIO LEGAL.wav |
| 1007 | ADT00008248 | Scott - AEO AUDIO INTAKE.wav |
| 1008 | ADT00008277 | Leola - AEO AUDIO LEGAL.wav |
| 1009 | ADT00008337 | Edward - AEO AUDIO LEGAL.wav |
| 1010 | ADT00008357 | Barbara - AEO AUDIO LEGAL.wav |
| 1011 | ADT00008368 | , Marjorie - AEO AUDIO LEGAL.wav |
| 1012 | ADT00008528 | Nancy - AEO AUDIO LEGAL.wav |
| 1013 | ADT00008545 | , Frances - AEO AUDIO INTAKE.wav |
| 1014 | ADT00008557 | Jerome - AEO AUDIO LEGAL.wav |
| 1015 | ADT00007173 | Shirley - AEO AUDIO INTAKE.wav |
| 1016 | ADT00007174 | Shirley - AEO AUDIO INTAKE1.wav |
| 1017 | ADT00007175 | Shirley - AEO AUDIO LEGAL.wav |
| 1018 | ADT00007187 | Sammie - AEO AUDIO INTAKE 3.wav |
| 1019 | ADT00007219 | Sammie - AEO UADIO INTAKE 4.wav |
| 1020 | ADT00007227 | Ronald - AEO AUDIO INTAKE.wav |
| 1021 | ADT00007247 | Loretta - AEO AUDIO LEGAL1.wav |
| 1022 | ADT00007248 | Loretta - AEO AUDIO LEGAL2.wav |
| 1023 | ADT00007276 | Betty - AEO AUDIO INTAKE 1.wav |
| 1024 | ADT00007277 | Betty - AEO AUDIO INTAKE 2.wav |
| 1025 | ADT00007278 | Betty - AEO AUDIO INTAKE 3.wav |
| 1026 | ADT00007301 | Brenda - AEO AUDIO LEGAL.wav |

## Audio Recordings Produced by ADT for Disclosed Customers

| | | |
|---|---|---|
| 1027 | ADT00007344 | Scheran - AEO AUDIO INTAKE.wav |
| 1028 | ADT00007345 | Scheran - AEO AUDIO LEGAL.wav |
| 1029 | ADT00007366 | Dorothy Louise - AEO AUDIO INTAKE 1.wav |
| 1030 | ADT00007367 | Dorothy Louise - AEO AUDIO INTAKE 2.wav |
| 1031 | ADT00007368 | Dorothy Louise - AEO AUDIO INTAKE 3.wav |
| 1032 | ADT00007369 | Dorothy Louise - AEO AUDIO INTAKE 4.wav |
| 1033 | ADT00007370 | Dorothy Louise - AEO AUDIO INTAKE 5.wav |
| 1034 | ADT00007371 | Dorothy Louise - AEO AUDIO INTAKE 6.wav |
| 1035 | ADT00007372 | Dorothy Louise - AEO AUDIO LEGAL.mp3 |
| 1036 | ADT00007393 | Latanja - AEO AUDIO INTAKE 1.wav |
| 1037 | ADT00007394 | Latanja - AEO AUDIO INTAKE 2.wav |
| 1038 | ADT00007417 | Maria - AEO AUDIO INTAKE1_.wav |
| 1039 | ADT00007418 | Maria - AEO AUDIO INTAKE2.wav |
| 1040 | ADT00007419 | Maria - AEO AUDIO LEGAL.wav |
| 1041 | ADT00007426 | Steve - AEO AUDIO INTAKE 3.wav |
| 1042 | ADT00007427 | Steve - AEO AUDIO INTAKE 4.wav |
| 1043 | ADT00007428 | Steve - AEO AUDIO INTAKE 5.wav |
| 1044 | ADT00007429 | Steve - AEO AUDIO INTAKE 6.wav |
| 1045 | ADT00007430 | Steve - AEO AUDIO INTAKE 7.wav |
| 1046 | ADT00007450 | _1_1_ Steve - AEO AUDIO LEGAL.wav |
| 1047 | ADT00007462 | Judy - AEO AUDIO INTAKE 1.wav |
| 1048 | ADT00007463 | Judy - AEO AUDIO INTAKE 10.wav |
| 1049 | ADT00007464 | Judy - AEO AUDIO INTAKE 11.wav |
| 1050 | ADT00007465 | Judy - AEO AUDIO INTAKE 12.wav |
| 1051 | ADT00007466 | Judy - AEO AUDIO INTAKE 13.wav |
| 1052 | ADT00007467 | Judy - AEO AUDIO INTAKE 14.wav |
| 1053 | ADT00007468 | Judy - AEO AUDIO INTAKE 15.wav |
| 1054 | ADT00007469 | Judy - AEO AUDIO INTAKE 2.wav |
| 1055 | ADT00007470 | Judy - AEO AUDIO INTAKE 3.wav |
| 1056 | ADT00007471 | Judy - AEO AUDIO INTAKE 4.wav |
| 1057 | ADT00007472 | Judy - AEO AUDIO INTAKE 5.wav |
| 1058 | ADT00007473 | Judy - AEO AUDIO INTAKE 6.wav |
| 1059 | ADT00007474 | Judy - AEO AUDIO INTAKE 7.wav |
| 1060 | ADT00007475 | Judy - AEO AUDIO INTAKE 8.wav |
| 1061 | ADT00007476 | Judy - AEO AUDIO INTAKE 9.wav |
| 1062 | ADT00007520 | Sherry & Wendell - AEO AUDIO INTAKE 1.wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| | | |
|---|---|---|
| 1063 | ADT00007521 | ███ Sherry & Wendell - AEO AUDIO LEGAL.wav |
| 1064 | ADT00007539 | ███ Kayambe - AEO AUDIO INTAKE 4 CANCEL.wav |
| 1065 | ADT00007552 | ███ Kayembe - AUDIO INTAKE 5.wav |
| 1066 | ADT00007566 | ███ Therresa - AEO AUDIO INTAKE 1.wav |
| 1067 | ADT00007567 | ███ Therresa - AEO AUDIO INTAKE 2.wav |
| 1068 | ADT00007568 | ███ Therresa - AEO AUDIO INTAKE 3.wav |
| 1069 | ADT00007569 | ███ Therresa - AEO AUDIO INTAKE 4.wav |
| 1070 | ADT00007621 | ███ Dolores - AEO AUDIO LEGAL.wav |
| 1071 | ADT00007647 | ███ Sandy - AEO AUDIO LEGAL.wav |
| 1072 | ADT00007664 | ███ Vickie - AEO AUDIO INTAKE 1.wav |
| 1073 | ADT00007665 | ███ Vickie - AEO AUDIO INTAKE 2.wav |
| 1074 | ADT00007666 | ███ Vickie - AEO AUDIO LEGAL.mp3 |
| 1075 | ADT00007708 | ███ Naseem - AEO AUDIO LEGAL.wav |
| 1076 | ADT00007716 | ███, Miles - AEO AUDIO LEGAL1.wav |
| 1077 | ADT00007717 | ███, Miles - AEO AUDIO LEGAL2.wav |
| 1078 | ADT00007759 | _1_1_███ Miriam - AEO AUDIO LEGAL.wav |
| 1079 | ADT00007770 | ███ Mary - AEO AUDIO INTAKE.wav |
| 1080 | ADT00007771 | ███ Mary - AEO AUDIO LEGAL.wav |
| 1081 | ADT00007782 | ███ Ramon - AEO AUDIO INTAKE 2.wav |
| 1082 | ADT00007800 | ███ Deborah - AEO AUDIO INTAKE 1.wav |
| 1083 | ADT00007801 | ███ Deborah - AEO AUDIO INTAKE 10.wav |
| 1084 | ADT00007802 | ███ Deborah - AEO AUDIO INTAKE 11.wav |
| 1085 | ADT00007803 | ███ Deborah - AEO AUDIO INTAKE 12.wav |
| 1086 | ADT00007804 | ███ Deborah - AEO AUDIO INTAKE 2.wav |
| 1087 | ADT00007805 | ███ Deborah - AEO AUDIO INTAKE 3.wav |
| 1088 | ADT00007806 | ███ Deborah - AEO AUDIO INTAKE 4.wav |
| 1089 | ADT00007807 | ███ Deborah - AEO AUDIO INTAKE 5.wav |
| 1090 | ADT00007808 | ███ Deborah - AEO AUDIO INTAKE 6.wav |
| 1091 | ADT00007809 | ███ Deborah - AEO AUDIO INTAKE 7.wav |
| 1092 | ADT00007810 | ███ Deborah - AEO AUDIO INTAKE 8.wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| | | |
|---|---|---|
| 1093 | ADT00007811 | ██ Deborah - AEO AUDIO INTAKE 9.wav |
| 1094 | ADT00008603 | ██ Eileen - AEO AUDIO INTAKE 1.wav |
| 1095 | ADT00008604 | ██ Eileen - AEO AUDIO INTAKE 2.wav |
| 1096 | ADT00008621 | ██ Ronald - AEO AUDIO INTAKE 1.wav |
| 1097 | ADT00008622 | ██ Ronald - AEO AUDIO INTAKE 2.wav |
| 1098 | ADT00008623 | ██ Ronald - AEO AUDIO INTAKE 3.wav |
| 1099 | ADT00008625 | ██ Ronald - AEO AUDIO INTAKE 6.wav |
| 1100 | ADT00008626 | ██ Samantha - AEO AUDIO INTAKE 1.wav |
| 1101 | ADT00008627 | ██ Samantha - AEO AUDIO INTAKE 2.wav |
| 1102 | ADT00008628 | ██ Samantha - AEO AUDIO INTAKE 3.wav |
| 1103 | ADT00008629 | ██ Samantha - AEO AUDIO INTAKE 4.wav |
| 1104 | ADT00008649 | ██ Carol - AEO AUDIO INTAKE 1.wav |
| 1105 | ADT00008650 | ██ Carol - AEO AUDIO INTAKE 2.wav |
| 1106 | ADT00008651 | ██ Carol - AEO AUDIO LEGAL 1.wav |
| 1107 | ADT00008652 | ██ Carol - AEO AUDIO LEGAL 2.wav |
| 1108 | ADT00008666 | ██ Loretta - AEO AUDIO INTAKE 3.wav |
| 1109 | ADT00008667 | ██ Loretta - AEO AUDIO INTAKE 4.wav |
| 1110 | ADT00008668 | ██ Loretta - AEO AUDIO INTAKE 5.wav |
| 1111 | ADT00008669 | ██ Loretta - AEO AUDIO INTAKE 6.wav |
| 1112 | ADT00008670 | ██ Loretta - AEO AUDIO INTAKE 7.wav |
| 1113 | ADT00008671 | ██ Vickie - AEO AUDIO INTAKE 1.wav |
| 1114 | ADT00008672 | ██ Vickie - AEO AUDIO INTAKE 2.wav |
| 1115 | ADT00008686 | ██ , Harold - AEO AUDIO INTAKE.wav |
| 1116 | ADT00008704 | ██ Tommy - AEO AUDIO INTAKE 1.wav |
| 1117 | ADT00008705 | ██ Tommy - AEO AUDIO INTAKE2.wav |
| 1118 | ADT00008706 | ██ Tommy - AEO AUDIO INTAKE3.wav |
| 1119 | ADT00008707 | ██ TOMMY - AEO AUDIO LEGAL 1.mp3 |
| 1120 | ADT00008708 | ██ TOMMY - AEO AUDIO LEGAL 2.mp3 |
| 1121 | ADT00008733 | ██ Beatrice - AEO AUDIO INTAKE 1.wav |
| 1122 | ADT00008734 | ██ Beatrice - AEO AUDIO INTAKE 10.wav |
| 1123 | ADT00008735 | ██ Beatrice - AEO AUDIO INTAKE 2.wav |
| 1124 | ADT00008736 | ██ Beatrice - AEO AUDIO INTAKE 3.wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| | | |
|---|---|---|
| 1125 | ADT00008737 | ███ Beatrice - AEO AUDIO INTAKE 4.wav |
| 1126 | ADT00008738 | ███ Beatrice - AEO AUDIO INTAKE 5.wav |
| 1127 | ADT00008739 | ███ Beatrice - AEO AUDIO INTAKE 6.wav |
| 1128 | ADT00008740 | ███ Beatrice - AEO AUDIO INTAKE 7.wav |
| 1129 | ADT00008741 | ███ Beatrice - AEO AUDIO INTAKE 8.wav |
| 1130 | ADT00008742 | ███ Beatrice - AEO AUDIO INTAKE 9.wav |
| 1131 | ADT00008743 | ███ Beatrice - AEO AUDIO LEGAL.wav |
| 1132 | ADT00008797 | ███ Marilyn - AEO AUDIO INTAKE 1.wav |
| 1133 | ADT00008798 | ███ Marilyn - AEO AUDIO INTAKE 2.wav |
| 1134 | ADT00008799 | ███ Marilyn - AEO AUDIO INTAKE 3.wav |
| 1135 | ADT00008819 | ███ Isaiah (Hattie) - AEO AUDIO INTAKE.wav |
| 1136 | ADT00008832 | ███ John - AEO AUDIO INTAKE 1.wav |
| 1137 | ADT00008833 | ███ John - AEO AUDIO INTAKE 2.wav |
| 1138 | ADT00008834 | ███ John - AEO AUDIO INTAKE 3.wav |
| 1139 | ADT00008835 | ███ John - AEO AUDIO INTAKE 4.wav |
| 1140 | ADT00008836 | ███ John - AEO AUDIO INTAKE 5.wav |
| 1141 | ADT00008837 | ███ John - AEO AUDIO INTAKE 6.wav |
| 1142 | ADT00008838 | ███ John - AEO AUDIO INTAKE 7.wav |
| 1143 | ADT00008839 | ███ John - AEO AUDIO INTAKE 8.wav |
| 1144 | ADT00008865 | ███ Mildred - AEO AUDIO INTAKE 1.wav |
| 1145 | ADT00008866 | ███ Mildred - AEO AUDIO INTAKE 2.wav |
| 1146 | ADT00008867 | ███ Mildred - AEO AUDIO INTAKE 3.wav |
| 1147 | ADT00008868 | ███ Mildred - AEO AUDIO INTAKE 4.wav |
| 1148 | ADT00008869 | ███ Mildred - AEO AUDIO INTAKE 5.wav |
| 1149 | ADT00008870 | ███ Mildred - AEO AUDIO INTAKE 6.wav |
| 1150 | ADT00008893 | ███ Charlie - AEO AUDIO INTAKE 1.wav |
| 1151 | ADT00008894 | ███ Charlie - AEO AUDIO INTAKE 2.wav |
| 1152 | ADT00008895 | ███ Charlie - AEO AUDIO INTAKE 3.wav |
| 1153 | ADT00008896 | ███ Charlie - AEO AUDIO INTAKE 4.wav |
| 1154 | ADT00008897 | ███ Charlie - AEO AUDIO INTAKE 5.wav |
| 1155 | ADT00008898 | ███ Charlie - AEO AUDIO INTAKE 6.wav |
| 1156 | ADT00008909 | ███ James - AEO AUDIO INTAKE1.wav |
| 1157 | ADT00008910 | ███ James - AEO AUDIO INTAKE2.wav |
| 1158 | ADT00008911 | ███ James - AEO AUDIO INTAKE3.wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| 1159 | ADT00008912 | ▮ James - AEO AUDIO INTAKE4.wav |
|---|---|---|
| 1160 | ADT00008913 | ▮ James - AEO AUDIO INTAKE5.wav |
| 1161 | ADT00008914 | ▮ James - AEO AUDIO INTAKE6.wav |
| 1162 | ADT00008915 | ▮ James - AEO AUDION LEGAL.mp3 |
| 1163 | ADT00008936 | ▮ Jean Paul - AEO AUDIO INTAKE 2.wav |
| 1164 | ADT00008937 | ▮ Jean Paul - AEO AUDIO INTAKE 3.wav |
| 1165 | ADT00008967 | ▮ Andrew - AEO AUDIO INTAKE 1 (2).wav |
| 1166 | ADT00008981 | ▮ Joseph - AEO AUDIO LEGAL 3.wav |
| 1167 | ADT00008982 | ▮ Joseph - AEO AUDIO LEGAL 6.wav |
| 1168 | ADT00008997 | ▮ Elizabeth - AEO AUDIO INTAKE 3.wav |
| 1169 | ADT00008998 | ▮ Elizabeth - AEO AUDIO INTAKE 4.wav |
| 1170 | ADT00008999 | ▮ Elizabeth - AEO AUDIO INTAKE 5.wav |
| 1171 | ADT00009000 | ▮ Elizabeth - AEO AUDIO INTAKE 6.wav |
| 1172 | ADT00009001 | ▮ Elizabeth - AEO AUDIO LEGAL.wav |
| 1173 | ADT00009017 | ▮ Edwina - AEO AUDIO INTAKE 3.wav |
| 1174 | ADT00009018 | ▮ Edwina - AEO AUDIO INTAKE 4.wav |
| 1175 | ADT00009019 | ▮ Edwina - AEO AUDIO INTAKE 5.wav |
| 1176 | ADT00009020 | ▮ Edwina - AEO AUDIO INTAKE 6.wav |
| 1177 | ADT00009022 | ▮ Edwina - AEO AUDIO LEGAL.wav |
| 1178 | ADT00009082 | ▮ Miriam - AEO AUDIO INTAKE 1.wav |
| 1179 | ADT00009083 | ▮ Miriam - AEO AUDIO INTAKE 2.wav |
| 1180 | ADT00009084 | ▮ Myrna - AEO AUDIO INTAKE 1 (2).wav |
| 1181 | ADT00009085 | ▮ Myrna - AEO AUDIO INTAKE 10 (2).wav |
| 1182 | ADT00009086 | ▮ Myrna - AEO AUDIO INTAKE 11 (2).wav |
| 1183 | ADT00009087 | ▮ Myrna - AEO AUDIO INTAKE 2 (2).wav |
| 1184 | ADT00009088 | ▮ Myrna - AEO AUDIO INTAKE 3 (2).wav |
| 1185 | ADT00009089 | ▮ Myrna - AEO AUDIO INTAKE 4 (2).wav |
| 1186 | ADT00009090 | ▮ Myrna - AEO AUDIO INTAKE 5 (2).wav |
| 1187 | ADT00009091 | ▮ Myrna - AEO AUDIO INTAKE 6 (2).wav |
| 1188 | ADT00009092 | ▮ Myrna - AEO AUDIO INTAKE 7 (2).wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| | | |
|---|---|---|
| 1189 | ADT00009093 | ███ Myrna - AEO AUDIO INTAKE 8 (2).wav |
| 1190 | ADT00009094 | ███ Myrna - AEO AUDIO INTAKE 9 (2).wav |
| 1191 | ADT00009095 | ███ Myrna - AEO AUDIO LEGAL.wav |
| 1192 | ADT00009111 | ███ Cathy - AEO AUDIO INTAKE 1.wav |
| 1193 | ADT00009112 | ███ Cathy - AEO AUDIO INTAKE 2.wav |
| 1194 | ADT00009139 | ███ Marquis & Beatrice - AEO AUDIO INTAKE 1 (2).wav |
| 1195 | ADT00009140 | ███ Marquis & Beatrice - AEO AUDIO INTAKE 2 (2).wav |
| 1196 | ADT00009141 | ███ Marquis & Beatrice - AEO AUDIO INTAKE 3 (2).wav |
| 1197 | ADT00009142 | ███ Marquis & Beatrice - AEO AUDIO INTAKE 4 (2).wav |
| 1198 | ADT00009143 | ███ Marquis & Beatrice - AEO AUDIO INTAKE 5 (2).wav |
| 1199 | ADT00009144 | ███ Marquis & Beatrice - AEO AUDIO INTAKE 6 (2).wav |
| 1200 | ADT00009145 | ███ Marquis & Beatrice - AEO AUDIO INTAKE 7 (2).wav |
| 1201 | ADT00009161 | ███ Daniel - AEO AUDIO LEGAL.wav |
| 1202 | ADT00009169 | ███ Gail - AEO AUDIO INTAKE 1.wav |
| 1203 | ADT00009170 | ███ Gail - AEO AUDIO INTAKE 2.wav |
| 1204 | ADT00009188 | ███ Kris - AEO AUDIO INTAKE 3 (2).wav |
| 1205 | ADT00009189 | ███ Kris - AEO AUDIO INTAKE 4 (2).wav |
| 1206 | ADT00009190 | ███ Kris - AEO AUDIO LEGAL 1 (2).wav |
| 1207 | ADT00009191 | ███ Kris - AEO AUDIO LEGAL 2 (2).wav |
| 1208 | ADT00009201 | ███ Marybeth - AEO AUDIO INTAKE 1 (2).wav |
| 1209 | ADT00009208 | ███ Betty - AEO AUDIO INTAKE 1 (2).wav |
| 1210 | ADT00009209 | ███ Betty - AEO AUDIO INTAKE 2 (2).wav |
| 1211 | ADT00009210 | ███ Betty - AEO AUDIO INTAKE 3 (2).wav |
| 1212 | ADT00009212 | ███ Betty - AEO AUDIO INTAKE 7 (2).wav |
| 1213 | ADT00009213 | ███ Betty - AEO AUDIO LEGAL.wav |
| 1214 | ADT00009251 | Vanzant, Latricia - AEO AUDIO INTAKE.wav |
| 1215 | ADT00009271 | ███ Victor - AEO AUDIO INTAKE 3 (2).wav |
| 1216 | ADT00009272 | ███ Victor - AEO AUDIO INTAKE 4 (2).wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| | | |
|---|---|---|
| 1217 | ADT00009273 | Victor - AEO AUDIO INTAKE 5 (2).wav |
| 1218 | ADT00009274 | Victor - AEO AUDIO LEGAL.wav |
| 1219 | ADT00009294 | Dan - AEO AUDIO INTAKE 1 (2).wav |
| 1220 | ADT00009295 | Dan - AEO AUDIO INTAKE 2 (2).wav |
| 1221 | ADT00009296 | Dan - AEO AUDIO INTAKE 3 (2).wav |
| 1222 | ADT00009297 | Dan - AEO AUDIO LEGAL.wav |
| 1223 | ADT00009303 | Annie - AEO AUDIO INTAKE 2.wav |
| 1224 | ADT00009313 | Juanita - AEO AUDIO INTAKE 1.wav |
| 1225 | ADT00009314 | Juanita - AEO AUDIO INTAKE 10.wav |
| 1226 | ADT00009315 | Juanita - AEO AUDIO INTAKE 3.wav |
| 1227 | ADT00009316 | Juanita - AEO AUDIO INTAKE 4.wav |
| 1228 | ADT00009317 | Juanita - AEO AUDIO INTAKE 5.wav |
| 1229 | ADT00009318 | Juanita - AEO AUDIO INTAKE 6.wav |
| 1230 | ADT00009319 | Juanita - AEO AUDIO INTAKE 7.wav |
| 1231 | ADT00009320 | Juanita - AEO AUDIO INTAKE 8.wav |
| 1232 | ADT00009321 | Juanita - AEO AUDIO INTAKE 9.wav |
| 1233 | ADT00009322 | Juanita - AEO AUDIO LEGAL.wav |
| 1234 | ADT00009402 | Hutler - AEO AUDIO INTAKE 2 (2).wav |
| 1235 | ADT00009403 | Hutler - AEO AUDIO INTAKE 3 (2).wav |
| 1236 | ADT00009404 | Hutler - AEO AUDIO INTAKE 4 (2).wav |
| 1237 | ADT00009405 | Hutler - AEO AUDIO INTAKE 5 (2).wav |
| 1238 | ADT00009406 | Hutler - AEO AUDIO LEGAL.wav |
| 1239 | ADT00009414 | Ramona - AEO AUDIO INTAKE 1 (2).wav |
| 1240 | ADT00009415 | Ramona - AEO AUDIO INTAKE 2 (2).wav |
| 1241 | ADT00009429 | Marion - AEO AUDIO INTAKE 3 (2).wav |
| 1242 | ADT00009430 | Marion - AEO AUDIO INTAKE 4 (2).wav |
| 1243 | ADT00009444 | , Jean - AEO AUDIO INTAKE 4.wav |
| 1244 | ADT00009485 | Nelson - AEO AUDIO INTAKE 3.wav |
| 1245 | ADT00009486 | Nelson - AEO AUDIO INTAKE 4.wav |
| 1246 | ADT00009509 | , Christophe - AEO AUDIO INTAKE.wav |
| 1247 | ADT00009536 | Elnora - AEO AUDIO INTAKE 4 (2).wav |

## Audio Recordings Produced by ADT for Disclosed Customers

| | | |
|---|---|---|
| 1248 | ADT00009537 | ██ Elnora - AEO AUDIO INTAKE 5 (2).wav |
| 1249 | ADT00009562 | ██ , Norma - AEO AUDIO INTAKE 1.wav |
| 1250 | ADT00009563 | ██ , Norma - AEO AUDIO INTAKE 2.wav |
| 1251 | ADT00009610 | ██ Fred - AEO AUDIO INTAKE 1 (2).wav |
| 1252 | ADT00009611 | ██ Fred - AEO AUDIO INTAKE 2 (2).wav |
| 1253 | ADT00009612 | ██ Fred - AEO AUDIO INTAKE 3 (2).wav |
| 1254 | ADT00009613 | ██ Fred - AEO AUDIO INTAKE 4 (2).wav |
| 1255 | ADT00009614 | ██ Fred - AEO AUDIO INTAKE 5 (2).wav |
| 1256 | ADT00009615 | ██ Fred - AEO AUDIO INTAKE 6 (2).wav |
| 1257 | ADT00009623 | ██ Taleshia - AEO AUDIO INTAKE 1 (2).wav |
| 1258 | ADT00009624 | ██ Taleshia - AEO AUDIO INTAKE 2 (2).wav |
| 1259 | ADT00009625 | ██ Taleshia - AEO AUDIO INTAKE 3 (2).wav |
| 1260 | ADT00009626 | ██ Taleshia - AEO AUDIO INTAKE 4 (2).wav |
| 1261 | ADT00009627 | ██ Taleshia - AEO AUDIO INTAKE 5 (2).wav |
| 1262 | ADT00009628 | ██ Taleshia - AEO AUDIO INTAKE 6 (2).wav |
| 1263 | ADT00009629 | ██ Taleshia - AEO AUDIO INTAKE XX.wav |
| 1264 | ADT00009647 | ██ David - AEO AUDIO INTAKE 1 (2).wav |
| 1265 | ADT00009652 | ██ Frank & Sally - AEO AUDIO INTAKE 1 (2).wav |
| 1266 | ADT00009653 | ██ Frank & Sally - AEO AUDIO INTAKE 2 (2).wav |
| 1267 | ADT00009654 | ██ Frank & Sally - AEO AUDIO INTAKE 3 (2).wav |
| 1268 | ADT00009655 | ██ Frank & Sally - AEO AUDIO INTAKE 4 (2).wav |
| 1269 | ADT00009656 | ██ Frank & Sally - AEO AUDIO LEGAL.wav |
| 1270 | ADT00009666 | ██ Terri - AEO AUDIO INTAKE 1 (2).wav |
| 1271 | ADT00009667 | ██ Terri - AEO AUDIO INTAKE 2 (2).wav |
| 1272 | ADT00009668 | ██ Terri - AEO AUDIO INTAKE 3 (2).wav |
| 1273 | ADT00009669 | ██ Terri - AEO AUDIO INTAKE 4 (2).wav |
| 1274 | ADT00009670 | ██ Terri - AEO AUDIO INTAKE 5 (2).wav |
| 1275 | ADT00009685 | ██ Phyllis - AEO AUDIO INTAKE 1 (2).wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| | | |
|---|---|---|
| 1276 | ADT00009686 | ███ Phyllis - AEO AUDIO INTAKE 2 (2).wav |
| 1277 | ADT00009687 | ███ Phyllis - AEO AUDIO INTAKE 3 (2).wav |
| 1278 | ADT00009701 | ███ Melanie - AEO AUDIO INTAKE 4 (2).wav |
| 1279 | ADT00009709 | ███ Deanna - AEO AUDIO INTAKE 1 (2).wav |
| 1280 | ADT00009710 | ███ Deanna - AEO AUDIO INTAKE 2 (2).wav |
| 1281 | ADT00009719 | ███ Frank - AEO AUDIO INTAKE 3 (2).wav |
| 1282 | ADT00009720 | ███ Frank - AEO AUDIO LEGAL.wav |
| 1283 | ADT00009755 | ███ Mary - AEO AUDIO INTAKE 2 (2).wav |
| 1284 | ADT00009756 | ███ Mary - AEO AUDIO INTAKE 3 (2).wav |
| 1285 | ADT00009757 | ███ Mary - AEO AUDIO INTAKE 4 (2).wav |
| 1286 | ADT00009758 | ███ Mary - AEO AUDIO INTAKE 6 (2).wav |
| 1287 | ADT00009759 | ███ Mary - AEO AUDIO INTAKE 7 (2).wav |
| 1288 | ADT00009806 | ███ Howard - AEO AUDIO INTAKE 1 (2).wav |
| 1289 | ADT00009807 | ███ Howard - AEO AUDIO INTAKE 4 (2).wav |
| 1290 | ADT00009808 | ███ Howard - AEO AUDIO LEGAL.wav |
| 1291 | ADT00009827 | ███ Kenneth - AEO AUDIO INTAKE 2 (2).wav |
| 1292 | ADT00009828 | ███ Kenneth - AEO AUDIO INTAKE 3 (2).wav |
| 1293 | ADT00009829 | ███ Kenneth - AEO AUDIO INTAKE 4 (2).wav |
| 1294 | ADT00009830 | ███ Kenneth - AEO AUDIO INTAKE 5 (2).wav |
| 1295 | ADT00009831 | ███ Kenneth - AEO AUDIO INTAKE 6 (2).wav |
| 1296 | ADT00009832 | ███ Kenneth - AEO AUDIO INTAKE 7 (2).wav |
| 1297 | ADT00009855 | ███ Gertrude - AEO AUDIO INTAKE.wav |
| 1298 | ADT00009880 | ███ Winfred - AEO AUDIO INTAKE 2 (2).wav |
| 1299 | ADT00009882 | ███ Winfred - AEO AUDIO INTAKE 3 (2).wav |
| 1300 | ADT00009883 | ███ Winfred - AEO AUDIO INTAKE 4 (2).wav |
| 1301 | ADT00009884 | ███ Winfred - AEO AUDIO INTAKE 5 (2).wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| | | |
|---|---|---|
| 1302 | ADT00009909 | ███ Josie - AEO AUDIO INTAKE 3 (2).wav |
| 1303 | ADT00009910 | ███ Josie - AEO AUDIO LEGAL.wav |
| 1304 | ADT00009924 | ███ Azalee - AEO AUDIO INTAKE 3 (2).wav |
| 1305 | ADT00009926 | ███ Azalee - AEO AUDIO INTAKE 5 (2).wav |
| 1306 | ADT00009950 | ███ Thomas - AEO AUDIO INTAKE 10 (2).wav |
| 1307 | ADT00009951 | ███ Thomas - AEO AUDIO INTAKE 11 (2).wav |
| 1308 | ADT00009953 | ███ Thomas - AEO AUDIO INTAKE 13 (2).wav |
| 1309 | ADT00009956 | ███ Thomas - AEO AUDIO INTAKE 4.wav |
| 1310 | ADT00009959 | ███ Thomas - AEO AUDIO INTAKE 7 (2).wav |
| 1311 | ADT00009960 | ███ Thomas - AEO AUDIO INTAKE 8 (2).wav |
| 1312 | ADT00009961 | ███ Thomas - AEO AUDIO INTAKE 9 (2).wav |
| 1313 | ADT00009962 | ███ Thomas - AEO AUDIO LEGAL 1.wav |
| 1314 | ADT00009963 | ███ Thomas - AEO AUDIO LEGAL 2.wav |
| 1315 | ADT00009964 | ███ Thomas - AEO AUDIO LEGAL 3.wav |
| 1316 | ADT00009984 | ███ Janis - AEO AUDIO INTAKE 1.wav |
| 1317 | ADT00009985 | ███ Janis - AEO AUDIO INTAKE 2.wav |
| 1318 | ADT00009986 | ███ Janis - AEO AUDIO INTAKE 3.wav |
| 1319 | ADT00009988 | ███ Janis - AEO AUDIO INTAKE 5.wav |
| 1320 | ADT00009989 | ███ Janis - AEO AUDIO INTAKE 6.wav |
| 1321 | ADT00009990 | ███ Janis - AEO AUDIO INTAKE 7.wav |
| 1322 | ADT00009991 | ███ Janis - AEO AUDIO INTAKE 8.wav |
| 1323 | ADT00010009 | ███ Nancy - AEO AUDIO LEGAL.wav |
| 1324 | ADT00010116 | ███ Barbara - AEO AUDIO INTAKE 1 (2).wav |
| 1325 | ADT00010117 | ███ Barbara - AEO AUDIO INTAKE 2 (2).wav |
| 1326 | ADT00010118 | ███ Barbara - AEO AUDIO INTAKE 3 (2).wav |
| 1327 | ADT00010134 | ███ Loretta - AEO AUDIO INTAKE 3.wav |
| 1328 | ADT00010135 | ███ Loretta - AEO AUDIO INTAKE 4.wav |
| 1329 | ADT00010136 | ███ Loretta - AEO AUDIO INTAKE 5.wav |
| 1330 | ADT00010137 | ███ Loretta - AEO AUDIO INTAKE 6.wav |
| 1331 | ADT00010138 | ███ Loretta - AEO AUDIO INTAKE 7.wav |
| 1332 | ADT00010139 | ███ Loretta - AEO AUDIO LEGAL1.wav |
| 1333 | ADT00010140 | ███ Loretta - AEO AUDIO LEGAL2.wav |

**Audio Recordings Produced by ADT for Disclosed Customers**

| | | |
|---|---|---|
| 1334 | ADT00010182 | ██ Derick - AEO AUDIO INTAKE 2 (2).wav |
| 1335 | ADT00010241 | _1_1_██ Verlee - AEO AUDIO LEGAL.wav |
| 1336 | ADT00010242 | _1_1__1_1_██ Verlee - AEO AUDIO INTAKE 1 (2).wav |
| 1337 | ADT00010243 | ██ Phyllis - AEO AUDIO INTAKE 1 (2).wav |
| 1338 | ADT00010244 | ██ Phyllis - AEO AUDIO INTAKE 2 (2).wav |
| 1339 | ADT00010245 | ██ Phyllis - AEO AUDIO LEGAL 1.wav |
| 1340 | ADT00010246 | ██ Phyllis - AEO AUDIO LEGAL 2.wav |
| 1341 | ADT00010293 | ██ Yolanda - AEO AUDIO INTAKE 3 (2).wav |
| 1342 | ADT00010294 | ██ Yolanda - AEO AUDIO INTAKE 4 (2).wav |

Exhibit 3

ADT Customer Initiatives

**ADT has worked to inform customers and employees about identifying, avoiding, and reporting deceptive sales practices since 2014. Below is a list of some of ADT's initiatives to raise awareness and combat Deceptive Sales Practices.**

**Customer-Facing Initiative**

| Date | Description |
| --- | --- |
| 4/2019 | Deceptive Sales leave behind made available for local offices to order and give to the customers for sales or service visits. |
| 5/2019 | eNews Emails sent to ADT customers with a reminder about Deceptive Sales. |
| 6/2019 | Deceptive Sales Awareness Emails sent to ADT customers. |
| 6/2019 | Deceptive Sales Messaging inserted in paper invoices. |
| 5/2019 | Social Campaign via Facebook (2 posts), Twitter (3 posts), Instagram (2 posts) |
| 5/2018-7/2018 | Deceptive Sales videos produced and published on ADT's YouTube Channel. |
| 5/2018, 4/2021 | ADT HOA Newsletter educating residents on identifying and reporting Deceptive Sales. |
| Ongoing | Maintain ADT.com Customer-Facing Deceptive Sales Sites:<br><br>https://www.adt.com/fraud<br><br>https://www.adt.com/resources/deceptive-sales-safety-tips<br><br>https://www.adt.com/resources/scam-alerts-for-seniors<br><br>https://www.adt.com/help/faq/security-services-features/deceptive-sales-scams |

**Internal Employee Initiative**

| Date | Description |
| --- | --- |
| 5/2019, 5/2021 | Executive Leadership Communication released to ADT employees on the importance of identifying and reporting Deceptive Sales and ADT's Learning Management System (LMS) courses o Deceptive Sales. |
| 5/2019 | Course 1 (Identifying Deceptive Sales Practices) and 2 (Reporting Deceptive Sales Practices – Online Form Completion) created and published to LMS / Learning Hub site. Course 1 is required for all Customer Service Representatives. Course 2 is required for the Account Management Team. |
| 5/2019 | Desk Drop for Customer Service and Account Management team members regarding identifying Deceptive Sales. |

Exhibit 4

Active Site Counts by City Name

| city_name | active_site_count | Cummulative |
|---|---|---|
| HOUSTON | 80,689 | 80,689 |
| CHICAGO | 75,008 | 155,697 |
| SAN ANTONIO | 54,630 | 210,327 |
| MIAMI | 47,532 | 257,859 |
| LOS ANGELES | 47,476 | 305,335 |
| LAS VEGAS | 45,533 | 350,868 |
| DALLAS | 39,210 | 390,078 |
| ORLANDO | 32,281 | 422,359 |
| PHOENIX | 30,072 | 452,431 |
| INDIANAPOLIS | 29,813 | 482,244 |
| PHILADELPHIA | 29,478 | 511,722 |
| JACKSONVILLE | 29,377 | 541,099 |
| COLUMBUS | 28,984 | 570,083 |
| CHARLOTTE | 27,021 | 597,104 |
| TAMPA | 26,230 | 623,334 |
| SACRAMENTO | 25,940 | 649,274 |
| AUSTIN | 25,402 | 674,676 |
| MEMPHIS | 24,521 | 699,197 |
| ATLANTA | 24,347 | 723,544 |
| WASHINGTON | 22,693 | 746,237 |
| SAINT LOUIS | 21,918 | 768,155 |
| FORT WORTH | 21,916 | 790,071 |
| SAN DIEGO | 21,905 | 811,976 |
| BALTIMORE | 21,817 | 833,793 |
| RICHMOND | 21,205 | 854,998 |
| LOUISVILLE | 21,063 | 876,061 |
| KANSAS CITY | 19,898 | 895,959 |
| DETROIT | 19,467 | 915,426 |
| COLUMBIA | 18,927 | 934,353 |
| SAN JOSE | 18,637 | 952,990 |
| BIRMINGHAM | 18,164 | 971,154 |
| CINCINNATI | 17,233 | 988,387 |
| BROOKLYN | 16,902 | 1,005,289 |
| OKLAHOMA CITY | 16,777 | 1,022,066 |
| NEW ORLEANS | 16,602 | 1,038,668 |
| ARLINGTON | 15,884 | 1,054,552 |
| PORTLAND | 15,714 | 1,070,266 |
| DENVER | 15,707 | 1,085,973 |
| SPRINGFIELD | 15,507 | 1,101,480 |
| TUCSON | 15,500 | 1,116,980 |
| CLEVELAND | 15,192 | 1,132,172 |
| NASHVILLE | 14,700 | 1,146,872 |
| TULSA | 14,613 | 1,161,485 |
| SEATTLE | 14,315 | 1,175,800 |
| ALBUQUERQUE | 14,030 | 1,189,830 |
| HENDERSON | 13,913 | 1,203,743 |

| | | |
|---|---|---|
| FAYETTEVILLE | 13,379 | 1,217,122 |
| COLORADO SPRINGS | 13,056 | 1,230,178 |
| BAKERSFIELD | 13,023 | 1,243,201 |
| RIVERSIDE | 12,945 | 1,256,146 |
| MONTGOMERY | 12,390 | 1,268,536 |
| KNOXVILLE | 12,355 | 1,280,891 |
| RALEIGH | 12,307 | 1,293,198 |
| SPRING | 12,126 | 1,305,324 |
| AURORA | 11,929 | 1,317,253 |
| KATY | 11,894 | 1,329,147 |
| VIRGINIA BEACH | 11,892 | 1,341,039 |
| BOCA RATON | 11,730 | 1,352,769 |
| SAN FRANCISCO | 11,658 | 1,364,427 |
| WILMINGTON | 11,627 | 1,376,054 |
| OAKLAND | 11,597 | 1,387,651 |
| MILWAUKEE | 11,216 | 1,398,867 |
| WEST PALM BEACH | 11,184 | 1,410,051 |
| LEXINGTON | 11,139 | 1,421,190 |
| DAYTON | 10,776 | 1,431,966 |
| SCOTTSDALE | 10,766 | 1,442,732 |
| LANCASTER | 10,614 | 1,453,346 |
| JACKSON | 10,613 | 1,463,959 |
| GLENDALE | 10,595 | 1,474,554 |
| DECATUR | 10,550 | 1,485,104 |
| FRESNO | 10,168 | 1,495,272 |
| ALEXANDRIA | 10,125 | 1,505,397 |
| KISSIMMEE | 10,015 | 1,515,412 |
| FORT LAUDERDALE | 9,872 | 1,525,284 |
| WICHITA | 9,702 | 1,534,986 |
| GREENVILLE | 9,558 | 1,544,544 |
| MADISON | 9,531 | 1,554,075 |
| NAPLES | 9,299 | 1,563,374 |
| STOCKTON | 9,247 | 1,572,621 |
| ROCHESTER | 9,048 | 1,581,669 |
| PLANO | 8,934 | 1,590,603 |
| EL PASO | 8,901 | 1,599,504 |
| OMAHA | 8,898 | 1,608,402 |
| MOBILE | 8,820 | 1,617,222 |
| BATON ROUGE | 8,810 | 1,626,032 |
| DURHAM | 8,808 | 1,634,840 |
| SARASOTA | 8,803 | 1,643,643 |
| PITTSBURGH | 8,771 | 1,652,414 |
| CORONA | 8,694 | 1,661,108 |
| GREENSBORO | 8,674 | 1,669,782 |
| MINNEAPOLIS | 8,634 | 1,678,416 |
| LONG BEACH | 8,602 | 1,687,018 |
| CHESAPEAKE | 8,457 | 1,695,475 |

# Exhibit 5

# Daily Compensation

| From: | McGrath, Dan |
|---|---|
| To: | Mark Pelofsky |
| Cc: | Kritika Kuppuswami; Eblen, Charlie (SHB); Eric Hobbs (ehobbs@shb.com) |
| Subject: | CONFIDENTIAL RE: Resi Rep L1 Earnings |
| Date: | August 6, 2021 11:53:59 AM |
| Attachments: | image001.png |
| | image002.png |
| | image004.png |

---

CONFIDENTIAL AND PRIVILEGED ATTORNEY CLIENT/WORK PRODUCT COMMUNICATION

Mark:    Below are charts reflecting (i) the average, annualized compensation for ADT residential sales representatives for reps based on tenure; and (ii) sales rep attrition data.   The annualized average number for (i) was then divided by 260 days to arrive an average daily compensation amount.  The source is ADT's Director, Sales Operations & Support.

| Time in Position | Count of ADT ID | Average of Annualized Comp | Avg Daily Comp |
|---|---|---|---|
| < 1 Year | 426 | $██████ | $███ |
| 1 - 2 Years | 139 | $███ | $███ |
| 3 - 4 Years | 151 | $███ | $███ |
| 5 Years & Over | 121 | $██████ | $████ |

| KEY METRICS BY SALES CHANNEL | | | | | | |
|---|---|---|---|---|---|---|
| Sales Rep Channel | Rolling 4 Months | Rolling 6 Months | Rolling 9 Months | Rolling 12 Months | CY 2020 Total Turnover | CY 2019 Total Turnover |
| Custom Home Reps | 20% | 31% | 40% | 52% | 41% | 59% |
| Resi Reps | 24% | 37% | 51% | 64% | 47% | 78% |
| SMB Reps | 16% | 26% | 39% | 51% | 47% | 66% |
| | | | | | | |
| Total by Sales Channel | 21% | 32% | 45% | 57% | 46% | 71% |
| % Annualized Total | 62% | 64% | 60% | | | |
| | T4 | T6 | T9 | | | |



Daniel J. McGrath | dmcgrath@adt.com
Vice President & Deputy General Counsel
1501 Yamato Road | Boca Raton, FL 33431
(o) 561.322.7229  (m) 561.289.7248

Member, Florida and Massachusetts Bars. This email, including attachments, may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this communication in error, please delete it from your system without copying it and notify sender by reply communication. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure compliance with ADT's policies, confidentiality obligations, and applicable laws.
This email, including attachments, may contain information that is private or confidential. If you

received this communication in error, please delete it from your system without copying it and notify sender by reply communication. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure compliance with ADT's policies, confidentiality obligations, and applicable laws.

# Exhibit 6

# ADT Marketing Costs

| | |
|---|---|
| **From:** | Hendrickson, Shannon |
| **To:** | Mark Pelofsky; McGrath, Dan |
| **Cc:** | Kritika Kuppuswami |
| **Subject:** | Re: Following up our phone call regarding marketing |
| **Date:** | August 4, 2021 3:29:50 PM |
| **Attachments:** | image001.png |

Hi Mark, thank you for the recap below.  All of these notes are correct.

Best,
Shannon


Shannon Hendrickson

Vice President, Marketing

1501 Yamato Road | Boca Raton, FL 33431

(o) 561.322.7378 (m) 908.403.0546


The information contained in this transmission is confidential and/or may contain attorney-client privileged communications intended for the use of the individual or entity named above. If the reader of this electronic message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying is strictly prohibited. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure compliance with ADT's policies, confidentiality obligations, and applicable laws.

---

**From:** Mark Pelofsky <mpelofsky@gbexpertsgroup.com>
**Date:** Wednesday, August 4, 2021 at 1:25 PM
**To:** Shannon Hendrickson <shendrickson@adt.com>, "McGrath, Dan" <dmcgrath@adt.com>
**Cc:** Kritika Kuppuswami <kkuppuswami@gbexpertsgroup.com>
**Subject:** Following up our phone call regarding marketing

Shannon Hendrickson, Vice President of Marketing
Dan McGrath, Vice President & Deputy General Counsel


Hi Shannon and Dan:

This email will confirm the information conveyed to us by you on the call on August 4, 2021:

- To reach customers in a summer advertising campaign, you would suggest the following:
  - Direct mail to 6 million customers at 40 cents per mailer (including paper and postage) = $2.4 million
  - Email campaign with a custom video embedded in email: $100,000 – $200, 000

Supplemental social media posts over the course of 3 months: $500,000.
- The total of these is approximately $3 million.

If there are any corrections, please let us know.

Thanks,
Mark


Mark Pelofsky
Global Business Experts Group
617 851-4599


This email, including attachments, may contain information that is private or confidential. If you received this communication in error, please delete it from your system without copying it and notify sender by reply communication. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure compliance with ADT's policies, confidentiality obligations, and applicable laws.