UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-23391- GOODMAN
[CONSENT CASE]

ADT LLC, *et al.*,

    Plaintiffs,

v.

VIVINT SMART HOME, INC., *et al.*,

    Defendants.

_____/

**DEFENDANTS' NOTICE OF FILING REDACTED EXHIBITS
IN COMPLIANCE WITH ORDER (ECF 126)**

Pursuant to this Court's Order [D.E. 126] Granting Defendants' Unopposed Motion to File Documents Under Seal, Defendants Vivint Smart Home, Inc. f/k/a Mosaic Acquisition Corp., and Legacy Vivint Smart Home, Inc. f/k/a Vivint Smart Home, Inc. (collectively, "Vivint") hereby give notice of filing the following redacted exhibits: (i) Exhibits A, B and K to ADT's Opposition to Vivint's Motion in Limine [D.E. 124]; and (ii) Exhibits G and H to ADT's Opposition to Vivint's Motion to Exclude Testimony of Dr. Russell S. Winer [D.E. 125].

    Respectfully submitted,

/s/Joshua R. Brown
Michael N. Kreitzer
Florida Bar No. 705561
kreitzerm@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Ave., Suite 4400
Miami, Florida 33131
Telephone: 305.579.0500

-and-

Gregory W. Herbert
Florida Bar No. 0111510
herbertg@gtlaw.com
Joshua R. Brown

1

Florida Bar No. 826391
brownjr@gtlaw.com
GREENBERG TRAURIG, P.A.
450 S. Orange Ave., Suite 650
Orlando, Florida 32801
Telephone: 407.420.1100

-and-

Matthew A. Steward (*pro hac vice*)
mas@clydesnow.com
Shannon K. Zollinger (*pro hac vice*)
skz@clydesnow.com
CLYDE SNOW & SESSIONS
201 S. Main Street, Suite 1300
Salt Lake City, Utah 84111
Telephone: 801.322.2516

*Counsel for Defendants Vivint Smart Home, Inc. and Legacy Vivint Smart Home, Inc.*

## CERTIFICATE OF SERVICE

I certify that on January 31, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel of record.

/s/Joshua R. Brown