# EXHIBIT A
# Part 2 of 2















































































































































































































































































































The content of this page is an extremely dense, wide spreadsheet with numerous columns and rows. The text is too small and low-resolution to reliably read individual values. Portions of the table contain redacted (black-bar) cells in the left-side columns.





















































































The content of this page is a large, densely-packed spreadsheet with numerous columns and rows of data that are illegible at this resolution. The text is too small and low-resolution to transcribe accurately.







































































| SERVICENUMBER | SERVICEINSTALLDATE | SERVICECANCELDATE | SALESREP | SALESREPBADGEID | [redacted] | SERVICECITY | SERVICESTATE | SERVICEZIP | [redacted] | COUNT_TIMELINE_ | ACTION_TAKEN__C | CREATEDBYID | CREATEDDATE | CURRENCYISOCODE | CX_NOTES__C | FEEDBACK_CATEGORY__C | FEEDBACK_GIVEN__C | ID | INVESTIGATION_CONCLUSION__C | INVESTIGATION_NOTES__C | INVESTIGATION_RESULT__C | INVESTIGATION_SUMMARY__C | ISDELETED | LASTMODIFIEDBYID | LASTMODIFIEDDATE | LASTREFERENCEDDATE | LASTVIEWEDDATE | NAME | NOTES__C | OWNERID | PRIMARY_COMPLAINT_CODE__C | PRIORITY__C | PRODUCT__C | RATING__C | RECORDTYPEID | RELATED_EMPLOYEE_DEPARTMENT_F__C | RELATED_ID__C | RELATED_INSTALL_DATE_F__C | RESOLUTION__C | SECONDARY_COMPLAINT_CODE__C | SERVICE__C | SUBMITTER_NAME__C | SYSTEMMODSTAMP | TERTIARY_COMPLAINT_CODE__C | VIVINT_EMPLOYEE__C | VIVINT_PRODUCT__C | FEEDBACKEMPLOYEE | FEEDBACKEMPLOYEEBADGEID | FEEDBACKRECORDTYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-7215020 | 8/31/2019 | 4/28/2020 | Michael Hodson | 70562 | [redacted] | Antioch | CA | 94509 | [redacted] | | SR inactive. Terminated | 0051L000005D0ro | 4/28/2020 | USD | | | ***Exceptions Review Team***<br><br>Review Type: Signature Dispute<br><br>RESOLUTION STATUS: Approved claim<br><br>Reason for current resolution: Signatures do not match in my opinion<br><br>Contacted Person/Method:<br><br>Teino: jr_stingley@yahoo.com<br><br>***NEXT STEP***<br><br>We will close this account He does not owe anything.<br><br>#ERclosed | aAC1L0000009CmPWAU | | | Not Investigated | | FALSE | 0051L000009BP4bQAG | 5/1/2020 | | | F-0062874 | | 0051L000009BP4bQAG | [REDACTED] | | | | 0121L000001gyqjQAA | Summer Sales Program | | 8/31/2019 | New | | a251L0000041X6jQAE | | 5/1/20 8:24 AM | | a1mG0000004VV6kIAG | | Michael Hodson | 70562 | Legal Feedback |
| S-7215041 | 8/31/2019 | | Matthew August | 159521 | [redacted] | Lake Charles | LA | 70607 | [redacted] | | | 00516000006zwbI | 10/2/2019 | USD | Pearly claims Matthew August (15952 | | Pearly claims Matthew August (159521) told her the equipment was free. | aAC1L0000008X1XWAU | | | | | FALSE | 00516000006bXkzAAE | 2/11/2020 | | | F-0030654 | | 00516000006zwbMAAQ | [REDACTED] | | SF Classic | | 0121L000001gyqjQAA | Summer Sales Program | a251L0000041X8BQ | 8/31/2019 | New | | a251L0000041X8BQAU | | 2/11/20 4:26 PM | | a1m1L000009V9e3QAC | | Matthew August | 159521 | Legal Feedback |
| S-7215046 | 8/31/2019 | | Treyten Dougher | 48795 | [redacted] | NORFOLK | VA | 23513 | [redacted] | | | 0051L000007fRuR | 3/23/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L00000094wqWAA | | | | | FALSE | 0051L000007fRuRQAU | 3/23/2020 | | | F-0056825 | | 0051L000007fRuRQAU | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2Mj | 8/31/2019 | New | | a251L0000041X8aQAE | | 3/23/20 1:22 PM | | | | Treyten Dougher | 48795 | Product Feedback |
| S-7215046 | 8/31/2019 | | Treyten Dougher | 48795 | [redacted] | NORFOLK | VA | 23513 | [redacted] | | | 0051L000009BR5R | 4/16/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L0000009AOkWAM | | | | | FALSE | 0051L000009BR5RQAW | 4/16/2020 | | | F-0061036 | | 0051L000009BR5RQAW | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2Mj | 8/31/2019 | New | | a251L0000041X8aQAE | | 4/16/20 1:38 PM | | | | Treyten Dougher | 48795 | Product Feedback |
| S-7215046 | 8/31/2019 | | Treyten Dougher | 48795 | [redacted] | NORFOLK | VA | 23513 | [redacted] | | | 0051L000007N0d | 9/4/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L00000002OiWAI | | | | | FALSE | 0051L000007N0dVQAS | 9/4/2020 | | | F-0078232 | | 0051L000007N0dVQAS | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2Mj | 8/31/2019 | New | | a251L0000041X8aQAE | | 9/4/20 10:44 AM | | | | Treyten Dougher | 48795 | Product Feedback |
| S-7215046 | 8/31/2019 | | Treyten Dougher | 48795 | [redacted] | NORFOLK | VA | 23513 | [redacted] | | | 0051L00000BYuAF | 11/24/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000g05UWAQ | | | | | FALSE | 0051L00000BYuAPQA1 | 11/24/2020 | | | F-0082723 | | 0051L00000BYuAPQA1 | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2Mj | 8/31/2019 | New | | a251L0000041X8aQAE | | 11/24/20 7:38 AM | | | | Treyten Dougher | 48795 | Product Feedback |
| S-7215047 | 9/3/2019 | | Hunter Jensen | 158269 | [redacted] | Killeen | TX | 76542 | [redacted] | | | 0051L000009Bzro | 5/14/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000CdYrWAK | | | | | FALSE | 0051L000009BzroQAC | 5/14/2020 | | | F-0065313 | | 0051L000009BzroQAC | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2Ks | 9/3/2019 | New | | a251L0000041X8fQAE | | 5/14/20 10:46 AM | | | | Hunter Jensen | 158269 | Product Feedback |
| S-7215051 | 8/31/2019 | | Jacob Austin | 177423 | [redacted] | OKLAHOMA CITY | OK | 73112 | [redacted] | | | 0051L000008mQy | 9/3/2019 | USD | | | Customer was lied to with the rep saying that she wouldn't be charged ANYTHING upfront. When she reached out to him about her charges, he told her that he was the manager and there is no one above him. He said that he needed her credit card just to have it on file but there would be no charges. | aAC1L0000008UVAWA2 | | | | | FALSE | 00516000006I6zWAAS | 9/3/2019 | | | F-0028712 | | 0051L000008mQyfQAE | [REDACTED] | | SF Classic | | 0121L000001gyqjQAA | Summer Sales Program | a251L0000041X8zQ | 8/31/2019 | New | | a251L0000041X8zQAE | | 9/3/19 1:02 PM | | a1m1L000009cPrCQAU | | Jacob Austin | 177423 | Legal Feedback |
| S-7215060 | 8/31/2019 | | Tanner Horhozer | 37142 | [redacted] | Fresno | CA | 93727 | [redacted] | | | 0051L000009mNIu | 9/5/2019 | USD | | | Customer said that he was from ""Guardian"" and that they needed an upgrade that ended up being our system installed instead. | aAC1L0000008UkeWAE | | | | | FALSE | 00516000006I6zWAAS | 9/9/2019 | | | F-0028904 | | 0051L000009mNIuQAM | [REDACTED] | | CG Legal Feedback | | 0121L000001gyqjQAA | Summer Sales Program | a251L0000041X9dQ | 8/31/2019 | New | | a251L0000041X9dQAE | Joshua Lynes | 9/9/19 12:38 PM | | a1mG0000004TaGcIAK | | Tanner Horhozer | 37142 | Legal Feedback |
| S-7215060 | 8/31/2019 | | Tanner Horhozer | 37142 | [redacted] | Fresno | CA | 93727 | [redacted] | | | 00516000006GvdI | 9/6/2019 | USD | Tanner led this customer to believe th | | Tanner led this customer to believe that he was a representative of their prior alarm company, Guardian. | aAC1L0000008UtMWAU | | | | | FALSE | 00516000006bXkzAAE | 1/28/2020 | | | F-0029012 | | 00516000006GvdRAAS | [REDACTED] | | SF Classic | | 0121L000001gyqjQAA | Summer Sales Program | a251L0000041X9dQ | 8/31/2019 | New | | a251L0000041X9dQAE | | 1/28/20 5:49 PM | | a1mG0000004TaGcIAK | | Tanner Horhozer | 37142 | Legal Feedback |
| S-7215081 | 8/31/2019 | | Bao Nguyen | 158374 | [redacted] | Hayward | CA | 94544 | [redacted] | | | 0051L000008n6pB | 3/23/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L00000095BMWAY | | | | | FALSE | 0051L000008n6pBQAQ | 3/23/2020 | | | F-0057005 | | 0051L000008n6pBQAQ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2OM | 8/31/2019 | New | | a251L0000041XBKQA2 | | 3/23/20 6:38 PM | | | | Bao Nguyen | 158374 | Product Feedback |
| S-7215081 | 8/31/2019 | | Bao Nguyen | 158374 | [redacted] | Hayward | CA | 94544 | [redacted] | | | 0051L000008n6pB | 3/23/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L00000095BRWAY | | | | | FALSE | 0051L000008n6pBQAQ | 3/23/2020 | | | F-0057006 | | 0051L000008n6pBQAQ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2OM | 8/31/2019 | New | | a251L0000041XBKQA2 | | 3/23/20 6:39 PM | | | | Bao Nguyen | 158374 | Product Feedback |
| S-7215081 | 8/31/2019 | | Bao Nguyen | 158374 | [redacted] | Hayward | CA | 94544 | [redacted] | | | 0051L000008n6pB | 3/23/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L00000095BWWAY | | | | | FALSE | 0051L000008n6pBQAQ | 3/23/2020 | | | F-0057007 | | 0051L000008n6pBQAQ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2OM | 8/31/2019 | New | | a251L0000041XBKQA2 | | 3/23/20 6:39 PM | | | | Bao Nguyen | 158374 | Product Feedback |
| S-7215081 | 8/31/2019 | | Bao Nguyen | 158374 | [redacted] | Hayward | CA | 94544 | [redacted] | | | 0051L000008n6pB | 3/23/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L00000095BbWAI | | | | | FALSE | 0051L000008n6pBQAQ | 3/23/2020 | | | F-0057008 | | 0051L000008n6pBQAQ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2OM | 8/31/2019 | New | | a251L0000041XBKQA2 | | 3/23/20 6:39 PM | | | | Bao Nguyen | 158374 | Product Feedback |
| S-7215096 | 9/2/2019 | | Kristian Herrera | 175557 | [redacted] | Shiloh | GA | 31826 | [redacted] | | | 0051L00000DdjPn | 7/16/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L0000004KdQWAU | | | | | FALSE | 0051L00000DdjPnQAJ | 7/16/2020 | | | F-0073703 | | 0051L00000DdjPnQAJ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2Re | 9/2/2019 | New | | a251L0000041XCNQA2 | | 7/16/20 8:58 AM | | | | Kristian Herrera | 175557 | Product Feedback |
| S-7215107 | 8/31/2019 | | Sidney Regalado | 178185 | [redacted] | Lansing | MI | 48911 | [redacted] | | | 0051L000007SyCH | 7/31/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L0000004MnIWAU | | | | | FALSE | 0051L000007SyCHQA0 | 7/31/2020 | | | F-0075365 | | 0051L000007SyCHQA0 | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2UE | 8/31/2019 | New | | a251L0000041XDBQA2 | | 7/31/20 1:59 PM | | | | Sidney Regalado | 178185 | Product Feedback |
| S-7215112 | 8/31/2019 | | Miguel Gutierrez | 138169 | [redacted] | San Bernardino | CA | 92404 | [redacted] | | | 0051L000008ncOg | 4/7/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L00000098WhWAI | | | | | FALSE | 0051L000008ncOgQAI | 4/7/2020 | | | F-0059592 | | 0051L000008ncOgQAI | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2Nw | 8/31/2019 | New | | a251L0000041XDaQAM | | 4/7/20 10:56 AM | | | | Miguel Gutierrez | 138169 | Product Feedback |
| S-7215146 | 8/31/2019 | | Zach Wilson | 169537 | [redacted] | Baltimore | MD | 21244 | [redacted] | | | 0051L00000DswW | 4/30/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000CarvWAC | | | | | FALSE | 0051L00000DswWVQAZ | 4/30/2020 | | | F-0063230 | | 0051L00000DswWVQAZ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2Tu | 8/31/2019 | New | | a251L0000041XG5QAM | | 4/30/20 10:14 AM | | | | Zach Wilson | 169537 | Product Feedback |
| S-7215146 | 8/31/2019 | | Zach Wilson | 169537 | [redacted] | Baltimore | MD | 21244 | [redacted] | | | 0051L00000DswW | 4/30/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000Cas0WAC | | | | | FALSE | 0051L00000DswWVQAZ | 4/30/2020 | | | F-0063231 | | 0051L00000DswWVQAZ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2Tu | 8/31/2019 | New | | a251L0000041XG5QAM | | 4/30/20 10:14 AM | | | | Zach Wilson | 169537 | Product Feedback |
| S-7215202 | 9/6/2019 | | Harrison Wilfley | 119179 | [redacted] | YUKON | OK | 73099 | [redacted] | | | 0051L0000072zvn | 4/21/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L0000009BInWAM | | | | | FALSE | 0051L0000072zvnQAA | 4/21/2020 | | | F-0061732 | | 0051L0000072zvnQAA | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2VC | 9/6/2019 | New | | a251L0000041XJxQAM | | 4/21/20 12:14 PM | | | | Harrison Wilfley | 119179 | Product Feedback |
| S-7215226 | 8/31/2019 | | David Kinna | 174926 | [redacted] | Jeffersonvlle | IN | 47130 | [redacted] | | | 0051L000008nbH5 | 4/9/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000990cWAA | | | | | FALSE | 0051L000008nbH5QAI | 4/9/2020 | | | F-0059966 | | 0051L000008nbH5QAI | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2Z4 | 8/31/2019 | New | | a251L0000041XLjQAM | | 4/9/20 9:35 AM | | | | David Kinna | 174926 | Product Feedback |
| S-7215238 | 8/31/2019 | | Romar Smith | 152821 | [redacted] | Round Rock | TX | 78665 | [redacted] | | | 005G0000003pZM | 9/25/2019 | USD | Customer called in wanting the buyout monthly credit in one lump s | | | aAC1L0000008WW0WAM | | | | | FALSE | 005G0000003pZMEIA2 | 9/25/2019 | | | F-0030263 | | 005G0000003pZMEIA2 | | | SF Classic | | 0121L000001gyqjQAA | Retail - Sales Setter Closer | a251L0000041XMXC | 8/31/2019 | New | | a251L0000041XMXQA2 | | 9/25/19 3:07 PM | | a1m1L00000703hYQAQ | | Romar Smith | 152821 | Legal Feedback |
| S-7215268 | 9/1/2019 | | Dondi Thomas | 173784 | [redacted] | Atlanta | GA | 30331 | [redacted] | | | 0051L00000DswY | 5/12/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000CdAuWAK | | | | | FALSE | 0051L00000DswYHQAZ | 5/12/2020 | | | F-0065015 | | 0051L00000DswYHQAZ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2hr | 9/1/2019 | New | | a251L0000041XOdQAM | | 5/12/20 11:55 AM | | | | Dondi Thomas | 173784 | Product Feedback |
| S-7215268 | 9/1/2019 | | Dondi Thomas | 173784 | [redacted] | Atlanta | GA | 30331 | [redacted] | | | 0051L00000DswY | 5/12/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000CdAzWAK | | | | | FALSE | 0051L00000DswYHQAZ | 5/12/2020 | | | F-0065016 | | 0051L00000DswYHQAZ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2hr | 9/1/2019 | New | | a251L0000041XOdQAM | | 5/12/20 11:55 AM | | | | Dondi Thomas | 173784 | Product Feedback |
| S-7215268 | 9/1/2019 | | Dondi Thomas | 173784 | [redacted] | Atlanta | GA | 30331 | [redacted] | | | 0051L00000DswY | 5/12/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000CdB4WAK | | | | | FALSE | 0051L00000DswYHQAZ | 5/12/2020 | | | F-0065017 | | 0051L00000DswYHQAZ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2hr | 9/1/2019 | New | | a251L0000041XOdQAM | | 5/12/20 11:56 AM | | | | Dondi Thomas | 173784 | Product Feedback |
| S-7215268 | 9/1/2019 | | Dondi Thomas | 173784 | [redacted] | Atlanta | GA | 30331 | [redacted] | | | 0051L00000DswY | 5/12/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000CdB9WAK | | | | | FALSE | 0051L00000DswYHQAZ | 5/12/2020 | | | F-0065018 | | 0051L00000DswYHQAZ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2hr | 9/1/2019 | New | | a251L0000041XOdQAM | | 5/12/20 11:56 AM | | | | Dondi Thomas | 173784 | Product Feedback |
| S-7215288 | 7/9/2009 | 4/2/2021 | Moroni Penaranda-Rojas | 165010 | [redacted] | South Plainfield | NJ | 7080 | [redacted] | | | 0051L000009BvSu | 5/5/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000Cc0ZWAS | | | | | FALSE | 0051L000009BvSuQAK | 5/5/2020 | | | F-0064113 | | 0051L000009BvSuQAK | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a17G00000048JEw | 7/9/2009 | New | | a251L0000041XQ0QAM | | 5/5/20 2:41 PM | | | | Moroni Penaranda-Rojas | 165010 | Product Feedback |
| S-7215310 | 8/31/2019 | | Zack Dwyer | 129233 | [redacted] | LYNWOOD | IL | 60411 | [redacted] | | | 0051L000007gMT | 6/8/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L0000004EaQWAU | | | | | FALSE | 0051L000007gMTmQAM | 6/8/2020 | | | F-0069045 | | 0051L000007gMTmQAM | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2b0 | 8/31/2019 | New | | a251L0000041XRhQAM | | 6/8/20 10:15 AM | | | | Zack Dwyer | 129233 | Product Feedback |
| S-7215311 | 9/3/2019 | | Joni Ingram | 178127 | [redacted] | Memphis | TN | 38109 | [redacted] | | | 0051L000008nwy | 5/2/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000CbNrWAK | | | | | FALSE | 0051L000008nwyoQAA | 5/2/2020 | | | F-0063629 | | 0051L000008nwyoQAA | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be1lp | 9/3/2019 | New | | a251L0000041XRmQAM | | 5/2/20 3:11 PM | | | | Joni Ingram | 178127 | Product Feedback |
| S-7215315 | 8/31/2019 | | Shane Schroeder | 137074 | [redacted] | Aurora | CO | 80018 | [redacted] | | | 0051L000009Bw4 | 3/23/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L00000094ntWAA | | | | | FALSE | 0051L000009Bw4eQAC | 3/23/2020 | | | F-0056713 | | 0051L000009Bw4eQAC | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2lj | 8/31/2019 | New | | a251L0000041XS1QAM | | 3/23/20 11:46 AM | | | | Shane Schroeder | 137074 | Product Feedback |
| S-7215331 | 8/31/2019 | | Thomas Baber | 174345 | [redacted] | Raleigh | NC | 27610 | [redacted] | | | 0051L000009mKg | 3/25/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L00000095c3WAA | | | | | FALSE | 0051L000009mKg0QAE | 3/25/2020 | | | F-0057336 | | 0051L000009mKg0QAE | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2I5 | 8/31/2019 | New | | a251L0000041XT4QAM | | 3/25/20 9:47 AM | | | | Thomas Baber | 174345 | Product Feedback |
| S-7215331 | 8/31/2019 | | Thomas Baber | 174345 | [redacted] | Raleigh | NC | 27610 | [redacted] | | | 0051L000008mKj5 | 4/24/2020 | USD | | | Email received from customer regarding sales rep and promises made that were not followed through with.<br>"Thank you for your response to my request. I must say that I am so very disappointed in your offer. I was merely asking for your company to live up to what was promised. It appears that your sales person was only interested in selling your product and misleading seniors who trusted him to be a man of his word. " | aAC1L0000009C6dWAE | | | | | FALSE | 00516000006I6zWAAS | 4/26/2020 | | | F-0062353 | | 0051L000008mKj5QAE | [REDACTED] | | SF Classic | | 0121L000001gyqjQAA | Summer Sales Program | a251L0000041XT4Q | 8/31/2019 | New | [REDACTED] | a251L0000041XT4QAM | | 4/26/20 4:01 PM | | a1m1L000009cKywQAE | | Thomas Baber | 174345 | Legal Feedback |
| S-7215341 | 8/31/2019 | | Addison Arfaras | 62020 | [redacted] | Linden | NJ | 7036 | [redacted] | | | 0051L00000DsvFn | 4/17/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L0000009Ag5WAE | | | | | FALSE | 0051L00000DsvFnQAJ | 4/17/2020 | | | F-0061251 | | 0051L00000DsvFnQAJ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2nB | 8/31/2019 | New | | a251L0000041XTnQAM | | 4/17/20 12:20 PM | | | | Addison Arfaras | 62020 | Product Feedback |
| S-7215353 | 8/31/2019 | | Kevin Kisio | 142960 | [redacted] | Grande Prairie | AB | T8V 1 | [redacted] | | | 0051L000005D14H | 11/4/2019 | USD | | | Troubleshot with customer who was not properly verified | aAC1L0000008ZAIWAM | | | | | FALSE | 0051L000005D14HQAS | 11/4/2019 | | | F-0032313 | | 0051L000005D14HQAS | | | CG Legal Feedback | | 0121L000001gyqjQAA | Customer Solutions BPO | a251L0000041XUbQ | 8/31/2019 | New | | a251L0000041XUbQAM | Michelle Rosas | 11/4/19 1:36 PM | | a1m1L000009cN1JQAU | | Kevin Kisio | 142960 | Legal Feedback |
| S-7215363 | 9/8/2019 | 10/2/2020 | Vital Sales Employee | 9000108 | [redacted] | AGUA DULCE | CA | 91390 | [redacted] | | | 0051L000008n4aE | 5/26/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000CfseWAC | | | | | FALSE | 0051L000008n4aEQAQ | 5/26/2020 | | | F-0067109 | | 0051L000008n4aEQAQ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2m3 | 9/8/2019 | New | | a251L0000041XVKQA2 | | 5/26/20 2:19 PM | | | | Vital Sales Employee | 9000108 | Product Feedback |
| S-7215363 | 9/8/2019 | 10/2/2020 | Vital Sales Employee | 9000108 | [redacted] | AGUA DULCE | CA | 91390 | [redacted] | | | 0051L000008mP9 | 7/13/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L0000004JgiWAE | | | | | FALSE | 0051L000008mP9qQAE | 7/13/2020 | | | F-0072969 | | 0051L000008mP9qQAE | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2m3 | 9/8/2019 | New | | a251L0000041XVKQA2 | | 7/13/20 10:40 AM | | | | Vital Sales Employee | 9000108 | Product Feedback |
| S-7215363 | 9/8/2019 | 10/2/2020 | Vital Sales Employee | 9000108 | [redacted] | AGUA DULCE | CA | 91390 | [redacted] | | | 0051L000009BwKI | 7/16/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L0000004KmNWAU | | | | | FALSE | 0051L000009BwKIQA0 | 7/16/2020 | | | F-0073814 | | 0051L000009BwKIQA0 | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2m3 | 9/8/2019 | New | | a251L0000041XVKQA2 | | 7/16/20 5:45 PM | | | | Vital Sales Employee | 9000108 | Product Feedback |
| S-7215407 | 8/31/2019 | 8/30/2019 | Max Crouch | 167389 | [redacted] | Oakland | CA | 94603 | [redacted] | | | 0051L000009BSQ | 9/25/2019 | USD | | | The Cx is saying that the rep was telling him to just answer the questions on the pre install survey with yes. The CX is saying her didn't know we ran a credit check. He is saying he didn't know he had a line of credit with fortiva. | aAC1L0000008WXXWA2 | | | | | FALSE | 00516000006I6zWAAS | 9/26/2019 | | | F-0030282 | | 0051L000009BSQ6QAO | [REDACTED] | | SF Classic | | 0121L000001gyqjQAA | Summer Sales Program | a251L0000041XY9Q | 8/31/2019 | New | [REDACTED] | a251L0000041XY9QAM | | 9/26/19 2:02 PM | [REDACTED] | a1m1L000009gPKWQA2 | | Max Crouch | 167389 | Legal Feedback |
| S-7215427 | 8/31/2019 | | Ali Mokhtar | 141560 | [redacted] | Swift Current | SK | S9H 2 | [redacted] | | | 0051L000008nPEi | 4/17/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L0000009AjiWAE | | | | | FALSE | 0051L000008nPEiQAM | 4/17/2020 | | | F-0061296 | | 0051L000008nPEiQAM | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Be2u2 | 8/31/2019 | New | | a251L0000041XZgQAM | | 4/17/20 3:18 PM | | | | Ali Mokhtar | 141560 | Product Feedback |















































































| SERVICENUMBER | SERVICEINSTALLDATE | SERVICECANCELDATE | SALESREP | SALESREPBADGEID | [redacted]RE | SERVICECITY | SERVICESTATE | SERVICEZIP | [redacted]COUNT_TIMELINE_ | ACTION_TAKEN__C | CREATEDBYID | CREATEDDATE | CURRENCYISOCODE | CX_NOTES__C | FEEDBACK_CATEGORY__C | FEEDBACK_GIVEN__C | ID | INVESTIGATION_CONCLUSION__C | INVESTIGATION_NOTES__C | INVESTIGATION_RESULT__C | INVESTIGATION_SUMMARY__C | ISDELETED | LASTMODIFIEDBYID | LASTMODIFIEDDATE | LASTREFERENCEDDATE | LASTVIEWEDDATE | NAME | NOTES__C | OWNERID | PRIMARY_COMPLAINT_CODE__C | PRIORITY__C | PRODUCT__C | RATING__C | RECORDTYPEID | RELATED_EMPLOYEE_DEPARTMENT_F__C | RELATED_ID__C | RELATED_INSTALL_DATE_F__C | RESOLUTION__C | SECONDARY_COMPLAINT_CODE__C | SERVICE__C | SUBMITTER_NAME__C | SYSTEMMODSTAMP | TERTIARY_COMPLAINT_CODE__C | VIVINT_EMPLOYEE__C | VIVINT_PRODUCT__C | FEEDBACKEMPLOYEE | FEEDBACKEMPLOYEEBADGEID | FEEDBACKRECORDTYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-7263630 | 1/6/2020 | | Vince Lumpkins | 165532 | [redacted] | Layton | UT | 84041 | [redacted] | | 0051L000009BOU | 7/23/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L0000004LhnWAE | | | | | FALSE | 0051L000009BOUYQA4 | 7/23/2020 | | | F-0074527 | | 0051L000009BOUYQA4 | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000BfMtQ | 1/6/2020 | New | | a251L0000042ReBQAU | | 7/23/20 8:09 AM | | | | Vince Lumpkins | 165532 | Product Feedback |
| S-7263657 | 9/26/2019 | | Jessica McNeill | 141455 | [redacted] | PALMETTO | FL | 34221 | [redacted] | | 0051L000008nguH | 4/16/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L0000009ASrWAM | | | | | FALSE | 0051L000008nguHQAQ | 4/16/2020 | | | F-0061087 | | 0051L000008nguHQAQ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000BfMj6 | 9/26/2019 | New | | a251L0000042RgCQAU | | 4/16/20 4:07 PM | | | | Jessica McNeill | 141455 | Product Feedback |
| S-7263657 | 9/26/2019 | | Jessica McNeill | 141455 | [redacted] | PALMETTO | FL | 34221 | [redacted] | | 0051L00000Dswa | 7/31/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L0000004MoaWAE | | | | | FALSE | 0051L00000Dswa8QAB | 7/31/2020 | | | F-0075381 | | 0051L00000Dswa8QAB | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000BfMj6 | 9/26/2019 | New | | a251L0000042RgCQAU | | 7/31/20 3:20 PM | | | | Jessica McNeill | 141455 | Product Feedback |
| S-7263707 | 9/27/2019 | | Javi Pigott | 154568 | [redacted] | Kapolei | HI | 96707 | [redacted] | | 0051L000008mQy | 3/8/2021 | USD | | | Customer's name is Erik believes that vivint should not charge copays for installing or replacing sensors and door locks. Feels he pays for the monthly fee with us to make sure it is up to date and working correctly and disagrees that there should be a charge for any technician coming out. | aAC1L000000bzTGWAY | | | | | FALSE | 0051L000008mQyGQAU | 3/8/2021 | | | F-0088858 | | 0051L000008mQyGQAU | | | CG Legal Feedback | | 0121L000001gyqjQAA | Customer Solutions Technical Support | a251L0000042Rk4Q | 9/27/2019 | New | | a251L0000042Rk4QAE | Savage Pace | 3/8/21 2:38 PM | | a1m1L00000BUjt5QAD | | Javi Pigott | 154568 | Legal Feedback |
| S-7263725 | 9/28/2019 | | Matthew Hutchings | 148482 | [redacted] | Belton | TX | 76513 | [redacted] | | 0051L000008mP8 | 5/7/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000CcPZWA0 | | | | | FALSE | 0051L000008mP8xQAE | 5/7/2020 | | | F-0064424 | | 0051L000008mP8xQAE | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000BfN94 | 9/28/2019 | New | | a251L0000042RlCQAU | | 5/7/20 8:33 AM | | | | Matthew Hutchings | 148482 | Product Feedback |
| S-7263734 | 9/25/2019 | | Diego Mena | 178692 | [redacted] | Pasadena | TX | 77503 | [redacted] | | 0051L00000BCOu | 4/21/2021 | USD | | | Tech did a poor job in terms of working with a camera on Cx Araceli Gonsalez house, cx was not content about the service. Job was done unprofessionally. | aAC1L000000PDVtWAO | | Not a compliance related issues. This will not be investigated. | Not Investigated | | FALSE | 00516000006I6zWAAS | 4/26/2021 | | | F-0090554 | | 0051L00000BCOuXQAX | [REDACTED] | | CG Legal Feedback | | 0121L000001gyqjQAA | Install Program | a251L0000042RlvQ | 9/25/2019 | New | | a251L0000042RlvQAE | Oscar Waldermar Zschocher Casildo | 4/26/21 2:49 PM | | a1m1L000009di4kQAA | | Diego Mena | 178692 | Legal Feedback |
| S-7263737 | 10/12/2019 | | Kassandra Scott | 169538 | [redacted] | Norco | CA | 92860 | [redacted] | | 0051L00000DdjQg | 7/14/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L0000004KEBWA2 | | | | | FALSE | 0051L00000DdjQgQAJ | 7/14/2020 | | | F-0073388 | | 0051L00000DdjQgQAJ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000AClvf | 10/12/2019 | New | | a251L0000042RmAQAU | | 7/14/20 1:15 PM | | | | Kassandra Scott | 169538 | Product Feedback |
| S-7263737 | 10/12/2019 | | Kassandra Scott | 169538 | [redacted] | Norco | CA | 92860 | [redacted] | | 0051L00000DdjQg | 7/14/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L0000004KELWA2 | | | | | FALSE | 0051L00000DdjQgQAJ | 7/14/2020 | | | F-0073390 | | 0051L00000DdjQgQAJ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000AClvf | 10/12/2019 | New | | a251L0000042RmAQAU | | 7/14/20 1:16 PM | | | | Kassandra Scott | 169538 | Product Feedback |
| S-7263770 | 9/25/2019 | 3/30/2021 | Martin Montano | 173479 | [redacted] | Dacula | GA | 30019 | [redacted] | | 0051L000007N0vt | 10/23/2019 | USD | | | Customer would like to speak to martins manager regarding unprofessional sales tactics that he is needing resolved as soon as possible. 4709890898 is Richards number, please try to reach out if possible. Email is richardkoh2@icloud.com | aAC1L0000008YNUWA2 | | | | | FALSE | 00516000006bXkzAAE | 10/30/2019 | | | F-0031701 | | 0051L000007N0vtQAC | [REDACTED] | | SF Classic | | 0121L000001gyqjQAA | Summer Sales Program | a251L0000042RokQ | 9/25/2019 | New | | a251L0000042RokQAE | | 10/30/19 10:03 AM | | a1m1L0000070HcVQAU | | Martin Montano | 173479 | Legal Feedback |
| S-7263770 | 9/25/2019 | 3/30/2021 | Martin Montano | 173479 | [redacted] | Dacula | GA | 30019 | [redacted] | | 0051L00000DswQ | 5/4/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000CbZEWA0 | | | | | FALSE | 0051L00000DswQwQAJ | 5/4/2020 | | | F-0063772 | | 0051L00000DswQwQAJ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000BfN7S | 9/25/2019 | New | | a251L0000042RokQAE | | 5/4/20 1:17 PM | | | | Martin Montano | 173479 | Product Feedback |
| S-7263840 | 9/27/2019 | | Trevor Free | 66990 | [redacted] | Lorena | TX | 76655 | [redacted] | | 0051L000007SyCH | 5/14/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000CdeLWAS | | | | | FALSE | 0051L000007SyCHQA0 | 5/14/2020 | | | F-0065381 | | 0051L000007SyCHQA0 | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000BfNJJ | 9/27/2019 | New | | a251L0000042RuEQAU | | 5/14/20 4:35 PM | | | | Trevor Free | 66990 | Product Feedback |
| S-7263840 | 9/27/2019 | | Trevor Free | 66990 | [redacted] | Lorena | TX | 76655 | [redacted] | | 0051L000008nhgk | 7/23/2020 | USD | | | the customer had the tech scheduled for today and the tech who attended to did not relocate the outdoor camera and told customer that every tech has specialties. in addition the tech said that customer needs to get another tech to move his camera.customer is so frustrated because he waited for 3 weeks for tech to relocate the camera and now this happened. steven hays-customer | aAC1L0000004LqBWAU | | | | | FALSE | 0051L000008nhgkQAA | 7/23/2020 | | | F-0074632 | | 0051L000008nhgkQAA | | | CG Legal Feedback | | 0121L000001gyqjQAA | Field Service Central Texas | a251L0000042RuEQ | 9/27/2019 | New | | a251L0000042RuEQAU | Ferdinand Taray-Au | 7/23/20 4:51 PM | | a1m1L00000A074FQAR | | Trevor Free | 66990 | Legal Feedback |
| S-7263862 | 9/27/2019 | | Charles Brown | 74580 | [redacted] | Prosper | TX | 75078 | [redacted] | | 0051L000007N0D | 6/1/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L0000004CyuWAE | | | | | FALSE | 0051L000007N0DNQA0 | 6/1/2020 | | | F-0067806 | | 0051L000007N0DNQA0 | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000BfNTi | 9/27/2019 | New | | a251L0000042RvvQAE | | 6/1/20 11:16 AM | | | | Charles Brown | 74580 | Product Feedback |
| S-7263867 | 9/28/2019 | | David Warn | 169641 | [redacted] | GLENWOOD | IL | 60425 | [redacted] | | 0051L00000DswRa | 5/8/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000CckhWAC | | | | | FALSE | 0051L00000DswRaQAJ | 5/8/2020 | | | F-0064687 | | 0051L00000DswRaQAJ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000BfD95 | 9/28/2019 | New | | a251L0000042RwKQAU | | 5/8/20 1:00 PM | | | | David Warn | 169641 | Product Feedback |
| S-7263867 | 9/28/2019 | | David Warn | 169641 | [redacted] | GLENWOOD | IL | 60425 | [redacted] | | 0051L00000DswRa | 5/8/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000CckmWAC | | | | | FALSE | 0051L00000DswRaQAJ | 5/8/2020 | | | F-0064688 | | 0051L00000DswRaQAJ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000BfD95 | 9/28/2019 | New | | a251L0000042RwKQAU | | 5/8/20 1:00 PM | | | | David Warn | 169641 | Product Feedback |
| S-7263867 | 9/28/2019 | | David Warn | 169641 | [redacted] | GLENWOOD | IL | 60425 | [redacted] | | 0051L00000DswRa | 5/8/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000CckrWAC | | | | | FALSE | 0051L00000DswRaQAJ | 5/8/2020 | | | F-0064689 | | 0051L00000DswRaQAJ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000BfD95 | 9/28/2019 | New | | a251L0000042RwKQAU | | 5/8/20 1:00 PM | | | | David Warn | 169641 | Product Feedback |
| S-7263883 | 9/27/2019 | | Eli Robertson | 52675 | [redacted] | Orem | UT | 84058 | [redacted] | | 0051L00000DswjK | 4/16/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L0000009AJQWA2 | | | | | FALSE | 0051L00000DswjKQAR | 4/16/2020 | | | F-0060969 | | 0051L00000DswjKQAR | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000Bet81 | 9/27/2019 | New | | a251L0000042RxXQAU | | 4/16/20 9:48 AM | | | | Eli Robertson | 52675 | Product Feedback |
| S-7263884 | 10/25/2019 | | Frank Ah Sue | 131948 | [redacted] | Jacksboro | TN | 37757 | [redacted] | | 0051L000007N1Aj | 10/25/2019 | USD | | | customer called in and said he did a great job installing the equipment , would want him always to come back if he ever has anything needed to add to the system . highly recommended his services , showed great will for explaining everything , showing good face for the company and takes pride in his job. | aAC1L0000008YYrWAM | | | | | FALSE | 0051L000007N1AjQAK | 10/25/2019 | | | F-0031842 | | 0051L000007N1AjQAK | | | SF Classic | | 0121L000001gyqjQAA | Field Service Lower Atlantic | a251L0000042RxcQ | 10/25/2019 | New | | a251L0000042RxcQAE | | 10/25/19 2:40 PM | | a1m1L000009c2NkQAI | | Frank Ah Sue | 131948 | Legal Feedback |
| S-7263897 | 10/1/2019 | | Scott Alger | 156202 | [redacted] | MARICOPA | AZ | 85138 | [redacted] | | 0051L00000DswY | 5/19/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000CeMcWAK | | | | | FALSE | 0051L00000DswYHQAZ | 5/19/2020 | | | F-0065934 | | 0051L00000DswYHQAZ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000BfNTO | 10/1/2019 | New | | a251L0000042RyMQAU | | 5/19/20 12:14 PM | | | | Scott Alger | 156202 | Product Feedback |
| S-7263902 | 9/26/2019 | | Leidy Escobedo | 107203 | [redacted] | Fayetteville | NC | 28303 | [redacted] | | 0051L00000DswW | 10/2/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000LA3SWAW | | | | | FALSE | 0051L00000DswWVQAZ | 10/2/2020 | | | F-0080021 | | 0051L00000DswWVQAZ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000BfNRI | 9/26/2019 | New | | a251L0000042RykQAE | | 10/2/20 11:17 AM | | | | Leidy Escobedo | 107203 | Product Feedback |
| S-7263902 | 9/26/2019 | | Leidy Escobedo | 107203 | [redacted] | Fayetteville | NC | 28303 | [redacted] | | 0051L00000DswW | 10/2/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000LA3XWAW | | | | | FALSE | 0051L00000DswWVQAZ | 10/2/2020 | | | F-0080022 | | 0051L00000DswWVQAZ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000BfNRI | 9/26/2019 | New | | a251L0000042RykQAE | | 10/2/20 11:18 AM | | | | Leidy Escobedo | 107203 | Product Feedback |
| S-7263905 | 9/25/2019 | | Zach Hiatt | 69833 | [redacted] | Noble | OK | 73068 | [redacted] | | 0051L00000EYVfK | 4/19/2021 | USD | | | Jacqueline wants to be called in the panel , and called on her phone number 405-664-1882 / doesn't want to receive text regarding alarm | aAC1L000000PDQAWA4 | | | | | FALSE | 0051L00000EYVfKQAX | 4/19/2021 | | | F-0090427 | | 0051L00000EYVfKQAX | | | CG Legal Feedback | | 0121L000001gyqjQAA | Customer Solutions BPO | a251L0000042RyzQ | 9/25/2019 | New | | a251L0000042RyzQAE | Jerry Tristan Bambico | 4/19/21 7:25 AM | | a1m1L0000070xsvQAA | | Zach Hiatt | 69833 | Legal Feedback |
| S-7263918 | 8/17/2016 | | Bill Sullivan | 135476 | [redacted] | HENDERSON | NV | 89052 | [redacted] | | 0051L000007fJVE | 9/26/2019 | USD | | | Upset that he deleted users and didn't alert the CX as they were then unable to get into the app and wasn't made aware it deleted all his old users. Upset that he was informed of the information . | aAC1L0000008WccWAE | | | | | FALSE | 0051L000007fJVEQA2 | 9/26/2019 | | | F-0030345 | | 0051L000007fJVEQA2 | | | CG Legal Feedback | | 0121L000001gyqjQAA | Install Program | a251L0000042RzsQ | 8/17/2016 | New | | a251L0000042RzsQAE | Mackenzie LeBaron | 9/26/19 5:06 PM | | a1m1L000009cLoOQAU | | Bill Sullivan | 135476 | Legal Feedback |
| S-7263918 | 8/17/2016 | | Bill Sullivan | 135476 | [redacted] | HENDERSON | NV | 89052 | [redacted] | | 00516000007042K | 6/16/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L0000004FvZWAU | | | | | FALSE | 00516000007042KAAQ | 6/16/2020 | | | F-0070076 | | 00516000007042KAAQ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a1716000008Xsk3 | 8/17/2016 | New | | a251L0000042RzsQAE | | 6/16/20 2:35 PM | | | | Bill Sullivan | 135476 | Product Feedback |
| S-7263943 | 8/2/2012 | | Stormy Peloquin | 164640 | [redacted] | Lincoln | NE | 68521 | [redacted] | | 0051L000007N033 | 4/23/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L0000009BiCWAU | | | | | FALSE | 0051L000007N033QAC | 4/23/2020 | | | F-0062047 | | 0051L000007N033QAC | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a17G00000049XFC | 8/2/2012 | New | | a251L0000042S1oQAE | | 4/23/20 8:03 AM | | | | Stormy Peloquin | 164640 | Product Feedback |
| S-7263943 | 8/2/2012 | | Stormy Peloquin | 164640 | [redacted] | Lincoln | NE | 68521 | [redacted] | | 0051L000007N033 | 4/23/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L0000009BiHWAU | | | | | FALSE | 0051L000007N033QAC | 4/23/2020 | | | F-0062048 | | 0051L000007N033QAC | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a17G00000049XFC | 8/2/2012 | New | | a251L0000042S1oQAE | | 4/23/20 8:05 AM | | | | Stormy Peloquin | 164640 | Product Feedback |
| S-7263979 | 10/5/2019 | | Mitchell Whittington | 40696 | [redacted] | Charlotte | NC | 28213 | [redacted] | | 0051L00000Dswu3 | 6/1/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L0000004DDfWAM | | | | | FALSE | 0051L00000Dswu3QAB | 6/1/2020 | | | F-0067991 | | 0051L00000Dswu3QAB | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000BfNlz | 10/5/2019 | New | | a251L0000042S4TQAU | | 6/1/20 6:23 PM | | | | Mitchell Whittington | 40696 | Product Feedback |
| S-7263979 | 10/5/2019 | | Mitchell Whittington | 40696 | [redacted] | Charlotte | NC | 28213 | [redacted] | | 0051L000007fJn3 | 7/30/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L0000004MaOWAU | | | | | FALSE | 0051L000007fJn3QAE | 7/30/2020 | | | F-0075205 | | 0051L000007fJn3QAE | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000BfNlz | 10/5/2019 | New | | a251L0000042S4TQAU | | 7/30/20 9:32 AM | | | | Mitchell Whittington | 40696 | Product Feedback |
| S-7263991 | 10/2/2019 | | Mitchell Whittington | 40696 | [redacted] | North Charleston | SC | 29418 | [redacted] | | 0051L000008nxJh | 5/1/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000Cb3wWAC | | | | | FALSE | 0051L000008nxJhQAI | 5/1/2020 | | | F-0063380 | | 0051L000008nxJhQAI | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000BfMjp | 10/2/2019 | New | | a251L0000042S5MQAU | | 5/1/20 8:32 AM | | | | Mitchell Whittington | 40696 | Product Feedback |
| S-7263991 | 10/2/2019 | | Mitchell Whittington | 40696 | [redacted] | North Charleston | SC | 29418 | [redacted] | | 0051L00000DswRa | 5/20/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000CeqSWAS | | | | | FALSE | 0051L00000DswRaQAJ | 5/20/2020 | | | F-0066308 | | 0051L00000DswRaQAJ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000BfMjp | 10/2/2019 | New | | a251L0000042S5MQAU | | 5/20/20 11:01 AM | | | | Mitchell Whittington | 40696 | Product Feedback |
| S-7263991 | 10/2/2019 | | Mitchell Whittington | 40696 | [redacted] | North Charleston | SC | 29418 | [redacted] | | 0051L00000DswRa | 5/20/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000CeqXWAS | | | | | FALSE | 0051L00000DswRaQAJ | 5/20/2020 | | | F-0066309 | | 0051L00000DswRaQAJ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000BfMjp | 10/2/2019 | New | | a251L0000042S5MQAU | | 5/20/20 11:01 AM | | | | Mitchell Whittington | 40696 | Product Feedback |
| S-7263991 | 10/2/2019 | | Mitchell Whittington | 40696 | [redacted] | North Charleston | SC | 29418 | [redacted] | | 0051L00000DswRa | 5/20/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000CeqcWAC | | | | | FALSE | 0051L00000DswRaQAJ | 5/20/2020 | | | F-0066310 | | 0051L00000DswRaQAJ | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000BfMjp | 10/2/2019 | New | | a251L0000042S5MQAU | | 5/20/20 11:01 AM | | | | Mitchell Whittington | 40696 | Product Feedback |
| S-7263991 | 10/2/2019 | | Mitchell Whittington | 40696 | [redacted] | North Charleston | SC | 29418 | [redacted] | | 0051L000009BOU | 6/1/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L0000004D2cWAE | | | | | FALSE | 0051L000009BOUYQA4 | 6/1/2020 | | | F-0067852 | | 0051L000009BOUYQA4 | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000BfMjp | 10/2/2019 | New | | a251L0000042S5MQAU | | 6/1/20 12:23 PM | | | | Mitchell Whittington | 40696 | Product Feedback |
| S-7263991 | 10/2/2019 | | Mitchell Whittington | 40696 | [redacted] | North Charleston | SC | 29418 | [redacted] | | 0051L000007fJn3 | 7/14/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L0000004K0nWAE | | | | | FALSE | 0051L000007fJn3QAE | 7/14/2020 | | | F-0073222 | | 0051L000007fJn3QAE | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000BfMjp | 10/2/2019 | New | | a251L0000042S5MQAU | | 7/14/20 7:21 AM | | | | Mitchell Whittington | 40696 | Product Feedback |
| S-7263995 | 9/25/2019 | | Craig Livengood | 64597 | [redacted] | Indianapolis | IN | 46235 | [redacted] | | 0051L000008nbHU | 5/22/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000CfPDWA0 | | | | | FALSE | 0051L000008nbHUQAY | 5/22/2020 | | | F-0066740 | | 0051L000008nbHUQAY | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000BfNjP | 9/25/2019 | New | | a251L0000042S5gQAE | | 5/22/20 6:40 AM | | | | Craig Livengood | 64597 | Product Feedback |
| S-7264029 | 11/25/2017 | | Customer Loyalty Employee | -1 | [redacted] | Manchester | CT | 6040 | [redacted] | | 0051L000009BOSX | 6/3/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L0000004DrzWAE | | | | | FALSE | 0051L000009BOSXQA4 | 6/3/2020 | | | F-0068493 | | 0051L000009BOSXQA4 | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L000009EkDA | 11/25/2017 | New | | a251L0000042S8LQAU | | 6/3/20 3:31 PM | | | | Customer Loyalty Employee | -1 | Product Feedback |
| S-7264033 | 9/27/2019 | | Jason Rawlek | 123513 | [redacted] | Kelowna | BC | V1V 0 | [redacted] | | 0051L0000092CpW | 5/22/2020 | USD | | | Request to Bypass Network Fee for Swat Team | aAC1L000000CfZhWAK | | | | | FALSE | 0051L0000092CpWQAU | 5/22/2020 | | | F-0066873 | | 0051L0000092CpWQAU | | | NetworkFeeBypass | 0 | 0121L000001IB6TQAU | | a171L00000BfNpl | 9/27/2019 | New | | a251L0000042S8fQAE | | 5/22/20 1:50 PM | | | | Jason Rawlek | 123513 | Product Feedback |





































































The data in this table is not legible at the resolution provided.































































































































The content of this page consists of a large spreadsheet or data table that is heavily redacted (with multiple black redaction boxes) and rendered at a resolution too low to read the individual cell values reliably.





















































































































































































































































