## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

Case No. 1:20-cv-23391

ADT LLC; and The ADT Security Corporation,

        Plaintiffs,

vs.

Vivint Smart Home, Inc. f/k/a Mosaic Acquisition Corp.; and Legacy Vivint Smart Home, Inc. f/k/a Vivint Smart Home, Inc.

        Defendant.

_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Olga M. Vieira, Esq. of the law firm Quinn Emanuel Urquhart & Sullivan, LLP hereby enters her appearance as counsel on behalf of Defendants Vivint Smart Home, Inc. f/k/a Mosaic Acquisition Corp. and Legacy Vivint Smart Home, Inc. f/k/a Vivint Smart Home, Inc. in the above-captioned action and hereby requests that copies of all further correspondence, notices, filings and pleadings be served upon the undersigned.

I certify that I am admitted to practice in the Southern District of Florida.

Dated: March 28, 2023

        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By:  */s/ Olga M. Vieira*
     Olga M. Vieira
     Florida Bar No. 29783
     olgavieira@quinnemanuel.com
     **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
     2601 South Bayshore Drive, 15th Floor
     Miami, FL 33133
     (305) 496-2988

*Counsel for Defendants Vivint Smart Home, Inc. f/k/a Mosaic Acquisition Corp. and Legacy Vivint Smart Home, Inc. f/k/a Vivint Smart Home, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notice of Electronic Filing.

By: */s/ Olga M. Vieira*
Olga M. Vieira
Fla. Bar No. 29783