**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NUMBER: 1:20-cv-23391-GOODMAN**
**[CONSENT CASE]**

ADT LLC; and THE ADT SECURITY
CORPORATION,

      Plaintiffs/Counterclaim Defendants,

           v.

VIVINT SMART HOME, INC. f/k/a Mosaic
Acquisition Corp.; and LEGACY VIVINT SMART
HOME, INC. f/k/a Vivint Smart Home, Inc.,

           Defendants/Counterclaimants.

## JOINT STIPULATION FOR DISMISSAL *WITH PREJUDICE*

      Plaintiffs and Counterclaim Defendants ADT LLC and The ADT Security Corporation

("Plaintiffs-Counterclaim Defendants") and Defendants and Counterclaimants Vivint Smart

Home, Inc. f/k/a Mosaic Acquisition Corp.; and Legacy Vivint Smart Home, Inc. f/k/a Vivint

Smart Home, Inc. ("Defendant-Counterclaim Plaintiffs") (collectively, the "Parties"), by and

through their respective undersigned attorneys, and pursuant to Rule 41(a)(I)(A)(ii) of the Federal

Rules of Civil Procedure, hereby stipulate and agree to dismiss *with prejudice* all claims asserted

or which could have been asserted in this action against the opposing Party. Each Party shall bear

its own attorneys' fees, costs, and expenses.  All Parties consent to the form and content of this

Joint Stipulation.

      Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By:  /s/ *Jennifer A. McLoone*
Jennifer A. McLoone (FBN 029234)
jmcloone@shb.com
201 S. Biscayne Blvd., Suite 3200
Miami, Florida 33131
Tel:  (305) 358-5171
Fax: (305) 358-7470

-and-

Charles C. Eblen (*admitted pro hac vice*)
ceblen@shb.com
2555 Grand Blvd.
Kansas City, Missouri 64108
Tel:  (816) 474-6550
Fax: (816) 421-5547

-and-

Eric J. Hobbs (*admitted pro hac vice*)
ehobbs@shb.com
Daniel E. Rohner (*admitted pro hac vice*)
drohner@shb.com
1660 17th Street, Suite 450
Denver, Colorado 80202
Tel:  (303) 285-5300
Fax: (303) 285-5301

***Counsel for Plaintiffs/Counterclaim
 Defendants***

**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**

By:  /s/ *Olga M. Vieira*
Olga M. Vieira (FBN 29783)
olgavieira@quinnemanuel.com
2601 South Bayshore Drive, 15th Floor
Miami, FL 33133
(305) 496-2988

-and-

Rachel E. Epstein (admitted *pro hac vice*)
rachelepstein@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

-and-

Stacylyn Doore, (admitted *pro hac vice*)
stacylyndoore@quinnemanuel.com
111 Huntington Avenue, Suite 520
Boston, MA 02199
(617) 712-7200

***Counsel for Defendants/Counterclaim
Plaintiffs***

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 1st day of June 2023, a true and correct copy of

the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send

an electronic notice to all counsel of record.


By:  <u>*/s/ Olga M. Vieira*</u>
<u>olgavieira@quinnemanuel.com</u>
Fla. Bar No. 29783